Fill in this information to identify the case:

United States Bankruptcy Court for the:

**Eastern District of California**

Case number (if known): _____ Chapter __12__

☐ Check if this is an
   amended filing

## Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy          06/24

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | |
|---|---|
| **1. Debtor's name** | **Capital Farms, Inc** |

**2. All other names debtor used in the last 8 years**

Include any assumed names, trade names, and *doing business as names*

**3. Debtor's federal Employer Identification Number (EIN)**    **4 6 – 0 7 1 4 0 0 2**

**4. Debtor's address**

**Principal place of business**

**15555 S Brawley Ave**
Number          Street

**Caruthers, CA 93609**
City                    State     ZIP Code

**Fresno**
County

**Mailing address, if different from principal place of business**

**5550 W Spruce Ave, Ste 107**
Number          Street

**Fresno, CA 93722**
City                    State     ZIP Code

**Location of principal assets, if different from principal place of business**

Number          Street

City                    State     ZIP Code

**5. Debtor's website (URL)**

**6. Type of debtor**

☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor     **Capital Farms, Inc**_____          Case number *(if known)* _____
          Name

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. 101(51B))

☐ Railroad (as defined in 11 U.S.C. 101(44))

☐ Stockbroker (as defined in 11 U.S.C. 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. 781(3))

☑ None of the above

B. *Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. 501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. 80a-3)

☐ Investment advisor (as defined in 15 U.S.C. 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
   http://www.uscourts.gov/four-digit-national-association-naics-codes .

____ ____ ____ ____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

☐ Chapter 11. *Check all that apply:*

   ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725 (amount subject to adjustment on 4/01/25 and every 3 years after that).

   ☐ The debtor is a small business debtor as defined in 11 U.S.C. 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. 1116(1)(B).

   ☐ The debtor is a small business debtor as defined in 11 U.S.C. 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

   ☐ A plan is being filed with this petition.

   ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. 1126(b).

   ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

   ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☑ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☑ No

☐ Yes.  District _____  When _____  Case number _____
                                    MM / DD / YYYY

        District _____  When _____  Case number _____
                                    MM / DD / YYYY

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☑ No

☐ Yes.  Debtor _____  Relationship _____

        District _____  When _____
                                                    MM / DD / YYYY

        Case number, if known _____

Debtor    **Capital Farms, Inc**
_____          Case number *(if known)* _____
Name

| | |
|---|---|
| **11. Why is the case filed in _this district_?** | *Check all that apply:*<br><br>☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.<br><br>☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district. |
| **12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?** | ☑ No<br><br>☐ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.<br><br>**Why does the property need immediate attention?** *(Check all that apply.)*<br><br>☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.<br><br>What is the hazard? _____<br><br>☐ It needs to be physically secured or protected from the weather.<br><br>☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).<br><br>☐ Other _____<br><br>**Where is the property?** _____<br>Number        Street<br><br>_____<br>City        State    ZIP Code<br><br>**Is the property insured?**<br>☐ No<br>☐ Yes.   Insurance agency _____<br>        Contact name _____<br>        Phone _____ |

### Statistical and administrative information

| | |
|---|---|
| **13. Debtor's estimation of available funds?** | *Check one:*<br><br>☐ Funds will be available for distribution to unsecured creditors.<br><br>☑ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors. |
| **14. Estimated number of creditors** | ☑ 1-49    ☐ 50-99        ☐ 1,000-5,000  ☐ 5,001-10,000      ☐ 25,001-50,000  ☐ 50,000-100,000<br>☐ 100-199  ☐ 200-999      ☐ 10,001-25,000          ☐ More than 100,000 |
| **15. Estimated assets** | ☐ $0-$50,000          ☑ $1,000,001-$10 million        ☐ $500,000,001-$1 billion<br>☐ $50,001-$100,000      ☐ $10,000,001-$50 million       ☐ $1,000,000,001-$10 billion<br>☐ $100,001-$500,000     ☐ $50,000,001-$100 million      ☐ $10,000,000,001-$50 billion<br>☐ $500,001-$1 million    ☐ $100,000,001-$500 million     ☐ More than $50 billion |

Debtor    **Capital Farms, Inc**        Case number *(if known)* _____
Name

| 16. Estimated liabilities | ☐ $0-$50,000 | ☑ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
|---|---|---|---|
| | ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| | ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| | ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

## Request for Relief, Declaration, and Signatures

**WARNING —** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

- The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.
- I have been authorized to file this petition on behalf of the debtor.
- I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on ___01/10/2025___
       MM/ DD/ YYYY

X _~Sukhwant Gill~_        **Sukhwant "Shawn" Gill**
Signature of authorized representative of debtor    Printed name

Title    **President**

**18. Signature of attorney**

X  /s/ Peter Fear        Date  **01/10/2025**
Signature of attorney for debtor            MM/ DD/ YYYY

**Peter Fear**
Printed name

**Fear Waddell, P.C.**
Firm name

**7650 N. Palm Avenue Suite 101**
Number    Street

**Fresno**        **CA**    **93711**
City            State    ZIP Code

**(559) 436-6575**        **pfear@fearlaw.com**
Contact phone            Email address

**207238**        **CA**
Bar number        State

**Fill in this information to identify the case:**

Debtor name _____**Capital Farms, Inc**_____

United States Bankruptcy Court for the:

_____**Eastern District of California**_____

Case number (if known): _____  Chapter __12__

☐ Check if this is an amended filing

Official Form 206Sum

# Summary of Assets and Liabilities for Non-Individuals                    12/15

**Part 1:**  Summary of Assets

1. **Schedule A/B: Assets–Real and Personal Property** (Official Form 206A/B)

    1a. **Real Property:**
    Copy line 88 from *Schedule A/B*................................................................................ | **$0.00**

    1b. **Total personal property:**
    Copy line 91A from *Schedule A/B*........................................................................... | **$4,747,775.68**

    1c. **Total of all property:**
    Copy line 92 from *Schedule A/B*............................................................................. | **$4,747,775.68**

**Part 2:**  Summary of Liabilities

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim*, from line 3 of *Schedule D*................ | **$6,515,689.48**

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

    3a. **Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*..................................................... | **$0.00**

    3b. **Total amount of claims of non-priority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*.................................. | **+ $1,266,335.52**

4. **Total liabilities**........................................................................................................ | **$7,782,025.00**
    Lines 2 + 3a + 3b

**Fill in this information to identify the case:**

Debtor Name  **Capital Farms, Inc**

United States Bankruptcy Court for the: _____ **Eastern** _____ District of ____ **California** _____
                                                                                          (State)

Case number (If known): _____

☐ Check if this is an amended filing

Official Form 206A/B

# Schedule A/B: Assets — Real and Personal Property          12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
| --- | --- |

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No. Go to Part 2.
   ☑ Yes. Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
| --- | --- |

2. **Cash on hand** _____

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
| --- | --- | --- | --- | --- |
| 3.1. | **Citizens Business Bank.** | **Checking account** | **3  5  0  6** | $58.58 |
| 3.2. | **Five Star Bank.** | **Checking account** | **7  8  9  2** | $798.35 |
| 3.3. | **Five Star Bank.** | **Checking account** | **7  9  0  6** | $395.00 |

4. **Other cash equivalents** *(Identify all)*

   4.1 _____
   4.2 _____

5. **Total of Part 1**

   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.     | $1,251.93 |

| Part 2: | Deposits and prepayments |
| --- | --- |

6. **Does the debtor have any deposits or prepayments?**

   ☑ No. Go to Part 3.
   ☐ Yes. Fill in the information below.

| | Current value of debtor's interest |
| --- | --- |

7. **Deposits, including security deposits and utility deposits**

   Description, including name of holder of deposit

Debtor    **Capital Farms, Inc**                    Case number *(if known)* _____
          Name

| 7.1 | _____ | _____ |
| 7.2 | _____ | _____ |

8.  **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

Description, including name of holder of prepayment

| 8.1 | _____ | _____ |
| 8.2 | _____ | _____ |

9.  **Total of Part 2**

Add lines 7 through 8. Copy the total to line 81.      [_____]

| **Part 3:** | Accounts receivable |

10. **Does the debtor have any accounts receivable?**

☑ No. Go to Part 4.

