FEAR WADDELL, P.C.
Peter L. Fear, No. 207238
pfear@fearlaw.com
Gabriel J. Waddell, No. 256289
gwaddell@fearlaw.com
Peter A. Sauer, No. 255957
psauer@fearlaw.com
7650 North Palm Avenue, Suite 101
Fresno, California 93711
(559) 436-6575
(559) 436-6580 (fax)

Proposed Counsel for CAPITAL FARMS, INC.,
  Debtor in Possession

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA - FRESNO DIVISION

| | |
|---|---|
| In re:<br><br>CAPITAL FARMS, INC.,<br><br>Debtor and Debtor-in-Possession. | Case No. 25-10074-A-12<br><br>Chapter 12<br><br>D.C. No. FW-2<br><br>**<u>Preliminary Hearing</u>**<br>Date:  January 16, 2025<br>Time:  9:30 a.m.<br>Place: Dept. A, Courtroom 11, 5th Floor<br>           United States Courthouse<br>           2500 Tulare St., Fresno, California<br>Judge: Hon. Jennifer E. Niemann<br><br>**<u>Final Hearing</u>**<br>Date:  January 29, 2025<br>Time:  9:30 a.m.<br>Place: Dept. A, Courtroom 11, 5th Floor<br>           United States Courthouse<br>           2500 Tulare St., Fresno, California<br>Judge: Hon. Jennifer E. Niemann |

**EXHIBITS FOR MOTION FOR AUTHORITY TO USE CASH COLLATERAL**

EXHIBIT - 1

## INDEX OF EXHIBITS

| Exhibit | Title | Page No. |
|---------|-------|----------|
| A | Cash Collateral Budget | 3 |
| B | 2025 and 2026 Crop Projections | 6 |

