**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF CALIFORNIA**
**CIVIL MINUTES**

---

**Case Title:** Capital Farms, Inc    **Case No.:** 25-10074 - A - 12

**Docket Control No.** FW-2

**Date:** 01/22/2025

**Time:** 9:30 AM

**Matter:** [6] - Motion/Application to Use Cash Collateral [FW-2] Filed by Debtor Capital Farms, Inc (jbrm)

**Judge:** Jennifer E. Niemann
**Courtroom Deputy:** Bethany Soto
**Reporter:** Electronic Record
**Department:** A

---

**APPEARANCES for:**
**Movant(s):**
Debtor's Attorney - Peter L Fear
**Respondent(s):**
(by zoom) Trustee - Lilian G. Tsang;
(by zoom) Interested Party - Hagop T. Bedoyan;
(by phone) Creditor's Attorney - Michael J. Gomez;
Creditor's Attorney - Dirk Paloutzian;
Creditor's Attorney - Aaron Malo

---

**CIVIL MINUTES**

HEARING TO BE HELD ON 1/24/2025 at 1:30 PM at Fresno Courtroom 11, Department A

For the reasons stated on the record, the motion to use cash collateral was continued to January 24, 2025, at 1:30 p.m.

A status report shall be filed and served not later than 10:30 a.m. on January 24, 2025.

The court will issue an order.