**UNITED STATES BANKRUPTCY COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| In re<br>Capital Farms, Inc,<br>        Debtor. | ) Case No. 25-10074 - A - 12<br>) Docket Control No. FW-2<br>) Document No. 6<br>) Date: 01/22/2025<br>) Time: 9:30 AM<br>) Dept: A |

**Order**

For the reasons stated on the record,

IT IS ORDERED that the motion to use cash collateral is CONTINUED to January 24, 2025, at 1:30 p.m. in Department A, Courtroom 11, Fifth Floor, U.S. Courthouse, 2500 Tulare Street, Fresno, California.

IT IS FURTHER ORDERED that not later than 10:30 a.m. on January 24, 2025, the parties shall file and serve a status report.

Dated: January 22 2025

Honorable Jennifer E. Niemann
United States Bankruptcy Judge

# Instructions to Clerk of Court
## Service List – Not Part of Order/Judgment

The Clerk of Court is instructed to send the Order/Judgment or other court generated document transmitted herewith to the parties below. The Clerk of Court will send the Order via the BNC.

Aaron Joseph Malo
650 Town Center Dr Fl 10
Costa Mesa CA 92626-1993

Hagop T Bedoyan
7647 N Fresno St.
Fresno CA 93720-2578

Scott Sackett
4030 South Land Park Dr., Suite C
Sacramento CA 95822

Capital Farms, Inc
15555 S Brawley Ave
Caruthers CA 93609

Lilian G. Tsang
P.O. Box 3051
Modesto CA 95353-3051

Office of the U.S. Trustee
United States Courthouse
2500 Tulare Street, Room 1401
Fresno CA 93721

Dirk Paloutzian
5260 N. Palm Ave.
Suite 201
Fresno
Fresno CA 93704

Michael J. Gomez
1000 Wilshire Boulevard, 19th Floor
Los Angeles CA 90017

Peter L Fear
7650 N. Palm Ave.
Ste. 101
Fresno CA 93711