FEAR WADDELL, P.C.
Peter L. Fear, No. 207238
pfear@fearlaw.com
Gabriel J. Waddell, No. 256289
gwaddell@fearlaw.com
Peter A. Sauer, No. 255957
psauer@fearlaw.com
7650 North Palm Avenue, Suite 101
Fresno, California 93711
(559) 436-6575
(559) 436-6580 (fax)

Proposed Counsel for CAPITAL FARMS, INC.,
 Debtor in Possession

# UNITED STATES BANKRUPTCY COURT

# EASTERN DISTRICT OF CALIFORNIA - FRESNO DIVISION

| | |
|---|---|
| In re:<br><br>CAPITAL FARMS, INC.,<br><br>Debtor and Debtor-in-Possession. | Case No. 25-10074-A-12<br><br>Chapter 12<br><br>D.C. No. FW-2<br><br>**Cont'd Preliminary Hearing**<br>Date: January 24, 2025<br>Time: 1:30 p.m.<br>Place: Dept. A, Courtroom 11, 5th Floor<br>United States Courthouse<br>2500 Tulare St., Fresno, California<br>Judge: Hon. Jennifer E. Niemann |

**STATUS REPORT REGARDING DEBTOR'S MOTION FOR AUTHORITY TO USE CASH COLLATERAL**

This is a report regarding the status of efforts to agree upon a form of order authorizing emergency use of cash collateral. All parties have agreed on the form of order attached to this

STATUS REPORT RE: CASH COLLATERAL MOTION (etc.) - 1

1 status report, which provides that cash collateral is authorized through February 12, 2025, and
2 that a further hearing will be held on February 12, 2025, at 9:30 a.m. However, the undersigned
3 has not yet received scans of all signatures approving the form of order. It is anticipated that the
4 order should be ready to upload before the time of the hearing this afternoon.

5 Date: 1/24/2025           FEAR WADDELL, P.C.
                                           By: /s/ Peter L. Fear
6                                                   Peter L. Fear, for the Debtor

7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24

STATUS REPORT RE: CASH COLLATERAL MOTION (etc.) - 2

3

FEAR WADDELL, P.C.
Peter L. Fear, No. 207238
pfear@fearlaw.com
Gabriel J. Waddell, No. 256289
gwaddell@fearlaw.com
Peter A. Sauer, No. 255957
psauer@fearlaw.com
7650 North Palm Avenue, Suite 101
Fresno, California 93711
(559) 436-6575
(559) 436-6580 (fax)

Proposed Counsel for CAPITAL FARMS, INC.
  Debtor in Possession

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA - FRESNO DIVISION

| | |
|---|---|
| In re:<br><br>CAPITAL FARMS, INC.,<br><br><br>Debtor and Debtor-in-Possession. | Case No. 25-10074-A-12<br><br>Chapter 12<br><br>D.C. No. FW-2<br><br>**Cont'd Preliminary Hearing**<br>Date: January 22, 2025<br>Time: 9:30 a.m.<br>Place: Dept. A, Courtroom 11, 5th Floor<br>         United States Courthouse<br>         2500 Tulare St., Fresno, California<br>Judge: Hon. Jennifer E. Niemann |

**ORDER GRANTING EMERGENCY USE OF CASH COLLATERAL AND CONTINUING HEARING**

A preliminary hearing on the Motion (the "Motion") by CAPITAL FARMS, INC., Debtor and Debtor in Possession herein ("Debtor") was held at the above-captioned dated, time, and place. Peter L. Fear appeared for the Debtor in Possession. Dirk B. Paloutzian appeared for Secured Creditor Rabo Agrifinance LLC ("Rabo"). Michael J. Gomez appeared for Secured Creditor Tech Ag Financial Group, Inc. ("Tech Ag"). Hagop T. Bedoyan appeared for Sutter Land, LLC ("Sutter Land"). Lilian Tsang, Chapter 12 Trustee appeared. Other

1 appearances were as noted on the record. The Court has reviewed the Motion and its supporting 2 documents, the Opposition and evidence in opposition to the Motion, and the Reply to the 3 Opposition. In addition, the Court has been advised by the parties that they are in the process 4 of negotiating a resolution to this Motion and several other issues in this case that might involve 5 the installation of a Bankruptcy Court-supervised and employed third party, but that additional 6 time is needed to finalize these negotiations and present them to the Court for approval. In the 7 meantime, all parties have agreed, without waiving any rights, remedies or arguments 8 regarding the pending cash collateral motion, that it is essential that the Debtor's property be 9 cared for while this resolution is being finalized. In light of the foregoing, the Court finds good 10 cause to authorize preliminary use of cash collateral as detailed below.

