3

FEAR WADDELL, P.C.
Peter L. Fear, No. 207238
pfear@fearlaw.com
Gabriel J. Waddell, No. 256289
gwaddell@fearlaw.com
Peter A. Sauer, No. 255957
psauer@fearlaw.com
7650 North Palm Avenue, Suite 101
Fresno, California 93711
(559) 436-6575
(559) 436-6580 (fax)

Proposed Counsel for CAPITAL FARMS, INC.
 Debtor in Possession

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA - FRESNO DIVISION

| In re: | Case No. 25-10074-A-12 |
|---|---|
| | Chapter 12 |
| CAPITAL FARMS, INC., | D.C. No. FW-2 |
| | **Cont'd Preliminary Hearing** |
| | Date: January 22, 2025 |
| | Time: 9:30 a.m. |
| Debtor and Debtor-in-Possession. | Place: Dept. A, Courtroom 11, 5th Floor |
| | United States Courthouse |
| | 2500 Tulare St., Fresno, California |
| | Judge: Hon. Jennifer E. Niemann |

**ORDER GRANTING EMERGENCY USE OF CASH COLLATERAL AND CONTINUING HEARING**

A preliminary hearing on the Motion (the "Motion") by CAPITAL FARMS, INC., Debtor and Debtor in Possession herein ("Debtor") was held at the above-captioned dated, time, and place. Peter L. Fear appeared for the Debtor in Possession. Dirk B. Paloutzian appeared for Secured Creditor Rabo Agrifinance LLC ("Rabo"). Michael J. Gomez appeared for Secured Creditor Tech Ag Financial Group, Inc. ("Tech Ag"). Hagop T. Bedoyan appeared for Sutter Land, LLC ("Sutter Land"). Lilian Tsang, Chapter 12 Trustee appeared. Other

1  appearances were as noted on the record. The Court has reviewed the Motion and its supporting

2  documents, the Opposition and evidence in opposition to the Motion, and the Reply to the

3  Opposition. In addition, the Court has been advised by the parties that they are in the process

4  of negotiating a resolution to this Motion and several other issues in this case that might involve

5  the installation of a Bankruptcy Court-supervised and employed third party, but that additional

6  time is needed to finalize these negotiations and present them to the Court for approval. In the

7  meantime, all parties have agreed, without waiving any rights, remedies or arguments

8  regarding the pending cash collateral motion, that it is essential that the Debtor's property be

9  cared for while this resolution is being finalized. In light of the foregoing, the Court finds good

10  cause to authorize preliminary use of cash collateral as detailed below.

11          NOW THEREFORE, it is hereby ORDERED,

12          1.       Debtor is authorized to use cash collateral on a preliminary, emergency basis in

13  the amounts shown on Exhibit A (the "Budget") for the time period of January 22, 2025 to

14  February 12, 2025 (the "Interim Period"), subject to a variance of no more than ten percent

15  (10%). The budget shall not include payment of any wages of insiders. For any lease payments

16  owed by Debtor to Sutter Land during the Interim Period, Debtor shall pay the lease payment

17  to Sutter Land's mortgage holder directly.

18          2.       All creditors with a security interest in the cash collateral being used are hereby

19  granted automatically-perfected replacement liens on, and security interests in, all of the

20  respective Debtors' tangible and intangible prepetition and postpetition property (retroactive as

21  of the petition date) with the same validity, priority, and extent that such creditors had in such

22  prepetition collateral as of the petition date, without the need to file or record financing

23  statements, notices of lien, or similar instruments or to take any other action in order to validate

24  and perfect these replacement liens and security interests.

3.    Debtor shall deposit any cash collateral it receives into its bank account at Citizens Business Bank (ending in 3506) (the "CBB Account").

4.    Each Thursday, beginning January 30, 2025, Debtor shall file (1) a weekly budget variance report through the day prior (Wednesday), and (2) a printout from the CBB Account showing all transactions into and out of the account during the preceding week.

5.    A further hearing on use of cash collateral will be held on February 12, 2025, at 9:30 a.m. Debtor shall file and serve an updated budget no later than February 5, 2025.

