**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF CALIFORNIA**
**CIVIL MINUTES**

---

**Case Title:** Capital Farms, Inc        **Case No.:** 25-10074 - A - 12
                                          **Docket Control No.** FW-2
                                          **Date:** 01/24/2025
                                          **Time:** 1:30 PM

**Matter:** [6] - Motion/Application to Use Cash Collateral [FW-2] Filed by Debtor Capital Farms, Inc (jbrm)

**Judge: Jennifer E. Niemann**
**Courtroom Deputy: Bethany Soto**
**Reporter: Not Recorded**
**Department: A**

---

**APPEARANCES for:**
**Movant(s):**
None
**Respondent(s):**
None

---

**CIVIL MINUTES**

HEARING TO BE HELD ON 2/12/2025 at 9:30 AM at Fresno Courtroom 11, Department A


NO ORDER REQUIRED.

On January 24, 2025, the court issued an order continuing the hearing on the motion to use cash collateral to February 12, 2025, at 9:30 a.m. Doc. #54.