FEAR WADDELL, P.C.
Peter L. Fear, No. 207238
pfear@fearlaw.com
Gabriel J. Waddell, No. 256289
gwaddell@fearlaw.com
Peter A. Sauer, No. 255957
psauer@fearlaw.com
7650 North Palm Avenue, Suite 101
Fresno, California 93711
(559) 436-6575
(559) 436-6580 (fax)

Proposed Counsel for CAPITAL FARMS, INC.,
　Debtor in Possession

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA - FRESNO DIVISION

| | |
|---|---|
| In re:<br><br>CAPITAL FARMS, INC.,<br><br>　　　Debtor and Debtor-in-Possession. | Case No. 25-10074-A-12<br><br>Chapter 12<br><br>D.C. No. FW-2<br><br>Date:　January 22, 2025<br>Time:　9:30 a.m.<br>Place:　Dept. A, Courtroom 11, 5th Floor<br>　　　　United States Courthouse<br>　　　　2500 Tulare St., Fresno, California<br>Judge:　Hon. Jennifer E. Niemann |

**REPORTING PURSUANT TO ORDER GRANTING EMERGENCY MOTION FOR AUTHORITY TO USE CASH COLLATERAL**

**INDEX OF EXHIBITS**

| Title | No. pages |
|---|---|
| Budget Variance Report | 2 |
| CBB Acct ending in 3506 Transaction List | 3 |

- 1

# Capital Farms Inc
# Profit and Loss
### 3 Week budget with Variance Report

| Filing date 1/10/25 | Jan 23 - Jan29 | Jan 30 - Feb 5 | Feb 6 - Feb 12 | | Thru 1/29 |
|---|---|---|---|---|---|
| | **Week 1** | **Week 2** | **Week 3** | **Totals** | **Actual** |
| **Income** | | | | | |
|   **Crop - Almonds** | 749,055.09 | 0.00 | | **749,055.09** | 749,055.09 |
|   **Crop - Almonds** | | | | | |
|   **Harvesting (outside)** | | | | **0.00** | |
|   **FSA Grant** | 0.00 | 0.00 | 0.00 | **0.00** | 32,484.46 |
| **Total Income** | $ 749,055.09 | $ 0.00 | $ 0.00 | $ 749,055.09 | $ 781,539.55 |
| **Expenses** | | | | | |
|   **Advertising & Marketing** | 0.00 | 0.00 | 0.00 | **0.00** | |
|   **Bank Charges & Fees** | 0.00 | 0.00 | 0.00 | **0.00** | |
|   **Bees - Brewer** | 46,250.00 | 0.00 | 0.00 | **46,250.00** | 46,250.00 |
|   **Bees - Senky** | 22,200.00 | 0.00 | 0.00 | **22,200.00** | 22,200.00 |
|   **Bees - Senky** | 12,950.00 | 0.00 | 0.00 | **12,950.00** | 12,950.00 |
|   **Bees - Brawley** | 41,625.00 | 0.00 | 0.00 | **41,625.00** | 41,625.00 |
|   **Bees - Jamison** | 37,000.00 | 0.00 | 0.00 | **37,000.00** | 37,000.00 |
|   **Bees - Natomas** | 5,550.00 | 0.00 | 0.00 | **5,550.00** | 5,550.00 |
|   **Car & Truck** | 0.00 | 0.00 | 0.00 | **0.00** | |
|   **Car & Truck - Fuel** | 500.00 | 500.00 | 500.00 | **1,500.00** | |
|   **Chemicals/Fertilizer** | 0.00 | 0.00 | 0.00 | **0.00** | |
|   **Contractors** | 0.00 | 0.00 | 3,564.00 | **3,564.00** | 1,588.04 |
|   **Crop Insurance** | 0.00 | 0.00 | 0.00 | **0.00** | |
|   **DMV Fees** | 0.00 | 0.00 | 0.00 | **0.00** | |
|   **Dues & subscriptions** | 0.00 | 0.00 | 0.00 | **0.00** | |
|   **Diesel & Fuel** | 1,000.00 | 1,000.00 | 1,000.00 | **3,000.00** | 1,293.37 |
|   **Harvesting** | 0.00 | 0.00 | 0.00 | **0.00** | |
|   **Insurance** | 2,500.00 | 0.00 | 0.00 | **2,500.00** | |
|   **Insurance - WC** | 2,000.00 | 0.00 | 0.00 | **2,000.00** | |
|   **Irrigation Supplies** | 0.00 | 0.00 | 0.00 | **0.00** | |
|   **Lease Payments - Brewer** | 131,054.88 | 0.00 | 0.00 | **131,054.88** | 131,054.88 |
|   **Lease Payments - Baseline Rd - 157 acres** | 80,756.08 | 0.00 | 0.00 | **80,756.08** | 80,756.08 |
|   **Lease - Sankey** | 0.00 | 0.00 | 0.00 | **0.00** | |
|   **Lease - Brawley** | 130,067.15 | 0.00 | 0.00 | **130,067.15** | 130,067.15 |
|   **Lease - Brawley (dev voan 2)** | 7,467.56 | 7,467.56 | 0.00 | **14,935.12** | 7,467.56 |
|   **Lease - Brawley (dev loan 1)** | 11,311.74 | 0.00 | 0.00 | **11,311.74** | 11,311.74 |
|   **Lease - Jamison** | 7,500.00 | 7,500.00 | 0.00 | **15,000.00** | 7,493.75 |
|   **Lease - Natomas** | 19,500.00 | 19,500.00 | 0.00 | **39,000.00** | 19,500.00 |
|   **Leasehold Imp- Brewer (Rabo)** | 0.00 | 109,060.94 | 0.00 | **109,060.94** | |
|   **Legal & Professional Services** | 0.00 | 0.00 | 0.00 | **0.00** | |
|   **Office Supplies & Software** | 0.00 | 0.00 | 0.00 | **0.00** | |
|   **Parts & Supply** | 375.00 | 375.00 | 375.00 | **1,125.00** | 319.64 |

