2

Fear Waddell, P.C.
Peter L. Fear, No. 207238
pfear@fearlaw.com
Gabriel J. Waddell, No. 256289
gwaddell@fearlaw.com
Peter A. Sauer, No. 255957
psauer@fearlaw.com
7650 North Palm Avenue, Suite 101
Fresno, California 93711
(559) 436-6575
(559) 436-6580 (fax)

Proposed Counsel for CAPITAL FARMS, INC.
  Debtor in Possession

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA - FRESNO DIVISION

| | |
|---|---|
| In re:<br><br>CAPITAL FARMS, INC.,<br><br><br>       Debtor and Debtor-in-Possession. | Case No. 25-10074-A-12<br><br>Chapter 12<br><br>D.C. No. FW-2<br><br>Date:  February 12, 2025<br>Time:  9:30 a.m.<br>Place:  Dept. A, Courtroom 11, 5th Floor<br>       United States Courthouse<br>       2500 Tulare St., Fresno, California<br>Judge:  Hon. Jennifer E. Niemann |

**FURTHER SUPPLEMENTAL DECLARATION OF SHAWN GILL IN SUPPORT OF MOTION FOR AUTHORITY TO USE CASH COLLATERAL**

I, SHAWN GILL, declare as follows:

1. I am the president of Capital Farms, Inc., Debtor and Debtor-in-Possession in the above-captioned bankruptcy matter. My full name is Sukhwant Singh Gill, but I usually go by Shawn Gill.

- 1 -

2. I make this further supplemental Declaration in support of the Motion for Authority to Use Cash Collateral. Unless otherwise indicated, all statements in this Declaration are based on my personal knowledge, my review of relevant personal documents, or my opinion.

3. Included herewith as Exhibit Q is a true and correct copy of Addendum No. 4 to a Purchase and Sale Agreement related to the purchase of Baseline Ranch. This provides that Suter Land, LLC has the right to farm Baseline Ranch and have possession of Baseline Ranch, and the associated almond crop, for the 2024 and 2025 crop years. It is this right to farm Baseline Ranch that was subleased to the Debtor.

I declare under penalty of perjury that the foregoing statements are true and correct and that if called as a witness herein I could and would competently testify thereto, and that this declaration was executed on 2-5-25, at Sacramento, California.

_____
SHAWN GILL