FEAR WADDELL, P.C.
Peter L. Fear, No. 207238
pfear@fearlaw.com
Gabriel J. Waddell, No. 256289
gwaddell@fearlaw.com
Peter A. Sauer, No. 255957
psauer@fearlaw.com
7650 North Palm Avenue, Suite 101
Fresno, California 93711
(559) 436-6575
(559) 436-6580 (fax)

Attorneys for CAPITAL FARMS, INC.,
 Debtor in Possession

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA - FRESNO DIVISION

| | |
|---|---|
| In re:<br><br>CAPITAL FARMS, INC.,<br><br>Debtor and Debtor-in-Possession. | Case No. 25-10074-A-12<br><br>Chapter 12<br><br>D.C. No. FW-2<br><br>Date: March 6, 2025<br>Time: 10:30 a.m.<br>Place: Dept. A, Courtroom 11, 5th Floor<br>        United States Courthouse<br>        2500 Tulare St., Fresno, California<br>Judge: Hon. Jennifer E. Niemann |

**UPDATED THREE-WEEK CASH COLLATERAL BUDGET**
**(MARCH 6 – MARCH 26)**

# Capital Farms Inc
## Profit and Loss
### 3 Week budget

| Filing date | Mar-06-Mar-12 | Mar14-Mar20 | Mar21-Mar-26 | |
|---|---|---|---|---|
| | Week 1 | Week 2 | Week 3 | Totals |
| **Income** | | | | |
|    **Crop - Almonds** | 350,000.00 | 0.00 | | **350,000.00** |
|    **Crop - Almonds - Ins Claim** | 19,856.34 | | | **19,856.34** |
|    **Harvesting (outside)** | | | | **0.00** |
| **FSA Grants** | | | | **0.00** |
|    **Management Fees** | 0.00 | 0.00 | 0.00 | **0.00** |
| **Total Income** | $ 369,856.34 | $ 0.00 | $ 0.00 | $ 369,856.34 |
| **Expenses** | | | | |
|    **Advertising & Marketing** | 0.00 | 0.00 | 0.00 | **0.00** |
| **Phone Bill** | 550.00 | 0.00 | 0.00 | **550.00** |
|    **Bank Charges & Fees** | 0.00 | 0.00 | 0.00 | **0.00** |
|    **Bees - Brewer** | 0.00 | 0.00 | 0.00 | **0.00** |
|    **Bees - Senky** | 0.00 | 0.00 | 0.00 | **0.00** |
|    **Bees - Senky** | 0.00 | 0.00 | 0.00 | **0.00** |
|    **Bees - Brawley** | 0.00 | 0.00 | 0.00 | **0.00** |
|    **Bees - Jamison** | 0.00 | 0.00 | 0.00 | **0.00** |
|    **Bees - Natomas** | 0.00 | 0.00 | 0.00 | **0.00** |
|    **Car & Truck - Payment** | 1,000.00 | 0.00 | 0.00 | **1,000.00** |
|    **Car & Truck - Fuel** | 500.00 | 500.00 | 500.00 | **1,500.00** |
|    **Chemicals/Fertilizer** | 33,000.00 | 33,000.00 | 33,000.00 | **99,000.00** |
|    **Contractors** | 2,500.00 | 2,500.00 | 2,500.00 | **7,500.00** |
|    **Crop Insurance** | 2,006.35 | 0.00 | | **2,006.35** |
|    **DMV Fees** | 0.00 | 0.00 | 0.00 | **0.00** |
|    **Dues & subscriptions** | 0.00 | 0.00 | 0.00 | **0.00** |
|    **Diesel & Fuel** | 2,500.00 | 0.00 | 2,500.00 | **5,000.00** |
|    **Harvesting** | 0.00 | 0.00 | 0.00 | **0.00** |
|    **Insurance** | 0.00 | 0.00 | 0.00 | **0.00** |
|    **Insurance - WC** | 350.00 | 350.00 | 350.00 | **1,050.00** |
|    **Irrigation Supplies** | | 0.00 | 0.00 | **0.00** |
|    **Lease Payments - Brewer** | 0.00 | 0.00 | 0.00 | **0.00** |
|    **Lease Payments - Baseline Rd - 157 acres** | 0.00 | 0.00 | 0.00 | **0.00** |
|    **Lease - Sankey** | 145,371.04 | 0.00 | 0.00 | **145,371.04** |
|    **Lease - Brawley** | 0.00 | 0.00 | 0.00 | **0.00** |
|    **Lease - Brawley (dev voan 2)** | 0.00 | 0.00 | | **0.00** |
| **Lease - Brawley (dev loan 1)** | 0.00 | 0.00 | 0.00 | **0.00** |
|    **Lease - Jamison** | 0.00 | 0.00 | | **0.00** |
|    **Lease - Natomas** | 0.00 | 0.00 | | **0.00** |
|    **Leasehold Imp- Brewer (Rabo)** | 0.00 | 0.00 | 0.00 | **0.00** |
| **Legal & Professional Services** | 0.00 | 0.00 | 0.00 | **0.00** |
|    **Office Supplies & Software** | | 0.00 | 0.00 | **0.00** |
|    **Parts & Supply** | 500.00 | 500.00 | 500.00 | **1,500.00** |
|    **Payroll Expenses** | 2,500.00 | 2,500.00 | 2,500.00 | **7,500.00** |
|    **Payroll - Admin/Office** | 5,000.00 | 0.00 | 0.00 | **5,000.00** |
|    **Payroll - Harvesting** | 0.00 | 0.00 | 0.00 | **0.00** |

