FEAR WADDELL, P.C.
Peter L. Fear, No. 207238
pfear@fearlaw.com
Gabriel J. Waddell, No. 256289
gwaddell@fearlaw.com
Peter A. Sauer, No. 255957
psauer@fearlaw.com
7650 North Palm Avenue, Suite 101
Fresno, California 93711
(559) 436-6575
(559) 436-6580 (fax)

Attorneys for CAPITAL FARMS, INC.,
 Debtor in Possession

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA - FRESNO DIVISION

| | |
|---|---|
| In re:<br><br>CAPITAL FARMS, INC.,<br><br>Debtor and Debtor-in-Possession. | Case No. 25-10074-A-12<br><br>Chapter 12<br><br>D.C. No. FW-2<br><br>Date: February 12, 2025<br>Time: 9:30 a.m.<br>Place: Dept. A, Courtroom 11, 5th Floor<br>       United States Courthouse<br>       2500 Tulare St., Fresno, California<br>Judge: Hon. Jennifer E. Niemann |

**FEBRUARY 20, 2025, WEEKLY REPORT PURSUANT TO ORDER GRANTING MOTION FOR AUTHORITY TO USE CASH COLLATERAL**

**INDEX OF EXHIBITS**

| Title | No. pages |
|---|---|
| Budget Variance Report | 2 |
| CBB Acct ending in 3506 Transaction List | 2 |

- 1



WEEK 1

|   | A | B | C | D | E | F |
|---|---|---|---|---|---|---|
| 1 | | **Capital Farms Inc** | | | | |
| 2 | | **Profit and Loss** | | | | |
| 3 | | 3 Week budget | | | | |
| 4 | | | | | | |
| 5 | Filing date | Feb 13 - Feb 19 | Feb 20 - Feb 26 | Feb 27 - March 5 | | Thru 02/19 |
| 6 | | Week 1 | Week 2 | Week 3 | Totals | Actual |
| 7 | Income | | | | | |
| 8 | Crop - Almonds | | 0.00 | | 0.00 | |
| 9 | Crop - Almonds - Ins Claim | 180,523.38 | | | 180,523.38 | |
| 10 | Harvesting (outside) | | | | 0.00 | |
| 11 | FSA Grants | 32,484.46 | | | 32,484.46 | |
| 12 | Management Fees | 0.00 | 0.00 | 0.00 | 0.00 | |
| 13 | Total Income | $ 213,007.84 | $ 0.00 | $ 0.00 | $ 213,007.84 | |
| 14 | Expenses | | | | | |
| 15 | Advertising & Marketing | 0.00 | 0.00 | 0.00 | 0.00 | |
| 16 | Phone Bill | 550.00 | 0.00 | 0.00 | 550.00 | |
| 17 | Bank Charges & Fees | 0.00 | 0.00 | 0.00 | 0.00 | |
| 18 | Bees - Brewer | 0.00 | 0.00 | 0.00 | 0.00 | |
| 19 | Bees - Senky | 0.00 | 0.00 | 0.00 | 0.00 | |
| 20 | Bees - Senky | 0.00 | 0.00 | 0.00 | 0.00 | |
| 21 | Bees - Brawley | 0.00 | 0.00 | 0.00 | 0.00 | |
| 22 | Bees - Jamison | 0.00 | 0.00 | 0.00 | 0.00 | |
| 23 | Bees - Natomas | 0.00 | 0.00 | 0.00 | 0.00 | |
| 24 | Car & Truck - Payment | 1,000.00 | 0.00 | 0.00 | 1,000.00 | 1,885.71 |
| 25 | Car & Truck - Fuel | 500.00 | 500.00 | 500.00 | 1,500.00 | |
| 26 | Chemicals/Fertilizer | 10,000.00 | 0.00 | 34,800.00 | 44,800.00 | 7,216.00 |
| 27 | Contractors | 2,100.00 | 2,100.00 | 2,100.00 | 6,300.00 | 1,777.55 |
| 28 | Crop Insurance | 6,972.25 | 0.00 | | 6,972.25 | 6,019.05 |
| 29 | DMV Fees | 0.00 | 0.00 | 0.00 | 0.00 | |
| 30 | Dues & subscriptions | 0.00 | 0.00 | 0.00 | 0.00 | |
| 31 | Diesel & Fuel | 1,000.00 | 0.00 | 1,000.00 | 2,000.00 | |
| 32 | Harvesting | 0.00 | 0.00 | 0.00 | 0.00 | |
| 33 | Insurance | 0.00 | 0.00 | 0.00 | 0.00 | |
| 34 | Insurance - WC | 2,000.00 | 0.00 | 0.00 | 2,000.00 | |
| 35 | Irrigation Supplies | 1,500.00 | 0.00 | 0.00 | 1,500.00 | |
| 36 | Lease Payments - Brewer | 0.00 | 0.00 | 0.00 | 0.00 | |
| 37 | Lease Payments - Baseline Rd - 157 acres | 0.00 | 0.00 | 0.00 | 0.00 | |
| 38 | Lease - Sankey | 0.00 | 0.00 | 0.00 | 0.00 | |
| 39 | Lease - Brawley | 0.00 | 0.00 | 0.00 | 0.00 | |
| 40 | Lease - Brawley (dev voan 2) | 0.00 | 0.00 | 7,467.56 | 7,467.56 | |
| 41 | Lease - Brawley (dev loan 1) | 0.00 | 0.00 | 0.00 | 0.00 | |
| 42 | Lease - Jamison | 0.00 | 0.00 | 7,500.00 | 7,500.00 | |
| 43 | Lease - Natomas | 0.00 | 0.00 | 19,500.00 | 19,500.00 | |

