**UNITED STATES BANKRUPTCY COURT**

**EASTERN DISTRICT OF CALIFORNIA**

```
In re                          ) Case No. 25-10074 - A - 12
Capital Farms, Inc,            ) Docket Control No. CAE-1
                Debtor.        ) Document No. 1
                               ) Date: 02/26/2025
                               ) Time: 9:30 AM
_____      ) Dept: A
```

**Order**

For the reasons stated on the record,

IT IS ORDERED that the status conference is CONTINUED to
April 23, 2025, at 9:30 a.m. in Department A, Courtroom 11, Fifth
Floor, U.S. Courthouse, 2500 Tulare Street, Fresno, California.

IT IS FURTHER ORDERED that not later than April 16, 2025, the debtor
shall file and serve a status report.

Dated:  February 26 2025

*Jennifer E. Niemann*
Honorable Jennifer E. Niemann
United States Bankruptcy Judge

Status Conference Re: Chapter 12 Voluntary Petition - [1] - Chapter 12 Voluntary Petition Non-
Individual filed. (Fee Paid $0.00) (Peter L. Fear) (eFilingID: 7442179)

# Instructions to Clerk of Court
## Service List – Not Part of Order/Judgment

The Clerk of Court is instructed to send the Order/Judgment or other court generated document transmitted herewith to the parties below. The Clerk of Court will send the Order via the BNC.

Capital Farms, Inc
15555 S Brawley Ave
Caruthers CA 93609

Lilian G. Tsang
P.O. Box 3051
Modesto CA 95353-3051

Office of the U.S. Trustee
United States Courthouse
2500 Tulare Street, Room 1401
Fresno CA 93721

Farm Credit Services of America
PCA
c o Frandzel Robins Bloom Csato LC
1000 Wilshire Blvd 19th Fl
Los Angeles CA 90017-2427

Hagop T Bedoyan
7647 N Fresno St.
Fresno CA 93720-2578