FEAR WADDELL, P.C.
Peter L. Fear, No. 207238
pfear@fearlaw.com
Gabriel J. Waddell, No. 256289
gwaddell@fearlaw.com
Peter A. Sauer, No. 255957
psauer@fearlaw.com
7650 North Palm Avenue, Suite 101
Fresno, California 93711
(559) 436-6575
(559) 436-6580 (fax)

Counsel for CAPITAL FARMS, INC.,
 Debtor in Possession

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA - FRESNO DIVISION

| | |
|---|---|
| In re: <br><br> CAPITAL FARMS, INC., <br><br> Debtor and Debtor-in-Possession. | Case No. 25-10074-A-12 <br><br> Chapter 12 <br><br> D.C. No. FW-2 <br><br> Date:  March 6, 2025 <br> Time:  10:30 a.m. <br> Place: Dept. A, Courtroom 11, 5th Floor <br>           United States Courthouse <br>           2500 Tulare St., Fresno, California <br> Judge: Hon. Jennifer E. Niemann |

**SUPPLEMENTAL EXHIBIT FOR MOTION FOR AUTHORITY TO USE CASH COLLATERAL**

**INDEX OF EXHIBITS**

| Exhibit | Title | Page No. |
|---|---|---|
| R | Assignment and Transfer of Assets from United Farm, LLC to Capital Farms, Inc. | 2 |

EXHIBIT - 1

# Exhibit R

## ASSIGNMENT AND TRANSFER OF ASSETS
## FROM UNITED FARM, LLC TO CAPITAL FARMS, INC.

ASSIGNOR: United Farm LLC

ASSIGNEE: Capital Farms, Inc.

### RECITALS

A. WHEREAS, Capital Farms, Inc., Debtor and Debtor in Possession ("Debtor"), has filed a Chapter 12 bankruptcy case in the Eastern District of California, (Case No. 25-10074) (the "Bankruptcy Case").

B. WHEREAS United Farm LLC and Debtor are both part of a unified farming operation, with Rabo Agrifinance LLC as a primary lender to both entities, and many other lenders having made loans jointly to both entities.

C. WHEREAS Debtor has agreed with lenders holding security interests in all assets of United Farm LLC to receive a transfer of all assets of United Farm LLC pursuant to a stipulation filed in the Bankruptcy Case on February 12, 2025 (the "Stipulation"). (Dkt. No. 77.)

D. WHEREAS Sukhwant Gill is currently the manager of United Farm LLC and has authority to sign this document on behalf of United Farm LLC, and Sukhwant Gill is currently the president of Debtor, and has authority to sign this document on behalf of Debtor.

### AGREEMENT

NOW THEREFORE, United Farm LLC and Debtor hereby agree as follows:

1. As required by the Stipulation, all physical assets of United Farm LLC are hereby assigned, transferred, and delivered to Debtor to administer.

2. As required by the Stipulation, United Farm LLC hereby irrevocably instructs all Crop Processors holding crops in the name of United Farm LLC to deliver all such crop proceeds to Debtor and/or wire such funds to Debtor's CBB Account, and to have the Crop Processors hold such crops and undisbursed crop proceeds in the name of Debtor.

3. As required by the Stipulation, United Farm LLC hereby delivers and assigns all crop proceeds and crop advances received to Debtor.

UNITED FARM LLC
By: _____
Sukwant Gill, its Manager

CAPITAL FARMS, INC.
By: _____
Sukhwant Gill, its President