FEAR WADDELL, P.C.
Peter L. Fear, No. 207238
pfear@fearlaw.com
Gabriel J. Waddell, No. 256289
gwaddell@fearlaw.com
Peter A. Sauer, No. 255957
psauer@fearlaw.com
7650 North Palm Avenue, Suite 101
Fresno, California 93711
(559) 436-6575
(559) 436-6580 (fax)

Attorneys for CAPITAL FARMS, INC.,
 Debtor in Possession

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA - FRESNO DIVISION

| | |
|---|---|
| In re:<br><br>CAPITAL FARMS, INC.,<br><br><br>Debtor and Debtor-in-Possession. | Case No. 25-10074-A-12<br><br>Chapter 12<br><br>D.C. No. FW-2<br><br>Date: February 12, 2025<br>Time: 9:30 a.m.<br>Place: Dept. A, Courtroom 11, 5th Floor<br> United States Courthouse<br> 2500 Tulare St., Fresno, California<br>Judge: Hon. Jennifer E. Niemann |

**MARCH 12, 2025, WEEKLY REPORT PURSUANT TO ORDER GRANTING MOTION FOR AUTHORITY TO USE CASH COLLATERAL**

**INDEX OF EXHIBITS**

| Title | No. pages |
|---|---|
| Budget Variance Report | 2 |
| CBB Acct ending in 3506 Transaction List | 3 |

