3

FEAR WADDELL, P.C.
Peter L. Fear, No. 207238
pfear@fearlaw.com
Gabriel J. Waddell, No. 256289
gwaddell@fearlaw.com
Peter A. Sauer, No. 255957
psauer@fearlaw.com
7650 North Palm Avenue, Suite 101
Fresno, California 93711
(559) 436-6575
(559) 436-6580 (fax)

Attorneys for CAPITAL FARMS, INC.
  Debtor in Possession

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA - FRESNO DIVISION

| | |
|---|---|
| In re:<br><br>CAPITAL FARMS, INC.,<br><br><br><br>Debtor and Debtor-in-Possession. | Case No. 25-10074-A-12<br><br>Chapter 12<br><br>D.C. No. FW-2<br><br>Date: April 23, 2025<br>Time: 9:30 a.m.<br>Place: Dept. A, Courtroom 11, 5th Floor<br>       United States Courthouse<br>       2500 Tulare St., Fresno, California<br>Judge: Hon. Jennifer E. Niemann |

**ORDER GRANTING USE OF CASH COLLATERAL AND SETTING CONTINUED HEARING DATE**

A hearing on the Motion to Use Cash Collateral (the "Motion") by CAPITAL FARMS, INC., Debtor and Debtor in Possession herein ("Debtor") was held at the above-captioned dated, time, and place. Peter A. Sauer appeared for the Debtor in Possession. Fernando Almarez appeared for Secured Creditor Rabo Agrifinance LLC ("Rabo"). Paige Poupart appeared for Secured Creditor Tech Ag Financial Group, Inc. ("Tech Ag"). Lilian Tsang, Chapter 12 Trustee appeared. Other appearances were as noted on the record. The Court has

1    reviewed the Motion and its supporting documents, and all oppositions and replies with regard

2    to the Motion. In light of the foregoing, the Court finds good cause to authorize use of cash

3    collateral as detailed below.

4         NOW THEREFORE, it is hereby ORDERED,

5         1.      Debtor is authorized to use cash collateral in the amounts shown on Exhibit A

6    (the "Budget") for the time period of April 23, 2025 to June 11, 2025 (the "Interim Period"),

7    subject to a variance of no more than ten percent (10%). The budget shall not include payment

8    of any wages of insiders, other than the "Payroll Admin Office" shown on the budget. For any

9    lease payments owed by Debtor during the Interim Period, Debtor shall pay the lease payment

10    to the secured creditor of the lessor directly.

11        2.      All creditors with a security interest in the cash collateral being used are hereby

12    granted automatically-perfected replacement liens on, and security interests in, all of the

13    respective Debtors' tangible and intangible prepetition and postpetition property (retroactive as

14    of the petition date) with the same validity, priority, and extent that such creditors had in such

15    prepetition collateral as of the petition date, without the need to file or record financing

16    statements, notices of lien, or similar instruments or to take any other action in order to validate

17    and perfect these replacement liens and security interests.

18        3.      Debtor shall deposit any cash collateral it receives into its bank account at

19    Citizens Business Bank (ending in 3506) (the "CBB Account").

20        4.      As previously ordered, each Friday Debtor shall continue to file (1) a weekly

21    budget variance report for the weekly budget period ending the immediately preceding

22    Wednesday, and (2) a printout from the CBB Account showing all transactions into and out of

23    the account during the weekly budget period.

24

CASH COLLATERAL ORDER - 2

5.     A further hearing on use of cash collateral will be held on June 11, 2025, at 9:30 a.m. Debtor shall file and serve an updated budget with its motion to confirm chapter 12 plan no later than April 23, 2025. Any opposition to the use of cash collateral shall be filed and served not later than June 4, 2025.

