**UNITED STATES BANKRUPTCY COURT**

**EASTERN DISTRICT OF CALIFORNIA**

```
In re                           ) Case No. 25-10074 - A - 12
Capital Farms, Inc,             ) Docket Control No. FW-12
            Debtor.             ) Document No. 162
                                ) Date: 05/28/2025
                                ) Time: 9:30 AM
_____ ) Dept: A
```

**Order**

For the reasons stated on the record,

IT IS ORDERED that the motion to confirm chapter 12 plan is CONTINUED to August 6, 2025, at 9:30 a.m. in Department A, Courtroom 11, Fifth Floor, U.S. Courthouse, 2500 Tulare Street, Fresno, California. All parties consented to extend the deadline to confirm chapter 12 plan to August 6, 2025.

IT IS FURTHER ORDERED that opposition to confirmation of the plan shall be filed and served not later than July 23, 2025.

IT IS FURTHER ORDERED that any response to confirmation of the plan or a proposed order confirming a consensual plan shall be filed and served not later than July 30, 2025.

Dated: May 28 2025

Honorable Jennifer E. Niemann
United States Bankruptcy Judge

[162] - Motion/Application to Confirm Chapter 12 Plan [FW-12] Filed by Debtor Capital Farms, Inc (jbrm)

# Instructions to Clerk of Court
## Service List – Not Part of Order/Judgment

The Clerk of Court is instructed to send the Order/Judgment or other court generated document transmitted herewith to the parties below. The Clerk of Court will send the Order via the BNC.

| | | |
|---|---|---|
| Capital Farms, Inc<br>15555 S Brawley Ave<br>Caruthers CA 93609 | Lilian G. Tsang<br>P.O. Box 3051<br>Modesto CA 95353-3051 | Office of the U.S. Trustee<br>United States Courthouse<br>2500 Tulare Street, Room 1401<br>Fresno CA 93721 |
| Dirk Paloutzian<br>5260 N. Palm Ave.<br>Suite 201<br>Fresno<br>Fresno CA 93704 | Hagop T. Bedoyan<br>7647 N. Fresno Street<br>Fresno CA 93720 | Michael J. Gomez<br>1000 Wilshire Boulevard, 19th Floor<br>Los Angeles CA 90017 |
| Peter A. Sauer<br>7650 North Palm Avenue, Suite 101<br>Fresno CA 93711 | Thomas G. Mouzes<br>555 Capitol Mall Suite 1500<br>Sacramento CA 95814 | Hagop T Bedoyan<br>7647 N Fresno St.<br>Fresno CA 93720-2578 |