Fear Waddell, PC
Peter L. Fear, No. 207238
pfear@fearlaw.com
Gabriel J. Waddell, No. 256289
gwaddell@fearlaw.com
Peter A. Sauer, No. 255957
psauer@fearlaw.com
7650 North Palm Avenue, Suite 101
Fresno, California 93711
(559) 436-6575
(559) 436-6580 (fax)

Attorney for CAPITAL FARMS, INC.,
 Debtors

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA - FRESNO DIVISION

| | |
|---|---|
| In re:<br><br>CAPITAL FARMS, INC.<br><br>　　　　　Debtor. | Case No. 25-10074-A-12<br><br>Chapter 12<br><br>D.C. No. CAE-1<br><br>Status Conference<br>Date:　June 25, 2025<br>Time:　9:30 a.m.<br>Place:　Dept. B, Courtroom 11, 5th Floor<br>　　　　United States Courthouse<br>　　　　2500 Tulare St., Fresno, California<br>Judge: Hon. Jennifer E. Niemann |

**DEBTOR'S STATUS REPORT**

DEBTOR CAPITAL FARMS, INC., (hereinafter "Debtor"), hereby submits the following Status Report.

1.　　At the last status conference, the Court continued the status conference to the above date and time to monitor the Debtor's progress in filing current monthly operating reports.

2.  Debtor is still working with Mr. Sackett (the Chief Restructuring Officer) to get those reports current and hopes to be current by the time of the hearing.

Date: June 18, 2025　　　　　　　　　　FEAR WADDELL, P.C.

　　　　　　　　　　　　　　　　　　By: /s/ Peter L. Fear
　　　　　　　　　　　　　　　　　　　　PETER L. FEAR