2

FEAR WADDELL, P.C.
Peter L. Fear, No. 207238
pfear@fearlaw.com
Gabriel J. Waddell, No. 256289
gwaddell@fearlaw.com
Peter A. Sauer, No. 255957
psauer@fearlaw.com
7650 North Palm Avenue, Suite 101
Fresno, California 93711
(559) 436-6575
(559) 436-6580 (fax)

Counsel for CAPITAL FARMS, INC.,
　Debtor in Possession

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA - FRESNO DIVISION

| | |
|---|---|
| In re:<br><br>CAPITAL FARMS, INC.,<br><br>　　　Debtor and Debtor-in-Possession. | Case No. 25-10074-A-12<br><br>Chapter 12<br><br>D.C. No. FW-2<br><br>Date:　August 6, 2025<br>Time:　9:30 a.m.<br>Place:　Dept. A, Courtroom 11, 5th Floor<br>　　　United States Courthouse<br>　　　2500 Tulare St., Fresno, California<br>Judge:　Hon. Jennifer E. Niemann |

**ORDER GRANTING MOTION FOR AUTHORITY TO USE CASH COLLATERAL TO PURCHASE EQUIPMENT NECESSARY TO CONTINUE DEBTOR'S FARMING OPERATIONS**

CAPITAL FARMS, INC., Debtor and Debtor in Possession herein ("Debtor"), moved for an order authorizing Debtor to use cash collateral to purchase a Weiss McNair Model 9800 Harvester from Dale McFaddin for $32,000 cash, plus tax at 2.88%. This motion was made pursuant to 11 U.S.C. 363(c) and Fed. R. Bankr. P. 4001(b), and was supported by the Declaration of Shawn Gill and set for hearing on the above date and at the above time and place. Opposition could be presented at the hearing.

Peter A. Sauer appeared for the Debtor, and other appearances were as noted on the record. No opposition was made to the Motion. For the reasons set forth in the civil minutes, and for good cause appearing,

IT IS HEREBY ORDERED, DECREED, and ADJUDGED that:

A.　Debtor is authorized to purchase a Weiss McNair Model 9800 harvester from Dale McFaddin for $32,000, plus tax at 2.88% ($921.60);

B.　Debtor is authorized to use cash collateral for this purchase.

C.　Debtor shall grant a replacement lien on the Weiss McNair Model 9800 Harvester as adequate protection to any creditor secured by Debtor's cash collateral, in addition to incoming cash collateral to the extent cash collateral is actually used.

Dated: August 07 2025

*Jennifer E. Niemann*
Honorable Jennifer E. Niemann
United States Bankruptcy Judge