☐ Yes. Fill in the information below.

**Current value of debtor's interest**

11. **Accounts receivable**

11a. 90 days old or less:  _____ - _____ =....➔     _____
                          face amount   doubtful or uncollectible accounts

11b. Over 90 days old:  _____ - _____ =....➔        _____
                       face amount   doubtful or uncollectible accounts

12. **Total of Part 3**

Current value on lines 11a + 11b = line 12. Copy the total to line 82.   [_____]

| **Part 4:** | Investments |

13. **Does the debtor own any investments?**

☑ No. Go to Part 5.

☐ Yes. Fill in the information below.

**Valuation method used for current value**   **Current value of debtor's interest**

14. **Mutual funds or publicly traded stocks not included in Part 1**

Name of fund or stock:

| 14.1 | _____ | _____ | _____ |
| 14.2 | _____ | _____ | _____ |

15. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

Name of entity:                          % of ownership:

| 15.1 | _____ | _____ | _____ | _____ |
| 15.2 | _____ | _____ | _____ | _____ |

Debtor      **Capital Farms, Inc**                                    Case number *(if known)* _____
            Name

| | |
|---|---|
| 16. | **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1** |

Describe:

16.1  _____        _____   _____

16.2  _____        _____   _____

17. **Total of Part 4**

Add lines 14 through 16. Copy the total to line 83.

| |
|---|
| _____ |

| Part 5: | Inventory, excluding agriculture assets |
|---|---|

18. **Does the debtor own any inventory (excluding agriculture assets)?**

☑ No. Go to Part 6.

☐ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| | | (Where available) | | |

19. **Raw materials**

| | MM / DD / YYYY | | | |
|---|---|---|---|---|

20. **Work in progress**

| | MM / DD / YYYY | | | |
|---|---|---|---|---|

21. **Finished goods, including goods held for resale**

| | MM / DD / YYYY | | | |
|---|---|---|---|---|

22. **Other inventory or supplies**

| | MM / DD / YYYY | | | |
|---|---|---|---|---|

23. **Total of Part 5**

Add lines 19 through 22. Copy the total to line 84.

| |
|---|
| _____ |

24. **Is any of the property listed in Part 5 perishable?**

☑ No

☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

☑ No

☐ Yes.  Book value _____  Valuation method _____  Current value _____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**

☑ No

☐ Yes

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---|---|

Debtor    **Capital Farms, Inc**_____    Case number *(if known)* _____
          Name

---

**27.  Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☐ No. Go to Part 7.

☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| | (Where available) | | |
| **28.  Crops—either planted or harvested** | | | |
| Approximately 18,797 lbs. of almond crops from Jameson Ranch being processed at Bapu Almond Company, Inc. Value estimate based on $2.25 lb. | unknown | | $42,293.25 |
| Approximately 444,199 lbs. of almond crops from Brawley property being processed at Campos Bros Farms. Value estimate based on $2.25 lb. | unknown | | $999,447.75 |
| Approximately 744,877 lbs. of almond crops from Brewer, Natomas Ranch, Sankey Ranch, Jameson Ranch, & Baseline Ranch being processed at T.M. Duche Nut Co., Inc. Value estimate based on $2.25 lb. | unknown | | $1,675,973.25 |
| Approximately 154,668 lbs. of almond crops from East Block, West Block, Sankey Ranch being processed at Vann Family Orchards. Value estimate based on $2.25 lb. | unknown | | $348,003.00 |
| **29.  Farm animals** *Examples:* Livestock, poultry, farm-raised fish | | | |
| **30.  Farm machinery and equipment** (Other than titled motor vehicles) | | | |
| See Attachment to Schedule B. | unknown | | $1,081,000.00 |
| **31.  Farm and fishing supplies, chemicals, and feed** | | | |
| **32.  Other farming and fishing-related property not already listed in Part 6** | | | |

**33.  Total of Part 6**
Add lines 28 through 32. Copy the total to line 85.                    | **$4,146,717.25** |

**34.  Is the debtor a member of an agricultural cooperative?**

☑ No

☐ Yes. Is any of the debtor's property stored at the cooperative?

   ☐ No
   ☐ Yes

**35.  Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

☑ No

☐ Yes.  Book value _____  Valuation method _____  Current value _____

---

Debtor      **Capital Farms, Inc**
                Name

Case number *(if known)* _____

---

36.  **Is a depreciation schedule available for any of the property listed in Part 6?**

☑ No

☐ Yes

37.  **Has any of the property listed in Part 6 been appraised by a professional within the last year?**

☑ No

☐ Yes

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

38.  **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☑ No. Go to Part 8.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture** | | | |
| 40. **Office fixtures** | | | |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software** | | | |
| 42. **Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| 42.1 | | | |
| 42.2 | | | |
| 42.3 | | | |

43.  **Total of Part 7**
     Add lines 39 through 42. Copy the total to line 86.

44.  **Is a depreciation schedule available for any of the property listed in Part 7?**

☑ No

☐ Yes

45.  **Has any of the property listed in Part 7 been appraised by a professional within the last year?**

☑ No

☐ Yes

| Part 8: | Machinery, equipment, and vehicles |
|---|---|

46.  **Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.

☑ Yes. Fill in the information below.

---

Debtor      **Capital Farms, Inc**                                    Case number *(if known)* _____
_____
            Name

| General description | Net book value of | Valuation method used | Current value of |
| Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | debtor's interest (Where available) | for current value | debtor's interest |
| --- | --- | --- | --- |
| **47.** **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1 **2017 Ram 1500 Crew Laramie /** VIN: 1C6RR7NM5HS877169 **Fair Condition.** | **unknown** | | **$8,471.00** |
| 47.2 **2016 Ram 2500 Crew Cab Tradesman /** VIN: 3C6UR4CL6GG221572 **Fair Condition.** | **unknown** | | **$13,487.00** |
| 47.3 **2020 Chevrolet Silverado 1500 Crew Cab High County /** VIN: 3GCUYHET5LG403144 **Fair Condition.** | **unknown** | | **$23,880.00** |
| **48.** **Watercraft, trailers, motors, and related accessories** Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
| 48.1 **2006 Korvan Grape Harvester /** VIN: 3016 XL **534-810-600015** | **unknown** | | **$12,000.00** |
| 48.2 **2022 KUBOTA RTV-X900RL-A, UV Camo w/ATV Tires/Linrer /** VIN: ASKB2FDBPNG071581 | **unknown** | | **$12,000.00** |
| **49.** **Aircraft and accessories** | | | |
| 49.1 | | | |
| 49.2 | | | |
| **50.** **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)** | | | |
| **2022 KUBOTA RTV-X900WL-A, UV worksite w/ATV Tries/Liner /** VIN: ASKB2FGBVNG071523 | **unknown** | | **$12,000.00** |
| **51.** **Total of Part 8** Add lines 47 through 50. Copy the total to line 87. | | | **$81,838.00** |

**52.** **Is a depreciation schedule available for any of the property listed in Part 8?**

☑ No
☐ Yes

**53.** **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

☑ No
☐ Yes

| Part 9: | Real property |
| --- | --- |

**54.** **Does the debtor own or lease any real property?**

☑ No. Go to Part 10.
☐ Yes. Fill in the information below.