# EXHIBIT A

**Capital Farms, Inc.**
**Cash Collateral Budget**
**Exhibit A**

| | Acres | Jan-25 | Feb-25 | Mar-25 | Apr-25 | May-25 | Jun-25 | Jul-25 | Aug-25 |
|---|---|---|---|---|---|---|---|---|---|
| **Income** | | | | | | | | | |
| Advance on 2025 Almond crop | | | | | | | | 150,000.00 | 300,000.00 |
| Crop - Almonds - 2025 crop | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Crop - Almonds - 2024 Crop | | 700,580.50 | 0.00 | 450,000.00 | 450,000.00 | 450,000.00 | 337,500.00 | 135,000.00 | 0.00 |
| Insurance Claim - Brewer | | 0.00 | 200,000.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Insurance Claim - Baseline | | 0.00 | 48,360.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Insurance Claim - Jamison | | 0.00 | 116,308.50 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Insurance Claim - Brawley | | 0.00 | 157,870.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| FSA Payments - unknown | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Harvesting (outside) | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **Total Income** | | $ 700,580.50 | $ 522,538.50 | $ 450,000.00 | $ 450,000.00 | $ 450,000.00 | $ 337,500.00 | $ 285,000.00 | $ 300,000.00 |
| **Expenses** | | | | | | | | | |
| Advertising & Marketing | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Bank Charges & Fees | | 60.00 | 60.00 | 60.00 | 60.00 | 0.00 | 10.00 | 200.00 | 95.00 |
| Bees - Brewer | 300.00 | 0.00 | 40,700.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Bees - Senky | 235.00 | 0.00 | 22,200.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Bees - Baseline | 150.00 | 0.00 | 14,800.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Bees - Brawley | 280.00 | 0.00 | 46,250.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Bees - Jamison | 150.00 | 0.00 | 37,000.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Bees - Natomas | 155.00 | 0.00 | 7,400.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Car & Truck | | 5,000.00 | 5,000.00 | 5,000.00 | 5,000.00 | 5,000.00 | 4,000.00 | 4,000.00 | 4,000.00 |
| Chemicals/Fertilizer - Brewer | 300.00 | 0.00 | 48,750.00 | 32,500.00 | 32,500.00 | 32,500.00 | 32,500.00 | 16,250.00 | 0.00 |
| Chemicals/Fertilizer - Senky | 235.00 | 0.00 | 38,187.50 | 25,458.33 | 25,458.33 | 25,458.33 | 25,458.33 | 12,729.17 | 0.00 |
| Chemicals/Fertilizer - Baseline | 150.00 | 0.00 | 24,375.00 | 16,250.00 | 16,250.00 | 16,250.00 | 16,250.00 | 8,125.00 | 0.00 |
| Chemicals/Fertilizer - Brawley | 280.00 | 0.00 | 45,500.00 | 30,333.33 | 30,333.33 | 30,333.33 | 30,333.33 | 15,166.67 | 0.00 |
| Chemicals/Fertilizer - Jamison | 150.00 | 0.00 | 24,375.00 | 16,250.00 | 16,250.00 | 16,250.00 | 16,250.00 | 8,125.00 | 0.00 |
| Chemicals/Fertilizer - Natomas | 155.00 | 0.00 | 25,187.50 | 16,791.67 | 16,791.67 | 16,791.67 | 16,791.67 | 8,395.83 | 0.00 |
| Contractors | | 5,000.00 | 5,000.00 | 5,000.00 | 5,000.00 | 5,000.00 | 0.00 | 0.00 | 0.00 |
| Crop Insurance | | 0.00 | 0.00 | 0.00 | 30,000.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| DMV Fees | | 0.00 | 777.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Dues & subscriptions | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Gas And Fuel | | 2,200.00 | 2,200.00 | 2,200.00 | 2,200.00 | 2,200.00 | 2,200.00 | 3,500.00 | 3,500.00 |
| Harvesting | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Insurance | | 901.00 | 0.00 | 1,802.00 | 0.00 | 0.00 | 7,395.35 | 925.00 | 0.00 |
| Insurance - WC | | 1,000.00 | 1,000.00 | 1,000.00 | 1,000.00 | 250.00 | 1,000.00 | 1,000.00 | 1,000.00 |
| Irrigation Supplies | | 0.00 | 2,000.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Lease Payments - Brewer | | 130,000.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 130,000.00 | 0.00 |
| Lease Payments - Baseline Rd - 157 acres | | 81,000.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 81,000.00 | 0.00 |