11    NOW THEREFORE, it is hereby ORDERED,

12    1.    Debtor is authorized to use cash collateral on a preliminary, emergency basis in 13 the amounts shown on Exhibit A (the "Budget") for the time period of January 22, 2025 to 14 February 12, 2025 (the "Interim Period"), subject to a variance of no more than ten percent 15 (10%). The budget shall not include payment of any wages of insiders. For any lease payments 16 owed by Debtor to Sutter Land during the Interim Period, Debtor shall pay the lease payment 17 to Sutter Land's mortgage holder directly.

18    2.    All creditors with a security interest in the cash collateral being used are hereby 19 granted automatically-perfected replacement liens on, and security interests in, all of the 20 respective Debtors' tangible and intangible prepetition and postpetition property (retroactive as 21 of the petition date) with the same validity, priority, and extent that such creditors had in such 22 prepetition collateral as of the petition date, without the need to file or record financing 23 statements, notices of lien, or similar instruments or to take any other action in order to validate 24 and perfect these replacement liens and security interests.

3.   Debtor shall deposit any cash collateral it receives into its bank account at Citizens Business Bank (ending in 3506) (the "CBB Account").

4.   Each Thursday, beginning January 30, 2025, Debtor shall file (1) a weekly budget variance report through the day prior (Wednesday), and (2) a printout from the CBB Account showing all transactions into and out of the account during the preceding week.

5.   A further hearing on use of cash collateral will be held on February 12, 2025, at 9:30 a.m. Debtor shall file and serve an updated budget no later than February 5, 2025.

APPROVED AS TO FORM:

_____
Dirk Paloutzian, Attorney for
   Rabo Agrifinance LLC

_____
Michael J. Gomez, Attorney for
   Tech Ag Financial Group, Inc.

_____
Lilian G. Tsang, Chapter 12 Trustee

_____
Hagop T. Bedoyan, Attorney for
   Sutter Land, LLC

Dated: _____   　　　　　_____
　　　　　　　　　　　　　　　　　　　　United States Bankruptcy Judge

CASH COLLATERAL ORDER - 3

# Capital Farms Inc
# Cash Collateral Budget
**3 Week budget**

| | Jan 23 - Jan29 | Jan 30 - Feb 5 | Feb 6 - Feb 12 | |
| --- | ---: | ---: | ---: | ---: |
| | **Week 1** | **Week 2** | **Week 3** | **Totals** |
| **Income** | | | | |
|   **Crop - Almonds** | 749,055.09 | 0.00 | 0.00 | **749,055.09** |
|   **Crop - Almonds** | | | | |
|     Harvesting (outside) | | | | **0.00** |
|     Management Fees | 0.00 | 0.00 | 0.00 | **0.00** |
| **Total Income** | $ 749,055.09 | $ 0.00 | $ 0.00 | $ **749,055.09** |
| **Expenses** | | | | |
|   Advertising & Marketing | 0.00 | 0.00 | 0.00 | **0.00** |
|   Bank Charges & Fees | 0.00 | 0.00 | 0.00 | **0.00** |
|   Bees - Brewer | 46,250.00 | 0.00 | 0.00 | **46,250.00** |
|   Bees - Senky | 22,200.00 | 0.00 | 0.00 | **22,200.00** |
|   Bees - Senky | 12,950.00 | 0.00 | 0.00 | **12,950.00** |
|   Bees - Brawley | 41,625.00 | 0.00 | 0.00 | **41,625.00** |
|   Bees - Jamison | 37,000.00 | 0.00 | 0.00 | **37,000.00** |
|   Bees - Natomas | 5,550.00 | 0.00 | 0.00 | **5,550.00** |
|   Car & Truck | 0.00 | 0.00 | 0.00 | **0.00** |
|   Car & Truck - Fuel | 500.00 | 500.00 | 500.00 | **1,500.00** |
|   Equipment payment | 0.00 | 0.00 | 0.00 | **0.00** |
|   Chemicals/Fertilizer | 0.00 | 0.00 | 0.00 | **0.00** |
|   Contractors | 0.00 | 0.00 | 3,564.00 | **3,564.00** |
|   Crop Insurance | 0.00 | 0.00 | 0.00 | **0.00** |
|   DMV Fees | 0.00 | 0.00 | 0.00 | **0.00** |
|   Dues & subscriptions | 0.00 | 0.00 | 0.00 | **0.00** |
|   Diesel & Fuel | 1,000.00 | 1,000.00 | 1,000.00 | **3,000.00** |
|   Harvesting | 0.00 | 0.00 | 0.00 | **0.00** |
|   Insurance | 2,500.00 | 0.00 | 0.00 | **2,500.00** |
|   Insurance - WC | 2,000.00 | 0.00 | 0.00 | **2,000.00** |
|   Irrigation Supplies | 0.00 | 0.00 | 0.00 | **0.00** |
|   Lease Payments - Brewer | 131,054.88 | 0.00 | 0.00 | **131,054.88** |
|   Lease Payments - Baseline Rd - 157 acres | 80,756.08 | 0.00 | 0.00 | **80,756.08** |
|   Lease - Sankey | 0.00 | 0.00 | 0.00 | **0.00** |
|   Lease - Brawley | 130,067.15 | 0.00 | 0.00 | **130,067.15** |
|   Lease - Brawley (dev voan 2) | 7,467.56 | 7,467.56 | 0.00 | **14,935.12** |
|   Lease - Brawley (dev loan 1) | 11,311.74 | 0.00 | 0.00 | **11,311.74** |
|   Lease - Jamison | 7,500.00 | 7,500.00 | 0.00 | **15,000.00** |
|   Lease - Natomas | 19,500.00 | 19,500.00 | 0.00 | **39,000.00** |
|   Leasehold Imp- Brewer (Rabo) | 0.00 | 0.00 | 0.00 | **0.00** |
|   Legal & Professional Services | 0.00 | 0.00 | 0.00 | **0.00** |
|   Office Supplies & Software | 0.00 | 0.00 | 0.00 | **0.00** |