APPROVED AS TO FORM:

_____
Dirk Paloutzian, Attorney for
 Rabo Agrifinance LLC

_____
Michael J. Gomez, Attorney for
 Tech Ag Financial Group, Inc.

_____
Lilian G. Tsang, Chapter 12 Trustee

_____
Hagop T. Bedoyan, Attorney for
 Sutter Land, LLC

Dated: _____          _____
                                                            United States Bankruptcy Judge

1    3.    Debtor shall deposit any cash collateral it receives into its bank account at

2    Citizens Business Bank (ending in 3506) (the "CBB Account").

3    4.    Each Thursday, beginning January 30, 2025, Debtor shall file (1) a weekly

4    budget variance report through the day prior (Wednesday), and (2) a printout from the CBB

5    Account showing all transactions into and out of the account during the preceding week.

6    5.    A further hearing on use of cash collateral will be held on February 12, 2025,

7    at 9:30 a.m. Debtor shall file and serve an updated budget no later than February 5, 2025.

8    APPROVED AS TO FORM:

9    _____

10   Dirk Paloutzian, Attorney for
     Rabo Agrifinance LLC

11   _____

12   Michael J. Gomez, Attorney for
     Tech Ag Financial Group, Inc.

13   _____

14   Lilian G. Tsang, Chapter 12 Trustee

15   _____
     Hagop T. Bedoyan, Attorney for
     Sutter Land, LLC

16

17

18   Dated:  January 24 2025

19                              *Jennifer E. Niemann*
                                Honorable Jennifer E. Niemann
20                              United States Bankruptcy Judge

21

22

23

24

                        CASH COLLATERAL ORDER - 3

# Capital Farms Inc
# Cash Collateral Budget
### 3 Week budget

| | Jan 23 - Jan29<br>Week 1 | Jan 30 - Feb 5<br>Week 2 | Feb 6 - Feb 12<br>Week 3 | Totals |
|---|---|---|---|---|
| **Income** | | | | |
| Crop - Almonds | 749,055.09 | 0.00 | 0.00 | **749,055.09** |
| Crop - Almonds | | | | |
| Harvesting (outside) | | | | **0.00** |
| Management Fees | 0.00 | 0.00 | 0.00 | **0.00** |
| **Total Income** | $ 749,055.09 | $ 0.00 | $ 0.00 | $ 749,055.09 |
| **Expenses** | | | | |
| Advertising & Marketing | 0.00 | 0.00 | 0.00 | **0.00** |
| Bank Charges & Fees | 0.00 | 0.00 | 0.00 | **0.00** |
| Bees - Brewer | 46,250.00 | 0.00 | 0.00 | **46,250.00** |
| Bees - Senky | 22,200.00 | 0.00 | 0.00 | **22,200.00** |
| Bees - Senky | 12,950.00 | 0.00 | 0.00 | **12,950.00** |
| Bees - Brawley | 41,625.00 | 0.00 | 0.00 | **41,625.00** |
| Bees - Jamison | 37,000.00 | 0.00 | 0.00 | **37,000.00** |
| Bees - Natomas | 5,550.00 | 0.00 | 0.00 | **5,550.00** |
| Car & Truck | 0.00 | 0.00 | 0.00 | **0.00** |
| Car & Truck - Fuel | 500.00 | 500.00 | 500.00 | **1,500.00** |
| Equipment payment | 0.00 | 0.00 | 0.00 | **0.00** |
| Chemicals/Fertilizer | 0.00 | 0.00 | 0.00 | **0.00** |
| Contractors | 0.00 | 0.00 | 3,564.00 | **3,564.00** |
| Crop Insurance | 0.00 | 0.00 | 0.00 | **0.00** |
| DMV Fees | 0.00 | 0.00 | 0.00 | **0.00** |
| Dues & subscriptions | 0.00 | 0.00 | 0.00 | **0.00** |
| Diesel & Fuel | 1,000.00 | 1,000.00 | 1,000.00 | **3,000.00** |
| Harvesting | 0.00 | 0.00 | 0.00 | **0.00** |
| Insurance | 2,500.00 | 0.00 | 0.00 | **2,500.00** |
| Insurance - WC | 2,000.00 | 0.00 | 0.00 | **2,000.00** |
| Irrigation Supplies | 0.00 | 0.00 | 0.00 | **0.00** |
| Lease Payments - Brewer | 131,054.88 | 0.00 | 0.00 | **131,054.88** |
| Lease Payments - Baseline Rd - 157 acres | 80,756.08 | 0.00 | 0.00 | **80,756.08** |
| Lease - Sankey | 0.00 | 0.00 | 0.00 | **0.00** |
| Lease - Brawley | 130,067.15 | 0.00 | 0.00 | **130,067.15** |
| Lease - Brawley (dev voan 2) | 7,467.56 | 7,467.56 | 0.00 | **14,935.12** |
| Lease - Brawley (dev loan 1) | 11,311.74 | 0.00 | 0.00 | **11,311.74** |
| Lease - Jamison | 7,500.00 | 7,500.00 | 0.00 | **15,000.00** |
| Lease - Natomas | 19,500.00 | 19,500.00 | 0.00 | **39,000.00** |
| Leasehold Imp- Brewer (Rabo) | 0.00 | 0.00 | 0.00 | **0.00** |
| Legal & Professional Services | 0.00 | 0.00 | 0.00 | **0.00** |
| Office Supplies & Software | 0.00 | 0.00 | 0.00 | **0.00** |