| | | | | | |
|---|---:|---:|---:|---:|---:|
| **Payroll Expenses** | 0.00 | 4,356.00 | 0.00 | **4,356.00** | |
| **Payroll - Harvesting** | 0.00 | 0.00 | 0.00 | **0.00** | |
| **Payroll Tax Expenses** | 0.00 | 435.60 | 0.00 | **435.60** | |
| **PCA Fees** | 0.00 | 0.00 | 0.00 | **0.00** | |
| **Property Taxes - Baseline** | 0.00 | 0.00 | 0.00 | **0.00** | |
| **Property Taxes - Senky** | 0.00 | 0.00 | 0.00 | **0.00** | |
| **Property Taxes - Brewer** | 11,560.67 | 0.00 | 0.00 | **11,560.67** | 11,560.67 |
| **Property Taxes - Natomas** | 0.00 | 0.00 | 0.00 | **0.00** | |
| **Property Taxes - Natomas** | 0.00 | 0.00 | 0.00 | **0.00** | |
| **Property taxes - Brawly** | 0.00 | 0.00 | 0.00 | **0.00** | |
| **Property taxes - Jamison** | 0.00 | 0.00 | 0.00 | **0.00** | |
| **Repairs & Maintenance** | 0.00 | 0.00 | 0.00 | **0.00** | |
| **Repairs & Maintenance** | 0.00 | 0.00 | 375.00 | **375.00** | |
| **Taxes & Licenses** | 0.00 | 0.00 | 0.00 | **0.00** | |
| **Utilities - Baseline** | 46.00 | 0.00 | 46.00 | **92.00** | |
| **Utilities - Baseline (Jackson rd)** | 2,158.00 | 0.00 | 0.00 | **2,158.00** | 2,157.76 |
| **Utilities - Senky** | 0.00 | 0.00 | 0.00 | **0.00** | |
| **Utilities - Brewer** | 6,074.00 | 0.00 | 0.00 | **6,074.00** | 6,073.32 |
| **Utilities - Natomas** | 2,207.00 | 0.00 | 0.00 | **2,207.00** | 2,206.13 |
| **Utilities - Brawly** | 8,674.00 | 0.00 | 0.00 | **8,674.00** | 8,894.69 |
| **Utilities - Jamison** | 8,484.00 | 0.00 | 0.00 | **8,484.00** | 8,483.86 |
| **Water Coalition Permit Fees** | 387.50 | 387.50 | 0.00 | **775.00** | |
| **Yard Rental** | 0.00 | 0.00 | 0.00 | **0.00** | |
| **Total Expenses** | $ 599,198.58 | $ 150,582.60 | $ 5,860.00 | **$ 755,641.18** | $ 595,803.64 |
| **Accumulated Expenses** | | $ 749,781.18 | $ 755,641.18 | $ 755,641.18 | |
| | | | | | |
| **Cash Flow Requirements** | $ 149,856.51 | -$ 150,582.60 | -$ 5,860.00 | -$ 6,586.09 | |

Good Evening, Sukhwant Gill

# Capital Farms **3506

Last Updated: January 30, 2025 4:22 PM

| $510,809.43 | $510,809.43 |
|---|---|
| Current Balance | Available Balance |

**Account History** | Details & Settings

| Start Date | End Date |
|---|---|
| 01/22/2025 | 01/30/2025 |

**Description**

**Transaction Type**

**Min Amount**
$ 0.00  to  $ 0.00
**Max Amount**

**Starting Check #**        to        **Ending Check #**

☐ Disputed Transactions

Important Check Dispute Information

| Date | Description | Amount | |
|---|---|---|---|
| JAN 29 2025 | 📧 Check Paid - 2511 | ($2,157.76) | ⋮ |
| JAN 29 2025 | 📧 Check Paid - 2509 | ($2,206.13) | ⋮ |
| JAN 29 2025 | 📧 Check Paid - 2510 | ($6,073.32) | ⋮ |
| JAN 29 2025 | 📧 Check Paid - 2512 | ($11,560.67) | ⋮ |
| JAN 29 2025 | 📧 Check Paid - 2508 | ($131,054.88) | ⋮ |
| JAN 29 2025 | PGANDE WEB ONLINE 20470174012825 | ($45.87) | ⋮ |
| JAN 29 2025 | PGANDE WEB ONLINE 20469880012825 | ($210.44) | ⋮ |
| JAN 29 2025 | PGANDE WEB ONLINE 20470299012825 | ($8,483.86) | ⋮ |
| JAN 29 2025 | PGANDE WEB ONLINE 20470092012825 | ($8,684.69) | ⋮ |
| JAN 29 2025 | MISC PAY FSA TREAS 310 NTE*FSA CCC*25MASC *TC127179938 *PLACER | $32,484.46 | ⋮ |
| JAN 28 2025 | ALLSTAR CAPITAL LOAN PMT. 433310-ACG | ($19,500.00) | ⋮ |
| JAN 27 2025 | 📧 WIRE FEE | ($40.00) | ⋮ |

| JAN 27 2025 | WIRE-OUT-20250270003427;BNF METLIFE INVESTMENT MANAGEMENT, LLC | ($80,756.08) | |
| JAN 24 2025 | 📄 Deposit | $749,055.09 | |

**Page totals:** Credits: [2] **$781,539.55** | Debits: [12] **($270,773.70)**