| Filing date | Mar-06-Mar-12 | Mar14-Mar20 | Mar21-Mar-26 | |
|---|---:|---:|---:|---:|
| | **Week 1** | **Week 2** | **Week 3** | **Totals** |
| **Payroll Tax Expenses** | 750.00 | 250.00 | 250.00 | **1,250.00** |
| **Payroll Processing Fees** | 100.00 | 100.00 | 100.00 | **300.00** |
| PCA Fees | 3,150.00 | 0.00 | | **3,150.00** |
| Property Taxes - Baseline | 0.00 | 0.00 | 0.00 | **0.00** |
| Property Taxes - Sankey | | 0.00 | 0.00 | **0.00** |
| Property Taxes - Brewer | 0.00 | 0.00 | 0.00 | **0.00** |
| Property Taxes - Natomas | | 0.00 | 0.00 | **0.00** |
| Property Taxes - Natomas | 0.00 | 0.00 | 0.00 | **0.00** |
| Property taxes - Brawley | | 0.00 | 0.00 | **0.00** |
| Property taxes - Jamison | 0.00 | 0.00 | 0.00 | **0.00** |
| Repairs & Maintenance | 1,000.00 | 0.00 | 1,000.00 | **2,000.00** |
| Taxes & Licenses | 0.00 | 0.00 | 0.00 | **0.00** |
| Utilities - Baseline | 0.00 | 0.00 | 0.00 | **0.00** |
| Utilities - Baseline (Jackson rd) | 0.00 | 0.00 | 0.00 | **0.00** |
| Utilities - Sankey | 0.00 | 0.00 | 0.00 | **0.00** |
| Utilities - Brewer | 0.00 | 0.00 | 0.00 | **0.00** |
| Utilities - Natomas | 0.00 | 0.00 | 0.00 | **0.00** |
| Utilities - Brawley | 0.00 | 0.00 | 0.00 | **0.00** |
| Utilities - Jamison | 0.00 | 0.00 | 0.00 | **0.00** |
| Water Coalition Permit Fees | 2,419.60 | 0.00 | 0.00 | **2,419.60** |
| Yard Rental -Brewer Rd | 300.00 | 0.00 | 300.00 | **600.00** |
| **Tech Ag Payment** | | | 5,000.00 | **5,000.00** |
| **Retainer for CRO** | 10,000.00 | | | |
| **Total Expenses** | $ 213,496.99 | $ 39,700.00 | $ 48,500.00 | $ **291,696.99** |
| **Accumulated Expenses** | | $ 253,196.99 | $ 301,696.99 | $ **291,696.99** |