| | A | B | C | D | E | F |
|---|---|---|---|---|---|---|
| 44 | Leasehold Imp- Brewer (Rabo) | 0.00 | 0.00 | 0.00 | 0.00 | |
| 45 | Legal & Professional Services | 0.00 | 0.00 | 0.00 | 0.00 | |
| 46 | Software | 100.00 | 0.00 | 0.00 | 100.00 | |
| 47 | Parts & Supply | 550.00 | 375.00 | 550.00 | 1,475.00 | 314.56 |
| 48 | Payroll Expenses | 2,000.00 | 2,000.00 | 2,000.00 | 6,000.00 | |
| 49 | Office Admin Payroll | 5,000.00 | 0.00 | 0.00 | 5,000.00 | 5,000.00 |
| 50 | Payroll - Harvesting | 0.00 | 0.00 | 0.00 | 0.00 | |
| 51 | Payroll Tax Expenses | 350.00 | 200.00 | 350.00 | 900.00 | |
| 52 | PCA Fees | 0.00 | 0.00 | 0.00 | 0.00 | |
| 53 | Property Taxes - Baseline | 0.00 | 0.00 | 0.00 | 0.00 | |
| 54 | Property Taxes - Sankey | 23,895.04 | 0.00 | 0.00 | 23,895.04 | 23,896.04 |
| 55 | Property Taxes - Brewer | 0.00 | 0.00 | 0.00 | 0.00 | |
| 56 | Property Taxes - Natomas | 19,697.95 | 0.00 | 0.00 | 19,697.95 | |
| 57 | Property Taxes - Natomas | 0.00 | 0.00 | 0.00 | 0.00 | |
| 58 | Property taxes - Brawley | 20,482.89 | 0.00 | 0.00 | 20,482.89 | |
| 59 | Property taxes - Jamison | 0.00 | 0.00 | 0.00 | 0.00 | |
| 60 | Repairs & Maintenance | 500.00 | 0.00 | 500.00 | 1,000.00 | 771.59 |
| 61 | Taxes & Licenses | 0.00 | 0.00 | 0.00 | 0.00 | |
| 62 | Utilities - Baseline | 0.00 | 0.00 | 0.00 | 0.00 | |
| 63 | Utilities - Baseline (Jackson rd) | 0.00 | 0.00 | 0.00 | 0.00 | |
| 64 | Utilities - Sankey | 0.00 | 0.00 | 0.00 | 0.00 | |
| 65 | Utilities - Brewer | 0.00 | 0.00 | 0.00 | 0.00 | |
| 66 | Utilities - Natomas | 0.00 | 0.00 | 0.00 | 0.00 | |
| 67 | Utilities - Brawley | 0.00 | 0.00 | 0.00 | 0.00 | |
| 68 | Utilities - Jamison | 0.00 | 0.00 | 0.00 | 0.00 | |
| 69 | Water Coalition Permit Fees | 0.00 | 0.00 | 0.00 | 0.00 | |
| 70 | Yard Rental -Brewer Rd | 300.00 | 0.00 | 300.00 | 600.00 | 600.00 |
| 71 | Equipment Payment | | | | 0.00 | |
| 72 | Total Expenses | $ 98,498.13 | $ 5,175.00 | $ 76,567.56 | $ 180,240.69 | $ 47,480.50 |
| 73 | Accumulated Expenses | | $ 103,673.13 | $ 180,240.69 | $ 180,240.69 | |
| 74 | | | | | | |
| 75 | Cash Flow Requirements | $ 114,509.71 | -$ 5,175.00 | -$ 76,567.56 | $ 32,767.15 | |
| 76 | Development costs (552 acres) | | | | | |
| 77 | Chemicals | | | | | |
| 78 | Payroll | | | | | |
| 79 | Utilities | | | | | |
| 80 | Repair & Maintenance | | | | | |
| 81 | | 0.00 | 0.00 | | | |
| 82 | Total Development costs | #REF! | #REF! | | | |

Good Evening, Sukhwant Gill

# Capital Farms **3506

Last Updated: February 19, 2025 4:06 PM

**$217,582.30** | **$217,582.30**
Current Balance | Available Balance

**Account History**  Details & Settings

**Start Date**
02/13/2025

to

**End Date**
02/19/2025

**Description**

**Transaction Type**

**Min Amount**
$ 0.00

to

**Max Amount**
$ 0.00

**Starting Check #**

to

**Ending Check #**

☐ Disputed Transactions

Important Check Dispute Information

| Date | Description | Amount | |
|---|---|---:|---|
| FEB 18 2025 | CAPITAL ONE CRCARDPMT 42TRYDBVMCJ10FL | ($628.00) | ⋮ |
| FEB 18 2025 | JPMorgan Chase Ext Trnsfr 23714486238 *Jan & Feb pmt (Truck)* | ($1,885.71) | ⋮ |
| FEB 18 2025 | 🖃 Deposit *Insurance Claim* | $180,523.38 | ⋮ |
| FEB 14 2025 | JPMorgan Chase ACCTVERIFY 23714492384 | ($0.62) | ⋮ |
| FEB 14 2025 | CAPITAL ONE MOBILE PMT 42TDCVFAW7G5X14 *Parts* | ($302.31) | ⋮ |
| FEB 14 2025 | JPMorgan Chase ACCTVERIFY 23714492382 | $0.39 | ⋮ |
| FEB 14 2025 | JPMorgan Chase ACCTVERIFY 23714492383 | $0.23 | ⋮ |

**Page totals:** Credits: [3] **$180,524.00** | Debits: [4] **($2,816.64)**