Filed 03/13/25     Case 25-10074     Doc 112

# Capital Farms Inc
## Profit and Loss
### 3 Week Budget Variance

| | Budget<br>Mar-06-Mar-12 | Actual<br>Mar-06-Mar-12 | Budget<br>Mar14-Mar20 | Budget<br>Mar21-Mar-26 | Total<br>Budget | Total<br>Actual | Variance<br>As of March 12 |
|---|---:|---:|---:|---:|---:|---:|---:|
| **Income** | | | | | | | |
| Crop - Almonds - Bapu Farm | | 42,293.25 | 0.00 | | 0.00 | 42,293.25 | **42,293.25** |
| Crop - Almonds - Duche Nut | 350,000.00 | 0.00 | | | | 0.00 | **-350,000.00** |
| Crop - Almonds - Vann Brothers | | 0.00 | | | | 0.00 | **0.00** |
| Crop - Almonds - Ins Claim | 19,856.34 | 19,856.34 | | | 39,712.68 | 19,856.34 | **0.00** |
| Harvesting (outside) | | 0.00 | | | 0.00 | 0.00 | **0.00** |
| FSA Grants | | 0.00 | | | 0.00 | 0.00 | **0.00** |
| Management Fees | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | **0.00** |
| **Total Income** | $ 369,856.34 | $ 62,149.59 | $ 0.00 | $ 0.00 | $ 39,712.68 | 62,149.59 | **-307,706.75** |
| **Expenses** | | | | | | | |
| Advertising & Marketing | 0.00 | | 0.00 | 0.00 | 0.00 | 0.00 | **0.00** |
| Phone Bill | 550.00 | 996.57 | 0.00 | 0.00 | 550.00 | 996.57 | **446.57** |
| Bank Charges & Fees | 0.00 | | 0.00 | 0.00 | 0.00 | 0.00 | **0.00** |
| Bees - Brewer | 0.00 | | 0.00 | 0.00 | 0.00 | 0.00 | **0.00** |
| Bees - Senky | 0.00 | | 0.00 | 0.00 | 0.00 | 0.00 | **0.00** |
| Bees - Senky | 0.00 | | 0.00 | 0.00 | 0.00 | 0.00 | **0.00** |
| Bees - Brawley | 0.00 | | 0.00 | 0.00 | 0.00 | 0.00 | **0.00** |
| Bees - Jamison | 0.00 | | 0.00 | 0.00 | 0.00 | 0.00 | **0.00** |
| Bees - Natomas | 0.00 | | 0.00 | 0.00 | 0.00 | 0.00 | **0.00** |
| Car & Truck - Payment | 1,000.00 | 1,000.00 | 0.00 | 0.00 | 1,000.00 | 1,000.00 | **0.00** |
| Car & Truck - Fuel | 500.00 | 297.03 | 500.00 | 500.00 | 1,500.00 | 297.03 | **-202.97** |
| Chemicals/Fertilizer | 33,000.00 | 9,229.32 | 33,000.00 | 33,000.00 | 99,000.00 | 9,229.32 | **-23,770.68** |
| Contractors | 2,500.00 | 2,194.50 | 2,500.00 | 2,500.00 | 7,500.00 | 2,194.50 | **-305.50** |
| Crop Insurance | 2,006.35 | | 0.00 | | 2,006.35 | 0.00 | **-2,006.35** |
| DMV Fees | 0.00 | | 0.00 | 0.00 | 0.00 | 0.00 | **0.00** |
| Dues & subscriptions | 0.00 | | 0.00 | 0.00 | 0.00 | 0.00 | **0.00** |
| Diesel & Fuel (Fresno) | 2,500.00 | 3,707.10 | 0.00 | 2,500.00 | 5,000.00 | 3,707.10 | **1,207.10** |
| Harvesting | 0.00 | | 0.00 | 0.00 | 0.00 | 0.00 | **0.00** |
| Insurance | 0.00 | | 0.00 | 0.00 | 0.00 | 0.00 | **0.00** |
| Insurance - WC | 350.00 | | 350.00 | 350.00 | 1,050.00 | 0.00 | **-350.00** |
| Irrigation Supplies | | | 0.00 | 0.00 | 0.00 | 0.00 | **0.00** |
| Lease Payments - Brewer | 0.00 | | 0.00 | 0.00 | 0.00 | 0.00 | **0.00** |
| Lease Payments - Baseline Rd - 157 acres | 0.00 | | 0.00 | 0.00 | 0.00 | 0.00 | **0.00** |
| Lease - Sankey | 145,371.04 | | 0.00 | 0.00 | 145,371.04 | 0.00 | **-145,371.04** |
| Lease - Brawley | 0.00 | | 0.00 | 0.00 | 0.00 | 0.00 | **0.00** |
| Lease - Brawley (dev voan 2) | 0.00 | | 0.00 | | 0.00 | 0.00 | **0.00** |
| Lease - Brawley (dev loan 1) | 0.00 | | 0.00 | 0.00 | 0.00 | 0.00 | **0.00** |
| Lease - Jamison | 0.00 | | 0.00 | | 0.00 | 0.00 | **0.00** |
| Lease - Natomas | 0.00 | | 0.00 | | 0.00 | 0.00 | **0.00** |
| Leasehold Imp- Brewer (Rabo) | 0.00 | | 0.00 | 0.00 | 0.00 | 0.00 | **0.00** |
| Legal & Professional Services | 0.00 | | 0.00 | 0.00 | 0.00 | 0.00 | **0.00** |
| Office Supplies & Software | | | 0.00 | 0.00 | 0.00 | 0.00 | **0.00** |
| Parts & Supply | 500.00 | 1,437.99 | 500.00 | 500.00 | 1,500.00 | 1,437.99 | **937.99** |
| Payroll Expenses | 2,500.00 | 1,203.18 | 2,500.00 | 2,500.00 | 7,500.00 | 1,203.18 | **-1,296.82** |
| Payroll - Admin/Office | 5,000.00 | 4,092.36 | 0.00 | 0.00 | 5,000.00 | 4,092.36 | **-907.64** |
| Payroll - Harvesting | 0.00 | | 0.00 | 0.00 | 0.00 | 0.00 | **0.00** |
| Payroll Tax Expenses | 750.00 | 2,854.89 | 250.00 | 250.00 | 1,250.00 | 2,854.89 | **2,104.89** |