Dated:_____

_____
United States Bankruptcy Judge

APPROVED AS TO FORM:

_____
Fernando Almarez, Attorney for
Rabo Agrifinance LLC

_____
Paige Poupart, Attorney for
Tech Ag Financial Group, Inc.

_____
Lilian G. Tsang, Chapter 12 Trustee

CASH COLLATERAL ORDER - 3

1       5.      A further hearing on use of cash collateral will be held on June 11, 2025, at 9:30

2   a.m. Debtor shall file and serve an updated budget with its motion to confirm chapter 12 plan

3   no later than April 23, 2025. Any opposition to the use of cash collateral shall be filed and

4   served not later than June 4, 2025.

5

6

7   Dated:  April 24 2025

8                                                    *Jennifer E. Niemann*
                                                     Honorable Jennifer E. Niemann
                                                     United States Bankruptcy Judge

9

10

11

12

    APPROVED AS TO FORM:

13

    _____
14   Fernando Almarez, Attorney for
       Rabo Agrifinance LLC
15

    _____
16   Michael J. Gomez, Attorney for
       Tech Ag Financial Group, Inc.
17

    _____
18   Lilian G. Tsang, Chapter 12 Trustee

19

20

21

22

23

24

CASH COLLATERAL ORDER - 3

# EXHIBIT

# A

1

1  FEAR WADDELL, P.C.
   Peter L. Fear, No. 207238
2  pfear@fearlaw.com
   Gabriel J. Waddell, No. 256289
3  gwaddell@fearlaw.com
   Peter A. Sauer, No. 255957
4  psauer@fearlaw.com
   7650 North Palm Avenue, Suite 101
5  Fresno, California 93711
   (559) 436-6575
6  (559) 436-6580 (fax)

7
   Attorneys for CAPITAL FARMS, INC.,
8    Debtor in Possession

9                  UNITED STATES BANKRUPTCY COURT

10        EASTERN DISTRICT OF CALIFORNIA - FRESNO DIVISION

11

12 In re:                          | Case No. 25-10074-A-12

13                                  | Chapter 12

14 CAPITAL FARMS, INC.,             | D.C. No. FW-2

15                                  | Date:  March 26, 2025
                                    | Time:  9:30 a.m.
16                                  | Place: Dept. A, Courtroom 11, 5th Floor
                                    |        United States Courthouse
17       Debtor and Debtor-in-Possession. |  2500 Tulare St., Fresno, California
                                    | Judge: Hon. Jennifer E. Niemann
18

19                  **UPDATED CASH COLLATERAL BUDGET**
                          **(APRIL 23 – JUNE 11)**

20

21

22

23

24

**Capital Farms Inc.**
**Profit and Loss**
**4 week budget**

| | Budget Apr-24-Apr-30 | Budget May-1-May-7 | Budget May-8-May-14 | Budget May-15-May-21 | Budget May-22-May-28 | Budget May-29-Jun-4 | Budget Jun-5-Jun-11 | Total Budget |
|---|---|---|---|---|---|---|---|---|
| **INCOME** | | | | | | | | |
| **Operating Income** | | | | | | | | |
| **Crop Sales 2025** | | | | | | | | |
| **Crop Sales 2024** | | | | | | | | |
| **Campos Brothers** | | | | | | | | |
| **Duche Nut** | | | | | | | | |
| **Vann Family** | | | | | | | | |
| **Bapu Farms** | | | | | | | | |
| *Crop Insurance* | | | | | | | | |
| *Brawley* | | | | | 142,500.00 | | | **142,500.00** |
| *Jameson* | | | | | | | | |
| *Brewer* | | | | | | | | |
| *Senky* | | | | | | | | |
| *Natomas* | | | | | | | | |
| *FSA Grant Payments* | | | | | 30,000.00 | | | **30,000.00** |
| *Custom Harvesting Work* | | | | | | | | |
| *Other/ Interest* | | | | | | | | |
| **Total Operating Income** | 0.00 | 0.00 | 0.00 | 0.00 | 172,500.00 | 0.00 | 0.00 | **172,500.00** |
| | | | | | | | | |
| **Estate Borrowing** | | | | | | | | |
| Processor Advance Loan | | | | | | | | |
| **Total Borrowing** | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | **0.00** |
| | | | | | | | | |
| **TOTAL INCOME** | **0.00** | **0.00** | **0.00** | **0.00** | **172,500.00** | **0.00** | **0.00** | **172,500.00** |
| | | | | | | | | |
| **EXPENSES** | | | | | | | | |
| **Operating Expenses** | | | | | | | | |
| **Administrative** | | | | | | | | |
| Accounting | | | 1,000.00 | | | | 1,000.00 | **2,000.00** |
| Advertising / Marketing | | | | | | | | |