**55.** **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

Debtor　　**Capital Farms, Inc**
　　　　　———————————————————————　　　　Case number *(if known)* ———————————————
　　　　Name

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br><br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1 _____ | _____ | _____ | _____ | _____ |
| 55.2 _____ | _____ | _____ | _____ | _____ |
| 55.3 _____ | _____ | _____ | _____ | _____ |
| 55.4 _____ | _____ | _____ | _____ | _____ |
| 55.5 _____ | _____ | _____ | _____ | _____ |
| 55.6 _____ | _____ | _____ | _____ | _____ |

56.　**Total of Part 9**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

| |
|---|
| _____ |

57.　**Is a depreciation schedule available for any of the property listed in Part 9?**

☑ No

☐ Yes

58.　**Has any of the property listed in Part 9 been appraised by a professional within the last year?**

☑ No

☐ Yes

**Part 10:　Intangibles and intellectual property**

59.　**Does the debtor have any interests in intangibles or intellectual property?**

☑ No. Go to Part 11.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest<br><br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60.　**Patents, copyrights, trademarks, and trade secrets**<br><br>_____ | _____ | _____ | _____ |
| 61.　**Internet domain names and websites**<br><br>_____ | _____ | _____ | _____ |
| 62.　**Licenses, franchises, and royalties**<br><br>_____ | _____ | _____ | _____ |
| 63.　**Customer lists, mailing lists, or other compilations**<br><br>_____ | _____ | _____ | _____ |
| 64.　**Other intangibles, or intellectual property**<br><br>_____ | _____ | _____ | _____ |

Debtor    **Capital Farms, Inc**                                    Case number *(if known)* _____
          Name

---

65.  **Goodwill**

     _____    _____    _____    _____

66.  **Total of Part 10**

     Add lines 60 through 65. Copy the total to line 89.                    | _____ |

67.  **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)**?**

     ☑ No
     ☐ Yes

68.  **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

     ☑ No
     ☐ Yes

69.  **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

     ☑ No
     ☐ Yes

| Part 11: | All other assets |

70.  **Does the debtor own any other assets that have not yet been reported on this form?**

     Include all interests in executory contracts and unexpired leases not previously reported on this form.

     ☐ No. Go to Part 12.
     ☑ Yes. Fill in the information below.

                                                                      **Current value of
                                                                      debtor's interest**

71.  **Notes receivable**

     Description (include name of obligor)

     _____    _____ – _____ = ➡    _____
                                    Total face amount    doubtful or uncollectible amount

72.  **Tax refunds and unused net operating losses (NOLs)**

     Description (for example, federal, state, local)

     _____    Tax year _____    _____
     _____    Tax year _____    _____
     _____    Tax year _____    _____

73.  **Interests in insurance policies or annuities**

     **FSA grant. Value is currently unknown. However, it is based on the higher of 2023 or 2024 gross
     receipts.**                                                               **unknown**

     **Outstanding crop insurance claim based on the guaranteed vs actual production. Funds should be
     available the end of January 2025.**                                      **$209,998.50**

     **Two crop insurance claims with Pro Ag Insurance.**                      **$307,970.00**

74.  **Causes of action against third parties (whether or not a lawsuit has
     been filed)**

---

Debtor    **Capital Farms, Inc**              Case number *(if known)* _____
Name

**Nature of claim**              _____

**Amount requested**           _____

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

**Nature of claim**              _____

**Amount requested**           _____

76. **Trusts, equitable or future interests in property**

77. **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

78. **Total of Part 11**
    Add lines 71 through 77. Copy the total to line 90.

| |
|---|
| **$517,968.50** |

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
    ☑ No
    ☐ Yes

Debtor      **Capital Farms, Inc**                                    Case number *(if known)* _____

Name

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form.**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $1,251.93 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | | |
| 83. **Investments.** *Copy line 17, Part 4.* | | |
| 84. **Inventory.** *Copy line 23, Part 5.* | | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $4,146,717.25 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $81,838.00 | |
| 88. **Real property.** *Copy line 56, Part 9.* ............................................... ➜ | | _____ |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $517,968.50 | |
| 91. **Total.** *Add lines 80 through 90 for each column.*...........91a. | $4,747,775.68 | + 91b. _____ |
| 92. **Total of all property on Schedule A/B.** Lines 91a + 91b = 92. .................................................................. | | $4,747,775.68 |

## Attachment to Schedule B

| Year | Equipment Type | Serial Number | Value |
|---|---|---|---|
| 2014 | GHESK 151021 Shaker & Receiver | | $ 62,500.00 |
| 2014 | GHERV 152020 Bin Carrier with Tank | S/N277591 | $ 62,500.00 |
| 2004 | KILBY SHAKER | 1711D3 | $ 37,500.00 |
| 2002 | COE CATCHER WITH TANK | 4039D307750 | $ 37,500.00 |
| 2006 | SHAKER COE | C7M-06-302 | $ 50,000.00 |
| 2007 | RECEIVER COE WITH TANK | L2-06-150 | $ 50,000.00 |
| 1994 | KILBY BIN CARRIER WITH TANK id 1002015010 | BC-1124 | $ 40,000.00 |
| 2006 | COE BIN CARRIER WITH TANK id 1002015020 | W8-4045-99-103-4WM | $ 40,000.00 |
| 1999 | KILBY BIN CARRIER WITH TANK | BC-1179 | $ 30,000.00 |
| 1996 | KILBY BIN CARRIER WITH TANK | BC-1143 | $ 30,000.00 |
| 1996 | FRUEH FLAT BED TRAILER | VVG354415 | $ 4,000.00 |
| 2005 | 2 GANDOLAS | 1)G05165 (2) G05170 | $ 9,000.00 |
| | 2x FIELD DOLLY | | $ 5,000.00 |
| 2001 | ALMOND PICKER Weiss Mcnair 9800 | 1424 | $ 10,000.00 |
| 2005 | JACK RABBIT CONVEYER CART | 29 | $ 10,000.00 |
| 2005 | SCHEIDT FIELD CONVEYER ELEVATOR | 49214 | $ 7,000.00 |
| 2006 | OMC SHOCK WAVE ALMOND SHAKER | 6095 | $ 20,000.00 |
| 2015 | MAS SC-300 ROTARY TILER | 149660485 | $ 12,000.00 |
| 2011 | ELEVATOR SE-180 OMC | 11120 | $ 50,000.00 |
| 2011 | OMC NUT CART AR-450 CAB/AC Tanks | 11116 | $ 30,000.00 |
| 2012 | (2) KCI NUT CART | KE-1089, KE1090 | $ 8,000.00 |
| 2012 | 2X THOMAS NUT CART | | $ 8,000.00 |
| 2015 | ECONOLINE TRAILER AP0720DE | 42EDPEG2XF1000132 | $ 5,000.00 |
| 2006 | 2x Rears 600 Gal Sprayer | L06-1127 | $ 20,000.00 |
| | Weiss McNair JD80 Sweeper | 99023 | $ 30,000.00 |
| 2014 | Weiss McNair JD80LP Sweeper | Tag NS71 S/N 14128 | $ 30,000.00 |
| 2016 | DEU 420TB TRACTOR WITH CAB | 5316 | $ 20,000.00 |
| 2016 | KUBOTA RTV-X900 | RTV-X900 SERIAL # 28352 | $ 10,000.00 |
| 2011 | JOHN DEERE 6430 | 1L06430XCBD694319 | $ 25,000.00 |
| 2013 | COE S7 SIDE MOUNT SHAKER | S7-13-189 | $ 35,000.00 |
| 2019 | FLURY MODEL 860A ALMOND PICKER | 4012608 | $ 20,000.00 |
| 2015 | THOMAS CONEYOR CART | RC26 S/N 15754 | $ 60,000.00 |
| 2006 | REARS COMPOST SPREADER | KMA15G920LP | $ 8,000.00 |
| 2006 | REARS COMPOST SPREADER | | $ 8,000.00 |
| 2000 | CAT FRONT LOADER | D # 4EL00127 MODEL # IT14 | $ 40,000.00 |
| 2000 | DI-ANNA BRUSH SHREDDER | VIN # 2007PT0003 | $ 5,000.00 |
| 2000 | VRISMP FLAIL MPWER | | $ 5,000.00 |
| 2000 | VRISMP FLAIL MPWER | VT16250-14FPB MOD LP-1268 | $ 5,000.00 |
| 2000 | RUSSEL BURM BLASTER | VIN 108065-03 | $ 5,000.00 |
| 2000 | RUSSEL BURM BLASTER | VIN 108512-22 | $ 5,000.00 |
| 2019 | WEISSA MCNAIR JD80LP | SERIAL # 0817 | $ 35,000.00 |
| 2007 | John Deere 5625 | LV5625R264110 | $ 20,000.00 |