| Lease - Senky | | 0.00 | 0.00 | 145,000.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Lease - Brawley | | 148,960.00 | 7,500.00 | 7,500.00 | 7,500.00 | 7,500.00 | 7,500.00 | 148,960.00 | 7,500.00 |
| Lease - Jamison | | 7,498.75 | 7,498.75 | 7,498.75 | 7,498.75 | 7,498.75 | 7,498.75 | 7,498.75 | 7,498.75 |
| Lease - Natomas | | 19,500.00 | 19,500.00 | 19,500.00 | 19,500.00 | 19,500.00 | 19,500.00 | 19,500.00 | 19,500.00 |
| Leasehold Imp- Brewer (Rabo) | | 0.00 | 110,000.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 110,000.00 |
| Legal & Professional Services | | 0.00 | 0.00 | 0.00 | 0.00 | 5,000.00 | 0.00 | 0.00 | 0.00 |
| Office Supplies & Software | | 0.00 | 0.00 | 500.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Parts & Supply | | 1,500.00 | 1,500.00 | 1,500.00 | 1,500.00 | 375.00 | 375.00 | 375.00 | 375.00 |
| Payroll Expenses | | 37,000.00 | 37,000.00 | 37,000.00 | 37,000.00 | 37,000.00 | 37,000.00 | 37,000.00 | 37,000.00 |
| Payroll - Harvesting | | 0.00 | 0.00 | 0.00 | 0.00 | 2,500.00 | 0.00 | 30,000.00 | 30,000.00 |
| Payroll Tax Expenses | | 3,000.00 | 3,000.00 | 3,000.00 | 3,000.00 | 2,500.00 | 3,700.00 | 6,700.00 | 6,700.00 |
| PCA Fees | | 0.00 | 0.00 | 0.00 | 8,500.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Property Taxes - Baseline | | 0.00 | 0.00 | 0.00 | 21,000.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Property Taxes - Senky | | 0.00 | 0.00 | 0.00 | 10,000.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Property Taxes - Brewer | | 0.00 | 0.00 | 0.00 | 10,000.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Property Taxes - Natomas | | 0.00 | 0.00 | 0.00 | 68,000.00 | 10,000.00 | 0.00 | 0.00 | 0.00 |
| Property taxes - Brawly | | 0.00 | 0.00 | 0.00 | 20,500.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Property taxes - Jamison | | 0.00 | 0.00 | 0.00 | 9,000.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Repairs & Maintenance | | 5,000.00 | 5,000.00 | 5,000.00 | 5,000.00 | 5,000.00 | 5,000.00 | 5,000.00 | 5,000.00 |
| Taxes & Licenses | | 0.00 | 0.00 | 500.00 | 0.00 | 1,750.00 | 500.00 | 500.00 | 500.00 |
| Utilities - Baseline | | 500.00 | 500.00 | 500.00 | 500.00 | 2,750.00 | 2,750.00 | 2,750.00 | 2,750.00 |
| Utilities - Baseline (Jackson rd) | | 1,000.00 | 1,000.00 | 1,000.00 | 1,000.00 | 4,500.00 | 4,500.00 | 4,500.00 | 2,750.00 |
| Utilities - Senky | | 1,250.00 | 1,250.00 | 1,250.00 | 1,250.00 | 2,500.00 | 2,500.00 | 2,500.00 | 4,500.00 |
| Utilities - Brewer | | 1,000.00 | 1,000.00 | 1,000.00 | 1,000.00 | 1,000.00 | 1,000.00 | 1,000.00 | 1,000.00 |
| Utilities - Natomas | | 750.00 | 750.00 | 750.00 | 750.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Utilities - Brawly | | 7,000.00 | 7,000.00 | 7,000.00 | 7,000.00 | 12,500.00 | 12,500.00 | 5,500.00 | 5,500.00 |
| Utilities - Jamison | | 2,500.00 | 5,500.00 | 5,500.00 | 5,500.00 | 11,500.00 | 11,500.00 | 11,500.00 | 11,500.00 |
| Well Drilling - APN 017-130-051 Baseline | | 0.00 | 0.00 | 0.00 | 0.00 | 158,150.00 | 0.00 | 0.00 | 0.00 |
| Water Coalition Permit Fees | | 1,550.00 | 0.00 | 0.00 | 0.00 | 300.00 | 0.00 | 0.00 | 0.00 |
| Yard Rental | | 300.00 | 300.00 | 300.00 | 300.00 | 300.00 | 300.00 | 300.00 | 300.00 |
| **Total Expenses** | | $ 463,469.75 | $ 599,060.75 | $ 396,944.08 | $ 426,142.08 | $ 442,157.08 | $ 268,312.43 | $ 573,000.42 | $ 260,968.75 |
| **Accumulated Expenses** | | $ 463,469.75 | $ 1,062,530.50 | $ 1,459,474.58 | $ 1,885,616.67 | $ 2,327,773.75 | $ 2,596,086.18 | $ 3,169,086.60 | $ 3,430,055.35 |
| | | | | | | | | | |
| **Net Operating Income** | | $ 237,110.75 | -$ 76,522.25 | $ 53,055.92 | $ 23,857.92 | $ 7,842.92 | $ 69,187.57 | -$ 288,000.42 | $ 39,031.25 |
| **Cumulative net income** | | $ 237,110.75 | $ 160,588.50 | $ 213,644.42 | $ 237,502.33 | $ 245,345.25 | $ 314,532.82 | $ 26,532.40 | $ 65,563.65 |