# Capital Farms Inc
# Cash Collateral Budget
### 3 Week budget

|  | Jan 23 - Jan 29 | Jan 30 - Feb 5 | Feb 6 - Feb 12 |  |
|---|---:|---:|---:|---:|
|  | **Week 1** | **Week 2** | **Week 3** | **Totals** |
| **Parts & Supply** | 375.00 | 375.00 | 375.00 | **1,125.00** |
| **Payroll Expenses** | 0.00 | 4,356.00 | 0.00 | **4,356.00** |
| **Payroll - Harvesting** | 0.00 | 0.00 | 0.00 | **0.00** |
| **Payroll Tax Expenses** | 0.00 | 435.60 | 0.00 | **435.60** |
| **PCA Fees** | 0.00 | 0.00 | 0.00 | **0.00** |
| **Property Taxes - Baseline** | 0.00 | 0.00 | 0.00 | **0.00** |
| **Property Taxes - Senky** | 0.00 | 0.00 | 0.00 | **0.00** |
| **Property Taxes - Brewer** | 11,560.67 | 0.00 | 0.00 | **11,560.67** |
| **Property Taxes - Natomas** | 0.00 | 0.00 | 0.00 | **0.00** |
| **Property Taxes - Natomas** | 0.00 | 0.00 | 0.00 | **0.00** |
| **Property taxes - Brawly** | 0.00 | 0.00 | 0.00 | **0.00** |
| **Property taxes - Jamison** | 0.00 | 0.00 | 0.00 | **0.00** |
| **Repairs & Maintenance** | 0.00 | 0.00 | 0.00 | **0.00** |
| **Repairs & Maintenance** | 0.00 | 0.00 | 375.00 | **375.00** |
| **Taxes & Licenses** | 0.00 | 0.00 | 0.00 | **0.00** |
| **Utilities - Baseline** | 46.00 | 0.00 | 46.00 | **92.00** |
| **Utilities - Baseline (Jackson rd)** | 2,158.00 | 0.00 | 0.00 | **2,158.00** |
| **Utilities - Senky** | 0.00 | 0.00 | 0.00 | **0.00** |
| **Utilities - Brewer** | 6,074.00 | 0.00 | 0.00 | **6,074.00** |
| **Utilities - Natomas** | 2,207.00 | 0.00 | 0.00 | **2,207.00** |
| **Utilities - Brawly** | 8,674.00 | 0.00 | 0.00 | **8,674.00** |
| **Utilities - Jamison** | 8,484.00 | 0.00 | 0.00 | **8,484.00** |
| **Water Coalition Permit Fees** | 387.50 | 387.50 | 0.00 | **775.00** |
| **Yard Rental** | 0.00 | 0.00 | 0.00 | **0.00** |
| **Total Expenses** | $ 599,198.58 | $ 41,521.66 | $ 5,860.00 | $ **646,580.24** |
| **Accumulated Expenses** |  | $ 640,720.24 | $ 646,580.24 | $ **646,580.24** |
|  |  |  |  |  |
| **Cash Flow Requirements** | $ 149,856.51 | -$ 41,521.66 | -$ 5,860.00 | $ **102,474.85** |