# Capital Farms Inc
# Cash Collateral Budget
### 3 Week budget

Jan 23 - Jan29  Jan 30 - Feb 5  Feb 6 - Feb 12

|  | Week 1 | Week 2 | Week 3 | Totals |
|---|---|---|---|---|
| **Parts & Supply** | 375.00 | 375.00 | 375.00 | **1,125.00** |
| **Payroll Expenses** | 0.00 | 4,356.00 | 0.00 | **4,356.00** |
| **Payroll - Harvesting** | 0.00 | 0.00 | 0.00 | **0.00** |
| **Payroll Tax Expenses** | 0.00 | 435.60 | 0.00 | **435.60** |
| **PCA Fees** | 0.00 | 0.00 | 0.00 | **0.00** |
| **Property Taxes - Baseline** | 0.00 | 0.00 | 0.00 | **0.00** |
| **Property Taxes - Senky** | 0.00 | 0.00 | 0.00 | **0.00** |
| **Property Taxes - Brewer** | 11,560.67 | 0.00 | 0.00 | **11,560.67** |
| **Property Taxes - Natomas** | 0.00 | 0.00 | 0.00 | **0.00** |
| **Property Taxes - Natomas** | 0.00 | 0.00 | 0.00 | **0.00** |
| **Property taxes - Brawly** | 0.00 | 0.00 | 0.00 | **0.00** |
| **Property taxes - Jamison** | 0.00 | 0.00 | 0.00 | **0.00** |
| **Repairs & Maintenance** | 0.00 | 0.00 | 0.00 | **0.00** |
| **Repairs & Maintenance** | 0.00 | 0.00 | 375.00 | **375.00** |
| **Taxes & Licenses** | 0.00 | 0.00 | 0.00 | **0.00** |
| **Utilities - Baseline** | 46.00 | 0.00 | 46.00 | **92.00** |
| **Utilities - Baseline (Jackson rd)** | 2,158.00 | 0.00 | 0.00 | **2,158.00** |
| **Utilities - Senky** | 0.00 | 0.00 | 0.00 | **0.00** |
| **Utilities - Brewer** | 6,074.00 | 0.00 | 0.00 | **6,074.00** |
| **Utilities - Natomas** | 2,207.00 | 0.00 | 0.00 | **2,207.00** |
| **Utilities - Brawly** | 8,674.00 | 0.00 | 0.00 | **8,674.00** |
| **Utilities - Jamison** | 8,484.00 | 0.00 | 0.00 | **8,484.00** |
| **Water Coalition Permit Fees** | 387.50 | 387.50 | 0.00 | **775.00** |
| **Yard Rental** | 0.00 | 0.00 | 0.00 | **0.00** |
| **Total Expenses** | $ 599,198.58 | $ 41,521.66 | $ 5,860.00 | $ 646,580.24 |
| **Accumulated Expenses** |  | $ 640,720.24 | $ 646,580.24 | $ 646,580.24 |
| **Cash Flow Requirements** | $ 149,856.51 | -$ 41,521.66 | -$ 5,860.00 | $ 102,474.85 |