| | Budget Mar-06-Mar-12 | Actual Mar-06-Mar-12 | Budget Mar14-Mar20 | Budget Mar21-Mar-26 | Total Budget | Total Actual | Variance As of March 12 |
|---|---|---|---|---|---|---|---|
| Payroll Processing Fees | 100.00 | | 100.00 | 100.00 | 300.00 | 0.00 | -100.00 |
| PCA Fees | 3,150.00 | 3,062.50 | 0.00 | | 3,150.00 | 3,062.50 | -87.50 |
| Property Taxes - Baseline | 0.00 | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Property Taxes - Sankey | | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Property Taxes - Brewer | 0.00 | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Property Taxes - Natomas | | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Property Taxes - Natomas | 0.00 | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Property taxes - Brawley | | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Property taxes - Jamison | 0.00 | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Repairs & Maintenance | 1,000.00 | | 0.00 | 1,000.00 | 2,000.00 | 0.00 | -1,000.00 |
| Taxes & Licenses | 0.00 | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Utilities - Baseline | 0.00 | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Utilities - Baseline (Jackson rd) | 0.00 | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Utilities - Sankey | 0.00 | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Utilities - Brewer | 0.00 | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Utilities - Natomas | 0.00 | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Utilities - Brawley | 0.00 | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Utilities - Jamison | 0.00 | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Water Coalition Permit Fees | 2,419.60 | | 0.00 | 0.00 | 2,419.60 | 0.00 | -2,419.60 |
| Yard Rental -Brewer Rd | 300.00 | 300.00 | 0.00 | 300.00 | 600.00 | 300.00 | 0.00 |
| Tech Ag Payment | | | | 5,000.00 | 5,000.00 | 0.00 | 0.00 |
| Retainer for CRO | 10,000.00 | 10,000.00 | | | 10,000.00 | 10,000.00 | 0.00 |
| **Total Expenses** | **$213,496.99** | **$40,375.44** | **$39,700.00** | **$48,500.00** | **$301,696.99** | **$40,375.44** | **-$173,121.55** |
| | | | | | | | |
| **Net Revenue** | $ 156,359.35 | $ 21,774.15 | -$ 39,700.00 | -$ 48,500.00 | -$ 261,984.31 | $ 21,774.15 | -$ 134,585.20 |

Good Morning, Sukhwant Gill

*Week 3/6/25 thru 3/12/25*

# Capital Farms **3506

Last Updated: March 13, 2025 11:23 AM

**$71,353.28**　|　**$71,353.28**
Current Balance　|　Available Balance

**Account History**　　Details & Settings

**Start Date**

03/06/2025　　　to　　　**End Date**

03/12/2025

**Description**

**Transaction Type**

| | Min Amount | | | Max Amount | |
|---|---|---|---|---|---|
| | $ 0.00 | to | | $ 0.00 | |

| | Starting Check # | | | Ending Check # | |
|---|---|---|---|---|---|
| | | to | | | |

☐ Disputed Transactions

| Date | Description | Amount |
|---|---|---|
| MAR 12 2025 | 📄 Check Paid - 2542  *Jameson Ranch pmt* | ($7,493.75) |
| MAR 12 2025 | 📄 Deposit  *Bapu Farm Income* | $42,293.25 |
| MAR 11 2025 | CAPITAL ONE MOBILE PMT 42YNDFU917Z0XVC  *fuel* | ($242.23) |
| MAR 11 2025 | APPLECARD GSBANK PAYMENT 54406592  *Parts for Fresno Ranch* | ($824.47) |

| Date | Description | Amount |
|---|---|---|
| MAR 11 2025 | CAPITAL ONE MOBILE PMT 42YNDG2OQSGJ0QG *Parts/Supply* | ($956.88) |
| MAR 11 2025 | ATT Payment XXXXX1003EPAYX *Phone Bill* | ($996.57) |
| MAR 7 2025 | 📄 Check Paid - 30625 *Diesel for Fresno Ranch* | ($3,707.10) |
| MAR 7 2025 | EMPLOYMENT DEVEL EDD EFTPMT XXXXXX5520 *Payroll taxes* | ($915.17) |
| MAR 7 2025 | IRS USATAXPYMT 270546633775865 *Payroll taxes* | ($1,939.72) |
| MAR 7 2025 | Rabo AgriFinance WEB PMT 780521193 | ($6,569.95) |
| MAR 7 2025 | ALLSTAR CAPITAL LOAN PMT. 433310-ACG *Natomas Ranch Pmt* | ($19,500.00) |

**Page totals: Credits: [1] $42,293.25 | Debits: [10] ($43,145.84)**