| | Budget Apr-24-Apr-30 | Budget May-1-May-7 | Budget May-8-May-14 | Budget May-15-May-21 | Budget May-22-May-28 | Budget May-29-Jun-4 | Budget Jun-5-Jun-11 | Total Budget |
|---|---|---|---|---|---|---|---|---|
| Permits, Fees, Licenses | | | | | | | 500.00 | **500.00** |
| Dues & Subscriptions | | | | | | | | |
| Office Supplies & Software | | | | | | | | |
| DMV Fees | | | | | | | | |
| Bank Fees | 20.00 | | | | | 20.00 | | **40.00** |
| Non BK Professional Fees | | | | | | | | |
| Consulting Fees CRO | | | 5,000.00 | | | | 2,000.00 | **7,000.00** |
| Insurance Property Casualty | | | 4,500.00 | | | | 7,395.00 | **11,895.00** |
| Insurance Workers Comp | 924.00 | | 924.00 | | 924.00 | | 924.00 | **3,696.00** |
| Payroll Admin Office | 8,000.00 | | | | 8,000.00 | | 8,000.00 | **24,000.00** |
| Payroll Processing Fee | 400.00 | | | | 400.00 | | | **800.00** |
| Payroll Tax Expense | | 1,060.00 | | 1,060.00 | | 1,060.00 | | **3,180.00** |
| Security | | | | | | | | |
| Telephone | | | 550.00 | | | | 550.00 | **1,100.00** |
| Insurance Crop Premium 2024 CY | | | 2,006.35 | | | | 2,006.35 | **4,012.70** |
| Insurance Crop Premium 2025 CY | | | | | | | | |
| Lease / Loan Payments / Ad Pro Pay | | | | | | | | |
| Brewer | | | | | | | | |
| Brewer Improvements | | | | | | | | |
| Senky (Metlife) | | | | | | | | |
| Baseline | | | | | | | | |
| Brawley | | | | | | | | |
| Brawley Improvements 1 | | | | | | | | |
| Brawley Improvements 2 | | 7,500.00 | | | | | 7,500.00 | **15,000.00** |
| Jameson | | 7,493.75 | | | | | 7,493.75 | **14,987.50** |
| Natomas | | 19,500.00 | | | | | 19,500.00 | **39,000.00** |
| Tech Ag | 5,000.00 | 5,000.00 | | | | | 5,000.00 | **15,000.00** |
| Yard Rental | 300.00 | | | | 300.00 | | | |
| | | | | | | | | |
| Taxes | | | | | | | | |
| Property Taxes | | | | | | | | |
| Brewer | | | | | | | | |
| Senky | | | | | | | | |
| Baseline | | | | | | | | |
| Brawley | | | | | | | | |