| | | | | |
|---|---|---|---|---|
| 2012 | FREIGHTLINER CASCADIA DAYCAB | 1FUJGEDR3CSBR7854 | $ | 20,000.00 |
| 2020 | Thomas Nut Cart for Almonds | 16807 | $ | 25,000.00 |
| 2021 | Ag Right Stick X | | $ | 15,000.00 |
| 2014 | 600 Gall D&M Orchard Sprayer | | $ | 12,000.00 |
| 2014 | Weiss Mcnair Nut Elevator | | $ | 5,000.00 |
| | | **Total** | **$ 1,081,000.00** | |

<table>
<tr><td colspan="2">Fill in this information to identify the case:</td></tr>
<tr><td>Debtor name</td><td><strong>Capital Farms, Inc</strong></td></tr>
<tr><td>United States Bankruptcy Court for the:</td><td><strong>Eastern</strong>   District of   <strong>California</strong><br>(State)</td></tr>
<tr><td>Case number (if known):</td><td></td></tr>
</table>

☐ Check if this is an amended filing

Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property          12/15

**Be as complete and accurate as possible.**

1. **Do any creditors have claims secured by debtor's property?**
   - ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
   - ☑ Yes. Fill in all of the information below.

| Part 1: | List Creditors Who Have Secured Claims |
| --- | --- |

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | *Column A*<br>**Amount of claim**<br>Do not deduct the value of collateral. | *Column B*<br>**Value of collateral that supports this claim** |
| --- | --- | --- |

**2.1** **Creditor's name**

**Chase Auto Finance**

**Creditor's mailing address**

**PO Box 901033**

**Fort Worth, TX 76101**

**Creditor's email address, if known**

**Date debt was incurred**

**Last 4 digits of account number**   **1 5 0 1**

**Do multiple creditors have an interest in the same property?**
- ☑ No
- ☐ Yes. Specify each creditor, including this creditor, and its relative priority.

**Describe debtor's property that is subject to a lien**

2020 Chevrolet Silverado 1500 Crew Cab High County          **$15,801.85**          **$23,880.00**

**Describe the lien**

**Is the creditor an insider or related party?**
- ☑ No
- ☐ Yes

**Is anyone else liable on this claim?**
- ☑ No
- ☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**          **$6,515,689.48**

Debtor　**Capital Farms, Inc**
　　　　　Name

Case number (if known) _____

| Part 1: | Additional Page | Column A | Column B |
|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|

**2.2** **Creditor's name**

**Farm Credit Services of America, PCA**

**Creditor's mailing address**

**PO Box 2409**

**Omaha, NE 68103**

**Creditor's email address, if known**

_____

**Date debt was incurred**

**Last 4 digits of account number**　**1  5  4  1**

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Have you already specified the relative priority?

　☐ No.  Specify each creditor, including this creditor, and its relative priority.

　　_____

　☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

2006 Korvan Grape Harvester

**Describe the lien**

**UCC 12/14/23**

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☐ No

☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

**$56,100.00**　　　**$12,000.00**

Debtor    **Capital Farms, Inc**
          _____          Case number (if known) _____
          Name

| Part 1: | Additional Page | Column A | Column B |
|---------|-----------------|----------|----------|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

Column A
**Amount of claim**
Do not deduct the value of collateral.

Column B
**Value of collateral that supports this claim**

**2.3** Creditor's name

**Kubota Credit Corporation**

**Describe debtor's property that is subject to a lien**

2022 KUBOTA RTV-X900WL-A, UV worksite w/ATV Tries/Liner. 2022 KUBOTA RTV-X900RL-A, UV Camo w/ATV Tires/Liner

$12,009.57          $24,000.00

**Creditor's mailing address**

**PO Box 2046**

**Grapevine, TX 76099**

**Describe the lien**

**UCC 5/28/2022**

**Creditor's email address, if known**

_____

**Is the creditor an insider or related party?**

- ☑ No
- ☐ Yes

**Date debt was incurred** _____

**Last 4 digits of account number**    **6  6  2  0**

**Is anyone else liable on this claim?**

- ☐ No
- ☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Do multiple creditors have an interest in the same property?**

- ☑ No
- ☐ Yes. Have you already specified the relative priority?

    - ☐ No.  Specify each creditor, including this creditor, and its relative priority.

        _____
        _____

    - ☐ Yes. The relative priority of creditors is specified on lines _____

**As of the petition filing date, the claim is:**
Check all that apply.

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Debtor　**Capital Farms, Inc**
_____
Name

Case number (if known) _____

| Part 1: | Additional Page | | Column A | Column B |
|---|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

|  | Column A | Column B |
|---|---|---|
|  | Amount of claim | Value of collateral that supports this claim |
|  | Do not deduct the value of collateral. |  |

**2.4** **Creditor's name**

**Rabo AgriFinance**

**Describe debtor's property that is subject to a lien**

**Amount of claim:** $4,085,040.79　　**Value of collateral:** unknown

**Creditor's mailing address**

**PO Box 410650**

**Saint Louis, MO 63141-0650**

**Describe the lien**

**UCC**

**Creditor's email address, if known**

**Is the creditor an insider or related party?**
- ☑ No
- ☐ Yes

**Date debt was incurred**

**Is anyone else liable on this claim?**
- ☐ No
- ☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Last 4 digits of account number**　0　0　7　6

**Do multiple creditors have an interest in the same property?**
- ☑ No
- ☐ Yes. Have you already specified the relative priority?
  - ☐ No.　Specify each creditor, including this creditor, and its relative priority.
    _____
    _____
  - ☐ Yes. The relative priority of creditors is specified on lines _____

**As of the petition filing date, the claim is:**
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Debtor  **Capital Farms, Inc**
_____
Name

Case number (if known) _____

---

| Part 1: | Additional Page |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | Column A | Column B |
|---|---|---|
| | *Column A* Amount of claim Do not deduct the value of collateral. | *Column B* Value of collateral that supports this claim |

**2.5  Creditor's name**

**Rabo AgriFinance LLC**
_____

**Creditor's mailing address**

**PO Box 411995**
_____

**Saint Louis, MO 63141**
_____

**Creditor's email address, if known**

_____

**Date debt was incurred**  _____

**Last 4 digits of account number**   **6  0  0  1**

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Have you already specified the relative priority?