**Capital Farms, Inc.**
**Cash Collateral Budget**
**Exhibit A**

| | Sep-25 | Oct-25 | Nov-25 | Dec-25 | Total |
|---|---:|---:|---:|---:|---:|
| **Income** | | | | | |
| Advance on 2025 Almond crop | 300,000.00 | | | | 750,000.00 |
| Crop - Almonds - 2025 crop | 0.00 | 250,000.00 | 0.00 | 4,832,000.00 | 5,082,000.00 |
| Crop - Almonds - 2024 Crop | 0.00 | 0.00 | 0.00 | 0.00 | 2,523,080.50 |
| Insurance Claim - Brewer | 0.00 | 0.00 | 0.00 | 0.00 | 200,000.00 |
| Insurance Claim - Baseline | 0.00 | 0.00 | 0.00 | 0.00 | 48,360.00 |
| Insurance Claim - Jamison | 0.00 | 0.00 | 0.00 | 0.00 | 116,308.50 |
| Insurance Claim - Brawley | 0.00 | 0.00 | 0.00 | 0.00 | 157,870.00 |
| FSA Payments - unknown | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Harvesting (outside) | 0.00 | 114,500.00 | 0.00 | 0.00 | 114,500.00 |
| **Total Income** | $ 300,000.00 | $ 364,500.00 | $ 0.00 | $ 4,832,000.00 | $ 8,242,119.00 |
| **Expenses** | | | | | |
| Advertising & Marketing | 0.00 | 0.00 | 1,000.00 | 0.00 | 1,000.00 |
| Bank Charges & Fees | 150.00 | 25.00 | 0.00 | 0.00 | 720.00 |
| Bees - Brewer | 0.00 | 0.00 | 0.00 | 0.00 | 40,700.00 |
| Bees - Senky | 0.00 | 0.00 | 0.00 | 0.00 | 22,200.00 |
| Bees - Baseline | 0.00 | 0.00 | 0.00 | 0.00 | 14,800.00 |
| Bees - Brawley | 0.00 | 0.00 | 0.00 | 0.00 | 46,250.00 |
| Bees - Jamison | 0.00 | 0.00 | 0.00 | 0.00 | 37,000.00 |
| Bees - Natomas | 0.00 | 0.00 | 0.00 | 0.00 | 7,400.00 |
| Car & Truck | 4,000.00 | 4,000.00 | 4,000.00 | 4,000.00 | 53,000.00 |
| Chemicals/Fertilizer - Brewer | 0.00 | 0.00 | 0.00 | 0.00 | 195,000.00 |
| Chemicals/Fertilizer - Senky | 0.00 | 0.00 | 0.00 | 0.00 | 152,750.00 |
| Chemicals/Fertilizer - Baseline | 0.00 | 0.00 | 0.00 | 0.00 | 97,500.00 |
| Chemicals/Fertilizer - Brawley | 0.00 | 0.00 | 0.00 | 0.00 | 182,000.00 |
| Chemicals/Fertilizer - Jamison | 0.00 | 0.00 | 0.00 | 0.00 | 97,500.00 |
| Chemicals/Fertilizer - Natomas | 0.00 | 0.00 | 0.00 | 0.00 | 100,750.00 |
| Contractors | 0.00 | 15,000.00 | 15,000.00 | 15,000.00 | 70,000.00 |
| Crop Insurance | 0.00 | 0.00 | 0.00 | 0.00 | 30,000.00 |
| DMV Fees | 0.00 | 0.00 | 0.00 | 0.00 | 777.00 |
| Dues & subscriptions | 0.00 | 0.00 | 1,575.00 | 0.00 | 1,575.00 |
| Gas And Fuel | 2,200.00 | 2,200.00 | 2,200.00 | 2,200.00 | 29,000.00 |
| Harvesting | 35,000.00 | 35,000.00 | 35,000.00 | 0.00 | 105,000.00 |
| Insurance | 7,589.90 | 925.00 | 5,250.00 | 0.00 | 24,788.25 |
| Insurance - WC | 1,000.00 | 1,000.00 | 1,000.00 | 1,000.00 | 11,250.00 |
| Irrigation Supplies | 0.00 | 0.00 | 0.00 | 0.00 | 2,000.00 |
| Lease Payments - Brewer | 0.00 | 0.00 | 0.00 | 0.00 | 260,000.00 |
| Lease Payments - Baseline Rd - 157 acres | 0.00 | 0.00 | 0.00 | 0.00 | 162,000.00 |
| Lease - Senky | 145,000.00 | 0.00 | 0.00 | 0.00 | 290,000.00 |
| Lease - Brawley | 7,500.00 | 7,500.00 | 7,500.00 | 7,500.00 | 372,920.00 |
| Lease - Jamison | 7,498.75 | 7,498.75 | 7,498.75 | 7,498.75 | 89,985.00 |
| Lease - Natomas | 19,500.00 | 19,500.00 | 19,500.00 | 19,500.00 | 234,000.00 |
| Leasehold Imp- Brewer (Rabo) | 0.00 | 0.00 | 0.00 | 0.00 | 220,000.00 |
| Legal & Professional Services | 0.00 | 0.00 | 0.00 | 0.00 | 5,000.00 |
| Office Supplies & Software | 0.00 | 0.00 | 0.00 | 0.00 | 500.00 |
| Parts & Supply | 375.00 | 375.00 | 375.00 | 375.00 | 9,000.00 |
| Payroll Expenses | 37,000.00 | 37,000.00 | 37,000.00 | 37,000.00 | 444,000.00 |
| Payroll - Harvesting | 30,000.00 | 0.00 | 0.00 | 0.00 | 92,500.00 |
| Payroll Tax Expenses | 6,700.00 | 3,700.00 | 3,700.00 | 3,700.00 | 49,400.00 |
| PCA Fees | 0.00 | 0.00 | 0.00 | 0.00 | 8,500.00 |
| Property Taxes - Baseline | 0.00 | 0.00 | 0.00 | 10,000.00 | 31,000.00 |
| Property Taxes - Senky | 0.00 | 0.00 | 0.00 | 21,000.00 | 31,000.00 |
| Property Taxes - Brewer | 0.00 | 0.00 | 10,000.00 | 10,000.00 | 30,000.00 |
| Property Taxes - Natomas | 0.00 | 0.00 | 17,000.00 | 0.00 | 95,000.00 |
| Property taxes - Brawly | 0.00 | 0.00 | 20,500.00 | 0.00 | 41,000.00 |
| Property taxes - Jamison | 0.00 | 0.00 | 9,000.00 | 0.00 | 18,000.00 |
| Repairs & Maintenance | 5,000.00 | 5,000.00 | 5,000.00 | 5,000.00 | 60,000.00 |
| Taxes & Licenses | 500.00 | 500.00 | 500.00 | 500.00 | 5,750.00 |
| Utilities - Baseline | 1,750.00 | 1,750.00 | 500.00 | 500.00 | 17,500.00 |
| Utilities - Baseline (Jackson rd) | 2,750.00 | 2,750.00 | 1,250.00 | 1,000.00 | 28,000.00 |
| Utilities - Senky | 4,500.00 | 4,500.00 | 2,500.00 | 0.00 | 28,500.00 |
| Utilities - Brewer | 2,500.00 | 1,500.00 | 1,500.00 | 1,500.00 | 15,000.00 |
| Utilities - Natomas | 750.00 | 750.00 | 1,000.00 | 1,000.00 | 6,500.00 |
| Utilities - Brawly | 5,500.00 | 5,500.00 | 5,500.00 | 5,500.00 | 86,000.00 |
| Utilities - Jamison | 5,500.00 | 5,500.00 | 3,500.00 | 2,500.00 | 82,000.00 |
| Well Drilling - APN 017-130-051 Baseline | 0.00 | 0.00 | 0.00 | 0.00 | 158,150.00 |
| Water Coalition Permit Fees | 0.00 | 0.00 | 0.00 | 0.00 | 1,850.00 |
| Yard Rental | 300.00 | 300.00 | 300.00 | 300.00 | 3,600.00 |
| **Total Expenses** | $ 332,563.65 | $ 161,773.75 | $ 218,648.75 | $ 156,573.75 | $ 4,299,615.25 |
| **Accumulated Expenses** | $ 3,762,619.00 | $ 3,924,392.75 | $ 4,143,041.50 | $ 4,299,615.25 | |
| | | | | | |
| **Net Operating Income** | -$ 32,563.65 | $ 202,726.25 | -$ 218,648.75 | $ 4,675,426.25 | $ 3,942,503.75 |
| **Cumulative net income** | $ 33,000.00 | $ 235,726.25 | $ 17,077.50 | $ 4,692,503.75 | |