| | Budget Apr-24-Apr-30 | Budget May-1-May-7 | Budget May-8-May-14 | Budget May-15-May-21 | Budget May-22-May-28 | Budget May-29-Jun-4 | Budget Jun-5-Jun-11 | Total Budget |
|---|---|---|---|---|---|---|---|---|
| Jameson | | | | | | | | |
| Natomas | | | | | | | | |
| **Total Administrative** | **14,644.00** | **40,553.75** | **13,980.35** | **1,060.00** | **9,624.00** | **1,080.00** | **61,869.10** | **142,811.20** |
| | | | | | | | | |
| *Farming* | | | | | | | | |
| PCA & Analysis, Tech Lab | | | | 3,062.50 | | | | **3,062.50** |
| General Farming | | | | | | | | |
| Contractor Labor | 2,875.00 | 2,875.00 | 2,875.00 | 2,875.00 | 2,875.00 | 2,875.00 | 2,875.00 | **20,125.00** |
| Labor - General | 3,300.00 | 3,300.00 | 3,300.00 | 3,300.00 | 3,300.00 | 3,300.00 | 3,300.00 | **23,100.00** |
| Tree Removal/Replant | | | | | | | | |
| Farm Equipment | 37,555.98 | | | 12,009.57 | | | | **49,565.55** |
| Car & Truck | | | 2,300.00 | | | | | **2,300.00** |
| Parts & Supplies | | | 375.00 | | | | 375.00 | **750.00** |
| Machine Hire | | | | | | | | |
| Diesel & Fuel | | | 5,500.00 | | | | 4,000.00 | **9,500.00** |
| General Repairs & Maint | 500.00 | 500.00 | 500.00 | 500.00 | 500.00 | 500.00 | 500.00 | **3,500.00** |
| Irrigation Repairs | | | | | | | | |
| Irrigation Parts / Materials | | | 20,000.00 | | | | | **20,000.00** |
| Supplies | | | | | | | | |
| Pollination | | | | | | | | |
| Irrigation | | | | | | | | |
| Irrigation Labor | | | | | | | | |
| Irrigation Utilities | | | | | | | | |
| Brewer | | | | 5,000.00 | | | 8,000.00 | **13,000.00** |
| Senky | | | | 4,000.00 | | | 4,500.00 | **8,500.00** |
| Baseline Jackson Rd. | | | | 3,500.00 | | | 4,000.00 | **7,500.00** |
| Brawley | | | | 6,500.00 | | | 9,000.00 | **15,500.00** |
| Jameson | | | | 5,500.00 | | | 7,000.00 | **12,500.00** |
| Natomas | | | | 3,000.00 | | | 4,000.00 | **7,000.00** |
| Water Coalition Permit Fees | | | | | | | 2,000.00 | **2,000.00** |
| District Surface Water Purchases | | | | | | | 8,000.00 | **8,000.00** |
| Irrigation Transportation / Fuel | | | | | 200.00 | | | **200.00** |
| Fertilizers & Applications | | | | | | | | |
| Fertilizer Material | | | | | | | | |
| Brewer | | | 6,300.00 | | | | 12,600.00 | **18,900.00** |

| | Budget Apr-24-Apr-30 | Budget May-1-May-7 | Budget May-8-May-14 | Budget May-15-May-21 | Budget May-22-May-28 | Budget May-29-Jun-4 | Budget Jun-5-Jun-11 | Total Budget |
|---|---|---|---|---|---|---|---|---|
| Senky | | | 4,760.00 | | | | 9,520.00 | **14,280.00** |
| Baseline | | | 3,140.00 | | | | 6,280.00 | **9,420.00** |
| Brawley | | | 5,540.00 | | | | 11,080.00 | **16,620.00** |
| Jameson | | | 3,040.00 | | | | 6,080.00 | **9,120.00** |
| Natomas | | | 3,160.00 | | | | 6,320.00 | **9,480.00** |
| Herbicides, Weed Control & Applications | | | | | | | | |
| Herbicide Application | | | | | | | | |
| Brewer | | | | | | | | |
| Senky | | | | | | | | |
| Baseline | | | | | | | | |
| Brawley | | | | | | | | |
| Jameson | | | | | | | | |
| Natomas | | | | | | | | |
| Herbicide Material | | | | | | | | |
| Brewer | | | | | | | | |
| Senky | | | | | | | | |
| Baseline | | | | | | | | |
| Brawley | | | | | | | | |
| Jameson | | | | | | | | |
| Natomas | | | | | | | | |
| Hand Weeding | | | | | | | | |
| Fungicide & Applications | | | | | | | | |
| Fungicide Application | | | | | | | | |
| Brewer | | | | | | | | |
| Senky | | | | | | | | |
| Baseline | | | | | | | | |
| Brawley | | | | | | | | |
| Jameson | | | | | | | | |
| Natomas | | | | | | | | |
| Fungicide Material | | | | | | | | |
| Brewer | | | | | | | | |
| Senky | | | | | | | | |
| Baseline | | | | | | | | |
| Brawley | | | | | | | | |