　☐ No. Specify each creditor, including this creditor, and its relative priority.
　_____
　_____

　☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

_____
_____
_____

**Describe the lien**

**UCC**
_____

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Is anyone else liable on this claim?**

☐ No
☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

| $1,051,737.27 | unknown |
|---|---|

---

Debtor    **Capital Farms, Inc**
_____
Name

Case number (if known) _____

---

| **Part 1:** | Additional Page |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | *Column A* **Amount of claim** Do not deduct the value of collateral. | *Column B* **Value of collateral that supports this claim** |
|---|---|---|

**2.6**   **Creditor's name**

**T.M. Duche Nut Co**
_____

**Creditor's mailing address**

**1502 Railroad Ave**
_____

**Orland, CA 95963**
_____

**Creditor's email address, if known**

_____

**Date debt was incurred** _____

**Last 4 digits of account** ___ ___ ___ ___
**number**

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Have you already specified the relative priority?

     ☐ No.   Specify each creditor, including this creditor, and its relative priority.

        _____

        _____

     ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

_____

_____

**Describe the lien**

_____

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☐ No

☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

| $500,000.00 | unknown |
|---|---|

---

Debtor   **Capital Farms, Inc**
Name

Case number (if known) _____

| Part 1: | Additional Page |
| --- | --- |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
| --- | --- | --- |

**2.7 Creditor's name**

**Tech Ag Financial Group, Inc**

**Creditor's mailing address**

**3430 Unicorn Rd**

**Bakersfield, CA 93308**

**Creditor's email address, if known**

_____

**Date debt was incurred** _____

**Last 4 digits of account**   **9   0   4   0**
**number**

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Have you already specified the relative priority?

     ☐ No.   Specify each creditor, including this creditor, and its relative priority.

_____

_____

     ☐ Yes. The relative priority of creditors is specified on lines _____

**Remarks:** CVCS24-0002314

**Describe debtor's property that is subject to a lien**

_____

_____

_____

**Describe the lien**

**UCC-1 filed 2/9/2024**

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Is anyone else liable on this claim?**

☐ No
☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Column A: **$420,000.00**     Column B: **unknown**

Debtor    **Capital Farms, Inc**                                    Case number (if known) _____
          _____
          Name

| Part 1: | Additional Page | Column A | Column B |
|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | | *Column A* Amount of claim Do not deduct the value of collateral. | *Column B* Value of collateral that supports this claim |

**2.8** Creditor's name

**Wilbur-Ellis Company LLC**

Describe debtor's property that is subject to a lien

$375,000.00     unknown

Creditor's mailing address

**345 California St, 27th Fl**

**San Francisco, CA 94104**

Describe the lien

**CVCS24-0002586**

Creditor's email address, if known

_____

Is the creditor an insider or related party?

☑ No
☐ Yes

Date debt was incurred _____

Last 4 digits of account number   **1   5   4   1**

Is anyone else liable on this claim?

☐ No
☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

Do multiple creditors have an interest in the same property?

☑ No
☐ Yes. Have you already specified the relative priority?

    ☐ No.   Specify each creditor, including this creditor, and its relative priority.

       _____
       _____

    ☐ Yes. The relative priority of creditors is specified on lines _____

As of the petition filing date, the claim is:
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Remarks:** Many Invoice numbers.

Debtor　　**Capital Farms, Inc**
_____　　　　Case number (if known) _____
　　　　　Name

| Part 2: | List Others to Be Notified for a Debt Already Listed in Part 1 |
|---|---|

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **Chase Auto Finance**<br>**PO Box 650351**<br>**Dallas, TX 75265-0351** | Line 2. **1** | ___ ___ ___ ___ |
| **Farm Credit Services of America, PCA**<br>**c/o Frandzel Robins Bloom & Csato, LC**<br>**1000 Wilshire Blvd, 19th Fl**<br>**Los Angeles, CA 90017-2427** | Line 2. **2** | ___ ___ ___ ___ |
| **Wolters Kluwer Lien Solutions**<br>**Lien Solutions**<br>**PO Box 29071**<br>**Glendale, CA 91209-9070** | Line 2. **2** | ___ ___ ___ ___ |
| **San Joaquin Tractor Co**<br>**710 S High St**<br>**Delano, CA 93215** | Line 2. **2** | ___ ___ ___ ___ |
| **Ag Direct**<br>**5015 S 118th St**<br>**Omaha, NE 68103** | Line 2. **2** | ___ ___ ___ ___ |
| **Ag Direct**<br>**PO Box 2409**<br>**Omaha, NE 68103** | Line 2. **2** | ___ ___ ___ ___ |
| **Farm Credit Services of America, PCA**<br>**5015 S 118th St**<br>**Omaha, NE 68103-2409** | Line 2. **2** | ___ ___ ___ ___ |
| **Wolters Kluwer Lien Solutions**<br>**Lien Solutions**<br>**PO Box 29071**<br>**Glendale, CA 91209-9070** | Line 2. **3** | ___ ___ ___ ___ |
| **Kubota Credit Corporation**<br>**PO Box 0559**<br>**Carol Stream, IL 60132-0559** | Line 2. **3** | ___ ___ ___ ___ |

Debtor     **Capital Farms, Inc**
Name

Case number (if known) _____

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| Holt Ag Solutions<br>PO Box 138025<br>Sacramento, CA 95813-8025 | Line 2. **3** | **0 9 0 1** |
| Holt Ag Solutions<br>95 W Kentucky Ave<br>Woodland, CA 95695 | Line 2. **3** | __ __ __ __ |
| AKT Brewer 315, LLC<br>c/o AKT Investments Inc<br>Attn Chris Donnelly<br>7700 College Town Dr, Ste 101<br>Sacramento, CA 95826 | Line 2. **5** | __ __ __ __ |
| Wolters Kluwer Lien Solutions<br>Lien Solutions<br>PO Box 29071<br>Glendale, CA 91209-9070 | Line 2. **5** | __ __ __ __ |
| AKT Brewer 315, LLC<br>7919 Folsom Blvd, Ste 300<br>Sacramento, CA 95826-2616 | Line 2. **5** | __ __ __ __ |
| Rabo AgriFinance<br>14767 N Outer 40 Rd, Ste 400<br>Chesterfield, MO 63017 | Line 2. **5** | __ __ __ __ |
| Rabo AgriFinance<br>PO Box 410650<br>Saint Louis, MO 63141-0650 | Line 2. **5** | __ __ __ __ |
| Wolters Kluwer Lien Solutions<br>Lien Solutions<br>PO Box 29071<br>Glendale, CA 91209-9070 | Line 2. **7** | __ __ __ __ |
| Frandzel Robins Bloom & Csato, LC<br>Michael J. Gomez<br>1000 Wilshire Blvd, 19th Floor<br>Los Angeles, CA 90017-2427 | Line 2. **7** | __ __ __ __ |