# EXHIBIT B

## Capital Farms, Inc.
## 2025 2026 Crop Projections

| Acres in Production | | Proj 2025 lbs/acre | Proj 2025 Production | Price/lb | Total | Revenue $/Acre | Farming Costs/Acre |
|---|---|---|---|---|---|---|---|
| 300 | Brewer | 2,200 | 660,000 | $ 2.25 | $ 1,485,000 | $ 4,950.00 | 3315.52 |
| 155 | Natomas | 1,500 | 232,500 | $ 2.25 | $ 523,125 | $ 3,375.00 | 3315.52 |
| 235 | Sankey | 1,700 | 399,500 | $ 2.25 | $ 898,875 | $ 3,825.00 | 3315.52 |
| 150 | Jameson | 2,500 | 375,000 | $ 2.25 | $ 843,750 | $ 5,625.00 | 3315.52 |
| 150 | Baseline | 1,500 | 225,000 | $ 2.25 | $ 506,250 | $ 3,375.00 | 3315.52 |
| 280 | Brawley | 2,500 | 700,000 | $ 2.25 | $ 1,575,000 | $ 5,625.00 | 3315.52 |
| 1270 | | 2,041 | 2,592,000 | | $ 5,832,000 | - | |

| | | Proj 2026 lbs/acre | Proj 2026 Production | Price/lb | Total | Revenue $/Acre | Farming Costs/Acre |
|---|---|---|---|---|---|---|---|
| 300 | Brewer | 2,300 | 690,000 | $ 2.25 | $ 1,552,500 | $ 5,175.00 | 3315.52 |
| 155 | Natomas | 1,800 | 279,000 | $ 2.25 | $ 627,750 | $ 4,050.00 | 3315.52 |
| 235 | Sankey | 2,000 | 470,000 | $ 2.25 | $ 1,057,500 | $ 4,500.00 | 3315.52 |
| 150 | Jameson | 2,500 | 375,000 | $ 2.25 | $ 843,750 | $ 5,625.00 | 3315.52 |
| 150 | Baseline | 1,800 | 270,000 | $ 2.25 | $ 607,500 | $ 4,050.00 | 3315.52 |
| 280 | Brawley | 2,500 | 700,000 | $ 2.25 | $ 1,575,000 | $ 5,625.00 | 3315.52 |
| 1270 | | 2,192 | 2,784,000 | | $ 6,264,000 | - | |