| | Budget Apr-24-Apr-30 | Budget May-1-May-7 | Budget May-8-May-14 | Budget May-15-May-21 | Budget May-22-May-28 | Budget May-29-Jun-4 | Budget Jun-5-Jun-11 | Total Budget |
|---|---|---|---|---|---|---|---|---|
| Jameson | | | | | | | | |
| Natomas | | | | | | | | |
| Pesticides & Applications | | | | | | | | |
| Pesticides Application | | | | | | | | |
| Brewer | | | | | | | | |
| Senky | | | | | | | | |
| Baseline | | | | | | | | |
| Brawley | | | | | | | | |
| Jameson | | | | | | | | |
| Natomas | | | | | | | | |
| Pesticides Materials | | | | | | | | |
| Brewer | | | | 18,000.00 | | | | **18,000.00** |
| Senky | | | | 4,320.00 | | | | **4,320.00** |
| Baseline | | | | 9,000.00 | | | | **9,000.00** |
| Brawley | | | | 16,800.00 | | | | **16,800.00** |
| Jameson | | | | 9,000.00 | | | | **9,000.00** |
| Natomas | | | | 2,790.00 | | | | **2,790.00** |
| Rodent Control | | | | | | | | |
| Winter Sanitation & Equipment | | | | | | | | |
| Brewer | | | | | | | | |
| Senky | | | | | | | | |
| Baseline | | | | | | | | |
| Brawley | | | | | | | | |
| Jameson | | | | | | | | |
| Natomas | | | | | | | | |
| Cultivation Services / mowing | | | | | | | | |
| Other Costs | | | | | | | | |
| **Total Farming** | **44,230.98** | **18,684.57** | **60,790.00** | **109,157.07** | **6,875.00** | **6,675.00** | **109,430.00** | **355,842.62** |
| | | | | | | | | |
| **Harvest** | | | | | | | | |
| Harvest | | | | | | | | |
| Harvest Payroll Expense | | | | | | | | |
| Harvest Payroll Tax Exp | | | | | | | | |
| Harvest Labor | | | | | | | | |
| Harvest Equipment | | | | | | | | |

| | Budget Apr-24-Apr-30 | Budget May-1-May-7 | Budget May-8-May-14 | Budget May-15-May-21 | Budget May-22-May-28 | Budget May-29-Jun-4 | Budget Jun-5-Jun-11 | Total Budget |
|---|---|---|---|---|---|---|---|---|
| Harvest Shake & Sweep outsource | | | | | | | | |
| Harvest Hauling | | | | | | | | |
| Brewer | | | | | | | | |
| Senky | | | | | | | | |
| Baseline | | | | | | | | |
| Brawley | | | | | | | | |
| Jameson | | | | | | | | |
| Natomas | | | | | | | | |
| Harvest Hulling | | | | | | | | |
| Brewer | | | | | | | | |
| Senky | | | | | | | | |
| Baseline | | | | | | | | |
| Brawley | | | | | | | | |
| Jameson | | | | | | | | |
| Natomas | | | | | | | | |
| **Total Harvest** | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | **0.00** |
| **TOTAL EXPENSE** | 58,874.98 | 59,238.32 | 74,770.35 | 110,217.07 | 16,499.00 | 7,755.00 | 171,299.10 | 498,653.82 |
| **WEEKLY NET INCOME (LOSS)** | -58,874.98 | -59,238.32 | -74,770.35 | -110,217.07 | 156,001.00 | -7,755.00 | -171,299.10 | -326,153.82 |