Debtor    **Capital Farms, Inc**
          Name

Case number (if known) _____

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **Tech Ag Financial**<br>**PO Box 64949**<br>**Saint Paul, MN 55164-0949** | Line 2. **7** | __ __ __ __ |
| **Wolters Kluwer Lien Solutions**<br>**Lien Solutions**<br>**PO Box 29071**<br>**Glendale, CA 91209-9070** | Line 2. **8** | __ __ __ __ |
| **Wilbur-Ellis Company LLC**<br>**PO Box 45326**<br>**San Francisco, CA 94145-0326** | Line 2. **8** | __ __ __ __ |
| **Credit Department**<br>**6795 N Palm Ave, Ste 103**<br>**Fresno, CA 93704** | Line 2. **8** | __ __ __ __ |

Fill in this information to identify the case:

Debtor name     **Capital Farms, Inc**

United States Bankruptcy Court for the:

    **Eastern District of California**

Case number (if known): _____

☐ Check if this is an amended filing

## Official Form 206E/F

## Schedule E/F: Creditors Who Have Unsecured Claims    **12/15**

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:   List All Creditors with PRIORITY Unsecured Claims

**1.**   **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507)

☐ No. Go to Part 2.

☑ Yes. Go to line 2.

**2.**   **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|

**2.1**   Priority creditor's name and mailing address

Employment Development Department (EDD)

Bankruptcy Special Procedures Group
MIC 92G

PO Box 826880

Sacramento, CA 94280-0001

Date or dates debt was incurred
_____

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the Claim:**
_____

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: **unknown**
Priority amount: **unknown**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) **(8)**

**Remarks:** Listing out of caution for possible debt.

**2.2**   Priority creditor's name and mailing address

Franchise Tax Board

Bankruptcy Section MS A-340

PO Box 2952

Sacramento, CA 95812-2952

Date or dates debt was incurred
_____

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the Claim:**
_____

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: **unknown**
Priority amount: **unknown**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) **(8)**

**Remarks:** Listing out of caution for possible debt.

Debtor     **Capital Farms, Inc**_____          Case number *(if known)*_____
           Name

---

| | |
|---|---|
| **2.3**  **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:**   unknown_____   unknown_____ |
| **Internal Revenue Service**_____ | *Check all that apply.* |
| **PO Box 7346**_____ | ☐  Contingent |
| **Philadelphia, PA 19101-7346**_____ | ☐  Unliquidated |
| | ☐  Disputed |
| **Date or dates debt was incurred** | **Basis for the Claim:** |
| _____ | _____ |
| **Last 4 digits of account** | **Is the claim subject to offset?** |
| **number** ___ ___ ___ ___ | ☑  No |
| **Specify Code subsection of PRIORITY unsecured** | ☐  Yes |
| **claim:** 11 U.S.C. § 507(a)  **(8)** | |
| **Remarks:** Listing out of caution for possible debt. | |

Debtor    **Capital Farms, Inc**
          Name                                                      Case number *(if known)*

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |

3.  **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|  | | **Amount of claim** |
|---|---|---|

**3.1** Nonpriority creditor's name and mailing address

**Bear River Supply Inc**

**218 Pleasant Grove Road**

**Rio Oso, CA 95674**

Date or dates debt was incurred

Last 4 digits of account number    **1  7  7  5**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

$131,172.97

**3.2** Nonpriority creditor's name and mailing address

**Beewise US Inc**

**PO Box 767**

**San Ramon, CA 94583**

Date or dates debt was incurred

Last 4 digits of account number    **0  7  4  3**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

$156,282.00

**3.3** Nonpriority creditor's name and mailing address

**BWC**

**445 Minnesota St, Ste 1700**

**Saint Paul, MN 55101-3161**

Date or dates debt was incurred

Last 4 digits of account number    **0  4  0  0**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

$432,060.96

**3.4** Nonpriority creditor's name and mailing address

**Evolution Equipment Services Inc**

**PO Box 827**

**Victor, CA 95253**

Date or dates debt was incurred

Last 4 digits of account number    **9  2  9  4**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

$33,643.64

Debtor   **Capital Farms, Inc**     Case number *(if known)* _____

     Name

**Part 2:**   Additional Page

| | | |
|---|---|---|
| **3.5** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** $17,977.76 |

**3.5** Nonpriority creditor's name and mailing address

**Mechanics Bank**

**Riverlakes Drive Branch**

**PO Box 6010**

**Santa Maria, CA 93456-6010**

Date or dates debt was incurred _____

Last 4 digits of account number   **5   6   8   0**

**As of the petition filing date, the claim is:**   $17,977.76
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.6** Nonpriority creditor's name and mailing address

**Moe's Crop Dusting Service, Inc**

**PO Box 804**

**Marysville, CA 95901**

Date or dates debt was incurred _____

Last 4 digits of account number   __ __ __ __

**As of the petition filing date, the claim is:**   $16,331.43
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.7** Nonpriority creditor's name and mailing address

**PG&E**

**PO Box 997300**

**Sacramento, CA 95899-7300**

Date or dates debt was incurred _____

Last 4 digits of account number   **6   1   2   6**

**As of the petition filing date, the claim is:**   $4,880.54
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**   **Brewer Rd property**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.8** Nonpriority creditor's name and mailing address

**PG&E**

**4101 Wible Rd**

**Bakersfield, CA 93313**

Date or dates debt was incurred _____

Last 4 digits of account number   **4   8   1   6**

**As of the petition filing date, the claim is:**   $2,111.89
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**   **Brewer Rd, Jackson property**

**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor  **Capital Farms, Inc**
_____          Case number *(if known)* _____
Name

| Part 2: | Additional Page |
|---|---|

**3.9** Nonpriority creditor's name and mailing address

**PG&E**

**PO Box 997300**

**Sacramento, CA 95899-7300**

Date or dates debt was incurred _____

Last 4 digits of account number   **2  4  2  1**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Natomas Rd property**

Is the claim subject to offset?
☑ No
☐ Yes

$2,151.30

---

**3.10** Nonpriority creditor's name and mailing address

**ProAg**

**PO Box 975034**

**Dallas, TX 75397-5034**

Date or dates debt was incurred _____

Last 4 digits of account number   **0  7  6  7**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Crop insurance premium for 2024. Anticipate will be deducted from**

Basis for the claim: **insurance proceeds.**

Is the claim subject to offset?
☑ No
☐ Yes

$35,849.79

---

**3.11** Nonpriority creditor's name and mailing address

**Simplot Grower Solutions**

**10985 Ballico Avenue**

**Ballico, CA 95303-9756**

Date or dates debt was incurred _____

Last 4 digits of account number   **8  2  1  8**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Ferilizer bills**

Is the claim subject to offset?
☑ No
☐ Yes

$91,873.24

---

**3.12** Nonpriority creditor's name and mailing address

**United Farms Inc**

**251 Shrike Circle**

**Sacramento, CA 95834**

Date or dates debt was incurred _____

Last 4 digits of account number   ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Debt for intercompany**
Basis for the claim: **debts.**

Is the claim subject to offset?
☑ No
☐ Yes

$342,000.00

Debtor    **Capital Farms, Inc**          Case number *(if known)* _____
         Name

| Part 3: | List Others to Be Notified About Unsecured Claims |
|---|---|

**4.**   **List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

     **If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| **4.1**   **Elan Financial Services** <br> **PO Box 790408** <br> **Saint Louis, MO 63179-0408** | Line **3.5** <br> ☐ Not listed. Explain _____ | __ __ __ __ |
| **4.2**   **Elan Financial Services** <br> **PO Box 6335** <br> **Fargo, ND 58125-6335** | Line **3.5** <br> ☐ Not listed. Explain _____ | __ __ __ __ |
| **4.3**   **Simplot Grower Solutions** <br> **PO Box 850** <br> **Colusa, CA 95932** | Line **3.11** <br> ☐ Not listed. Explain _____ | __ __ __ __ |
| **4.4**   **United States Attorney** <br> **(For Internal Revenue Service)** <br> **2500 Tulare Street, Suite 4401** <br> **Fresno, CA 93721** | Line **2.3** <br> ☐ Not listed. Explain _____ | __ __ __ __ |
| **4.5**   **United States Department of Justice** <br> **Civil Trial Section Western Region** <br> **Box 683 Ben Franklin Station** <br> **Washington, DC 20044** | Line **2.3** <br> ☐ Not listed. Explain _____ | __ __ __ __ |

Debtor　　**Capital Farms, Inc**
　　　　　Name　　　　　　　　　　　　　　　　　　　Case number *(if known)*

**5.**　**Add the amounts of priority and nonpriority unsecured claims.**

|  |  | Total of claim amounts |
|---|---|---|
| 5a.　**Total claims from Part 1** | 5a. | **$0.00** |
| 5b.　**Total claims from Part 2** | 5b.　**+** | **$1,266,335.52** |
| 5c.　**Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | **$1,266,335.52** |

Fill in this information to identify the case:

Debtor name  **Capital Farms, Inc**

United States Bankruptcy Court for the:

**Eastern District of California**

Case number (if known): _____  Chapter **12**

☐ Check if this is an
   amended filing

## Official Form 206G

# Schedule G: Executory Contracts and Unexpired Leases          12/15

**Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.**

1. Does the debtor have any executory contracts or unexpired leases?

   ☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

   ☑ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.1** | State what the contract or lease is for and the nature of the debtor's interest | **Debtor leases from AKT Brewer 315, LLC land in Placer County and composed of 302.4 +/- farm land. Includes APN's 017-130-006, 017-130-021. Lease began January 2016 and will end December 31, 2040.**<br><br>**Contract to be ASSUMED** | **AKT Brewer 315, LLC**<br><br>**c/o AKT Investments Inc Attn Chris Donnelly**<br><br>**7700 College Town Dr, Ste 101**<br><br>**Sacramento, CA 95826** |
| | State the term remaining | **0 months** | |
| | List the contract number of any government contract | | |
| **2.2** | State what the contract or lease is for and the nature of the debtor's interest | **Executory contract for remainder of installation of well on Baseline leased property**<br><br>**Contract to be ASSUMED** | **Nor-Cal Pump & Well Drilling inc**<br><br>**1325 Barry Road**<br><br>**Yuba City, CA 95993** |
| | State the term remaining | **0 months** | |
| | List the contract number of any government contract | | |
| **2.3** | State what the contract or lease is for and the nature of the debtor's interest | **Debtor leases from Sukhwant "The Jameson Ranch" in Fresno County and composed of 152 +/- farm land. Includes APN's, 041-070-32s, 041-070-29s, 041-070-27s. Lease began June 2022 and will end December 2027.**<br><br>**Contract to be ASSUMED** | **Sukhwant Singh Gill**<br><br>**251 Shrike Circle**<br><br>**Sacramento, CA 95834** |
| | State the term remaining | **0 months** | |
| | List the contract number of any government contract | | |

<table>
<tr><td>2.4</td><td>State what the contract or lease is for and the nature of the debtor's interest</td><td>Debtor leases from Sukhwant "The Natomas Ranch" in Sutter County and composed of 158 +/- farm land. Includes APN's, 035-150-013. Lease began January 2022 and will end January 2027.</td><td>Sukhwant Singh Gill<br>251 Shrike Circle<br>Sacramento, CA 95834</td></tr>
</table>

Debtor    **Capital Farms, Inc**                                                    Case number *(if known)*
          Name

## Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.5 | State what the contract or lease is for and the nature of the debtor's interest | Debtor leases from Sutter Land, LLC "The Sankey Ranch" in Sutter County and composed of 238 +/- farm land. Includes APN 035-170-074. Lease began January 2020 and will end January 2025.<br><br>Contract to be ASSUMED | Sutter Land, LLC<br>130 Shrike Circle<br>Sacramento, CA 95834 |
| | State the term remaining | 0 months | |
| | List the contract number of any government contract | | |
| 2.6 | State what the contract or lease is for and the nature of the debtor's interest | Debtor leases from Sutter Land, LLC "The Brawley Ranch" in Fresno County and composed of 277 +/- farm land. Includes APN's 041-231-36s, 041-231-37s, 041-231-39s, 041-231-08s, 041-370-07s, 041-370-08s, 041-231-38s. Lease began November 2023 and will end December 31, 2024.<br><br>Contract to be ASSUMED | Sutter Land, LLC<br>130 Shrike Circle<br>Sacramento, CA 95834 |
| | State the term remaining | 0 months | |
| | List the contract number of any government contract | | |
| 2.7 | State what the contract or lease is for and the nature of the debtor's interest | Debtor leases from Sutter Land, LLC land in Placer County known as "Baseline Ranch" and composed of 157 +/- farm land. Includes APN 017-130-051. Lease began July 2020 and will end December 27, 2026.<br><br>Contract to be ASSUMED | Sutter Land, LLC<br>130 Shrike Circle<br>Sacramento, CA 95834 |
| | State the term remaining | 0 months | |
| | List the contract number of any government contract | | |

Fill in this information to identify the case:

Debtor name   **Capital Farms, Inc**

United States Bankruptcy Court for the:   **Eastern**   District of   **California**
                                                  (State)

Case number (If known): _____

☐ Check if this is an amended filing

Official Form 206H

# Schedule H: Codebtors

12/15

**Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.**

**1.**   **Does the debtor have any codebtors?**

     ☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

     ☑ Yes

**2.**   **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, *Schedules D-G.*** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| *Column 1: Codebtor* | | *Column 2: Creditor* | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| **2.1**   **Baljit Singh Gill** | **130 Shrike Circle** <br> Street <br><br> _____ <br> **Sacramento, CA 95834** <br> City     State     ZIP Code | **Rabo AgriFinance LLC** <br><br> **Rabo AgriFinance** | ☑ D ☐ E/F ☐ G <br><br> ☑ D ☐ E/F ☐ G |
| **2.2**   **Gurmej Singh Gill** | **1973 Hardial Dr** <br> Street <br><br> **Yuba City, CA 95993** <br> City     State     ZIP Code | **Wilbur-Ellis Company LLC** <br><br> **Tech Ag Financial Group, Inc** <br><br> **Nor-Cal Pump & Well Drilling inc** <br><br> **Rabo AgriFinance LLC** <br><br> **Kubota Credit Corporation** <br><br> **Farm Credit Services of America, PCA** <br><br> **T.M. Duche Nut Co** | ☑ D ☐ E/F ☐ G <br><br> ☑ D ☐ E/F ☐ G <br><br> ☐ D ☐ E/F ☑ G <br><br> ☑ D ☐ E/F ☐ G <br><br> ☑ D ☐ E/F ☐ G <br><br> ☑ D ☐ E/F ☐ G <br><br> ☑ D ☐ E/F ☐ G |

| Debtor | **Capital Farms, Inc** | Case number (if known) _____ |
|---|---|---|
| | Name | |

| ██████ | Additional Page if Debtor Has More Codebtors |
|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | Check all schedules that apply: |
| | | **Rabo AgriFinance** | ☑ D ☐ E/F ☐ G |
| 2.3 **Singh Gill, Gurmej** | **1973 Hardial Dr** <br> Street <br><br> **Yuba City, CA 95993** <br> City    State    ZIP Code | **Wilbur-Ellis Company LLC** | ☑ D ☐ E/F ☐ G |
| | | **Tech Ag Financial Group, Inc** | ☑ D ☐ E/F ☐ G |
| | | **Nor-Cal Pump & Well Drilling inc** | ☐ D ☐ E/F ☑ G |
| | | **Rabo AgriFinance LLC** | ☑ D ☐ E/F ☐ G |
| | | **Kubota Credit Corporation** | ☑ D ☐ E/F ☐ G |
| | | **Farm Credit Services of America, PCA** | ☑ D ☐ E/F ☐ G |
| | | **T.M. Duche Nut Co** | ☑ D ☐ E/F ☐ G |
| | | **Rabo AgriFinance** | ☑ D ☐ E/F ☐ G |
| 2.4 **Sukhwant** | **251 Shrike Circle** <br> Street <br><br> **Sacramento, CA 95834** <br> City    State    ZIP Code | **Rabo AgriFinance LLC** | ☑ D ☐ E/F ☐ G |
| | | **T.M. Duche Nut Co** | ☑ D ☐ E/F ☐ G |
| | | **Rabo AgriFinance** | ☑ D ☐ E/F ☐ G |
| 2.5 **Sukhwant Singh Gill** | **251 Shrike Circle** <br> Street <br><br> **Sacramento, CA 95834** <br> City    State    ZIP Code | **Rabo AgriFinance LLC** | ☑ D ☐ E/F ☐ G |
| | | **T.M. Duche Nut Co** | ☑ D ☐ E/F ☐ G |

| Debtor | **Capital Farms, Inc** | Case number (if known) _____ |
|---|---|---|
| | Name | |

▓▓▓  Additional Page if Debtor Has More Codebtors

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| | | | **Rabo AgriFinance** | ☑ D<br>☐ E/F<br>☐ G |
| 2.6 | **Sutter Enterprises, LLC** | **251 Shrike Circle**<br>Street<br><br>**Sacramento, CA 95834**<br>City          State          ZIP Code | **Rabo AgriFinance LLC**<br><br>**Rabo AgriFinance** | ☑ D<br>☐ E/F<br>☐ G<br>☑ D<br>☐ E/F<br>☐ G |
| 2.7 | **Sutter Land, LLC** | **130 Shrike Circle**<br>Street<br><br>**Sacramento, CA 95834**<br>City          State          ZIP Code | **Rabo AgriFinance LLC**<br><br>**Rabo AgriFinance** | ☑ D<br>☐ E/F<br>☐ G<br>☑ D<br>☐ E/F<br>☐ G |
| 2.8 | **United Farm, LLC** | **251 Shrike Circle**<br>Street<br><br>**Sacramento, CA 95834**<br>City          State          ZIP Code | **Rabo AgriFinance LLC**<br><br>**Rabo AgriFinance** | ☑ D<br>☐ E/F<br>☐ G<br>☑ D<br>☐ E/F<br>☐ G |
| 2.9 | _____ | Street<br><br>City          State          ZIP Code | _____ | ☐ D<br>☐ E/F<br>☐ G |
| 2.10 | _____ | Street<br><br>City          State          ZIP Code | _____ | ☐ D<br>☐ E/F<br>☐ G |
| 2.11 | _____ | Street<br><br>City          State          ZIP Code | _____ | ☐ D<br>☐ E/F<br>☐ G |

| Debtor | **Capital Farms, Inc** | Case number (if known) |
|---|---|---|
| | Name | |

**Additional Page if Debtor Has More Codebtors**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| 2.12 _____ | Street _____ <br><br> _____ <br><br> City        State        ZIP Code | _____ | ❏ D <br> ❏ E/F <br> ❏ G |
| 2.13 _____ | Street _____ <br><br> _____ <br><br> City        State        ZIP Code | _____ | ❏ D <br> ❏ E/F <br> ❏ G |
| 2.14 _____ | Street _____ <br><br> _____ <br><br> City        State        ZIP Code | _____ | ❏ D <br> ❏ E/F <br> ❏ G |
| 2.15 _____ | Street _____ <br><br> _____ <br><br> City        State        ZIP Code | _____ | ❏ D <br> ❏ E/F <br> ❏ G |

Fill in this information to identify the case:

Debtor name          **Capital Farms, Inc**

United States Bankruptcy Court for the:

**Eastern District of California**

Case number (if known): _____

☐ Check if this is an
amended filing

## Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors                    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING — Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☑ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

☑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☑ *Schedule H: Codebtors* (Official Form 206H)

☑ *A Summary of Assets and Liabilities for Non-Individuals* (Official Form 206A-Summary)

☐ *Amended Schedule* _____

☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **01/10/2025**
              MM/ DD/ YYYY

X _____
Signature of individual signing on behalf of debtor

**Sukhwant "Shawn" Gill**
Printed name

**President**
Position or relationship to debtor

Official Form B202                          Declaration Under Penalty of Perjury for Non-Individual Debtors

## BOARD RESOLUTION AUTHORIZING BANKRUPTCY FILING BY
## CAPITAL FARMS, INC., A California corporation
### (Authorization for Bankruptcy Filing)

The undersigned, Gurmej Gill, being the sole member of the board of directors and sole shareholder of Capital Farms, Inc., a California corporation (the "Company"), hereby (i) consent to and take the actions set forth in the resolutions below by unanimous consent, which resolutions shall have the same force and effect as if adopted by an affirmative vote at a meeting of the Board duly called and held, (ii) waive all requirements of notice pursuant to Company bylaws, and (iii) direct that this consent (the "Consent") be filed with the minutes of the proceedings of the Company:

1. They are all of the Shareholders of the Company and all the members of the Board of Directors of the Company. The Company is organized and existing under the laws of the State of California.

2. The undersigned believes that the Company must file a voluntary bankruptcy petition under Chapter 12 of the Bankruptcy Code.

3. Sukhwant ("Shawn") S. Gill, is hereby appointed President of the Company, and in that capacity, has the authority and is hereby directed in the name and on behalf of the Company to make, execute, and file a petition for reorganization under the Bankruptcy Code at any time, to file any schedules and other instruments necessary to carry out this resolution, to pay any fees from Company funds necessary to carry out this resolution, to employ Peter Fear, Fear Waddell, P.C., to represent the Company in the bankruptcy proceeding, and to take all actions necessary or advisable in order to carry out and perform the resolutions described herein. Sukhwant ("Shawn") S. Gill is appointed as the Company's representative for all purposes in the proposed bankruptcy case and shall speak on behalf of the Company with regard to the bankruptcy case.

4. The physical address of the Company shall be 15555 S Brawley Ave, Caruthers, California 93609, and the mailing address of the Company shall be 5550 W Spruce Ave, Unit 107, Fresno California 93722.

IN WITNESS WHEREOF, the parties have executed this Resolution as of this 8th day of January 2025.

By: _____
Gurmej Gill,
Sole Shareholder & Sole Director

I, Sukhwant ("Shawn") S. Gill, accept appointment as President of the Company and agree to take the actions described above on behalf of the Company.

By: _____
Sukhwant ("Shawn") S. Gill