FEAR WADDELL, P.C.
Peter L. Fear, No. 207238
pfear@fearlaw.com
Gabriel J. Waddell, No. 256289
gwaddell@fearlaw.com
Peter A. Sauer, No. 255957
psauer@fearlaw.com
7650 North Palm Avenue, Suite 101
Fresno, California 93711
(559) 436-6575
(559) 436-6580 (fax)

Attorneys for CAPITAL FARMS, INC.,
 Debtor in Possession

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA - FRESNO DIVISION

| | |
|---|---|
| In re:<br><br>CAPITAL FARMS, INC.,<br><br>    Debtor and Debtor-in-Possession. | Case No. 25-10074-A-12<br><br>Chapter 12<br><br>D.C. No. FW-2<br><br>Date: August 27, 2025<br>Time: 9:30 a.m.<br>Place: Dept. A, Courtroom 11, 5th Floor<br>       United States Courthouse<br>       2500 Tulare St., Fresno, California<br>Judge: Hon. Jennifer E. Niemann |

**UPDATED CASH COLLATERAL BUDGET**
**(SEPTEMBER 4 – NOVEMBER 26)**

**Capital Farms Inc.**
**Cash Collateral Weekly Budget September 4, 2025 through November 26, 2025**

| | Budget Sep04-Sep10 | Budget Sep11-Sep17 | Budget Sep18-Sep24 | Budget Sep25-Oct01 | Budget Oct02-Oct08 | Budget Oct09-Oct15 | Budget Oct16-Oct22 | Budget Oct23-Oct29 | Budget Oct30-Nov5 | Budget Nov06-Nov12 | Budget Nov13-Nov19 | Budget Nov20-Nov26 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **OPERATING INCOME** | | | | | | | | | | | | |
| Crop Sales and Crop Insurance | | | | 65,000.00 | | | | | | | | |
| *FSA Grant Payments* | 498,015.70 | | | | | | | | | | | |
| *Custom Harvesting Work* | | | | | | | | | | | | |
| *Other/ Interest* | | | | | | | | | | | | |
| Processor Advance | | | | 375,000.00 | | | | 500,000.00 | | | | |
| **Total Gross Income** | 498,015.70 | 0.00 | 0.00 | 440,000.00 | 0.00 | 0.00 | 0.00 | 500,000.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **Cost of Goods Farming** | | | | | | | | | | | | |
| Farm Management | | | | | | | | | | | | |
| PCA & Analysis, Tech Lab | | | | 3,062.50 | | | | | | | | |
| Contractor Labor (Fresno) | 16,566.67 | 16,566.67 | 16,566.67 | 16,566.67 | 14,145.16 | 14,145.16 | 4,145.16 | 4,145.16 | 2,612.90 | 2,000.00 | 2,000.00 | 2,000.00 |
| Labor - General (Sacramento Valley) | 14,424.67 | 14,424.67 | 14,424.67 | 14,424.67 | 9,850.65 | 9,850.65 | 1,850.65 | 1,850.65 | 1,671.61 | 1,250.00 | 1,250.00 | 1,250.00 |
| Tree Removal/Replant | | | | | | | | | | | | |
| Farm Equipment Payments | | | | | | | | | | | | |
| Car & Truck Payments | | 2,799.00 | | | | 2,799.00 | | | | | 2,799.00 | |
| Parts & Supplies (In-House Repairs) | 2,000.00 | 2,000.00 | 2,000.00 | 2,000.00 | 1,000.00 | 1,000.00 | 1,000.00 | 1,000.00 | 1,000.00 | 1,000.00 | 1,000.00 | 1,000.00 |
| Machine Hire | | 1,100.00 | | | | 1,100.00 | | | | | | |
| Diesel & Fuel | 3,750.00 | 3,750.00 | 3,750.00 | 3,750.00 | 1,500.00 | 1,500.00 | 1,500.00 | 1,500.00 | 1,500.00 | 1,000.00 | 1,000.00 | 1,000.00 |
| Repairs & Maint (Outsourced Repairs) | 1,250.00 | 1,250.00 | 1,250.00 | 1,250.00 | 1,000.00 | 1,000.00 | 1,000.00 | 1,000.00 | 250.00 | 250.00 | 250.00 | 250.00 |
| Farm Maintenance Building | | | | | | | | | | | | |
| Road Maintenance | | | | | | | | | | | | |
| Irrigation Repairs (Well, Outsourced etc.) | | | | | | | | | | | | |
| Irrigation Parts / Materials | 1,875.00 | 1,875.00 | 1,875.00 | 1,875.00 | 250.00 | 250.00 | 250.00 | 250.00 | | | | |
| Irrigation Utilities | 12,500.00 | 12,500.00 | 12,500.00 | 12,500.00 | 6,900.00 | 6,900.00 | 6,900.00 | 6,900.00 | 3,000.00 | 3,000.00 | 3,000.00 | 3,000.00 |
| Irrigation District Fees | | | | | | | | | | | | |
| Water Coalition Permit Fees | | | | | *2,000.00* | | | | | | | |
| District Surface Water Purchases | | | | | | | | | | | | |
| Pollination | | | | | | | | | | | | |
| Fertilizer & Applications | | | | | | | | 62,256.00 | | | | |
|    Fertilizer Granular Application | | | | | | | | | | | | |
|    Fertilizer Material | | | | | | | | | | | | |
| Soil Amend & Applications | | | | | | | | | | | | |
| Herbicide Material & Applications | | | | | | | | | | | | |
| Hand Weeding | | | | | | | | | | | | |
| Fungicide Material & Applications | | | | | | | | | | | | |
| Pesticide Material & Applications | | | | | | | | | | | | |
| Pest Control Services | | | | | | | | | | | | |
| Ant Control | | | | | | | | | | | | |
| Rodent Control | | | | | | | | | | | | |
| Winter Sanitation | | | | | | | | | | | | |
| Cultivation Services / mowing | | | | | | | | | | | | |

| | Budget Sep04-Sep10 | Budget Sep11-Sep17 | Budget Sep18-Sep24 | Budget Sep25-Oct01 | Budget Oct02-Oct08 | Budget Oct09-Oct15 | Budget Oct16-Oct22 | Budget Oct23-Oct29 | Budget Oct30-Nov5 | Budget Nov06-Nov12 | Budget Nov13-Nov19 | Budget Nov20-Nov26 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Other Costs | | | | | | | | | | | | |
| **Total Farming** | **52,366.33** | **56,265.33** | **52,366.33** | **55,428.83** | **34,645.81** | **40,544.81** | **16,645.81** | **78,901.81** | **10,034.52** | **8,500.00** | **11,299.00** | **8,500.00** |
| | | | | | | | | | | | | |
| **Harvest** | | | | | | | | | | | | |
|   Harvest | | | | | | | | | | | | |
|   Harvest Hauling | | | | 19,455.00 | | | | | 19,455.00 | | | |
|   Harvest Hulling | | | | 38,910.00 | | | | | 38,910.00 | | | |
| **Total Harvest** | **0.00** | **0.00** | **0.00** | **58,365.00** | **0.00** | **0.00** | **0.00** | **0.00** | **58,365.00** | **0.00** | **0.00** | **0.00** |
| **Total Cost of Goods** | **52,366.33** | **56,265.33** | **52,366.33** | **113,793.83** | **34,645.81** | **40,544.81** | **16,645.81** | **78,901.81** | **68,399.52** | **8,500.00** | **11,299.00** | **8,500.00** |
| | | | | | | | | | | | | |
| **GROSS PROFIT** | **445,649.37** | **-56,265.33** | **-52,366.33** | **326,206.17** | **-34,645.81** | **-40,544.81** | **-16,645.81** | **421,098.19** | **-68,399.52** | **-8,500.00** | **-11,299.00** | **-8,500.00** |
| | | | | | | | | | | | | |
| **Operating Expenses** | | | | | | | | | | | | |
| **Administrative** | | | | | | | | | | | | |
|   Accounting | | 1,000.00 | | | | 1,000.00 | | | | | 1,000.00 | |
|   Advertising / Marketing | | | | | | | | | | | | |
|   Permits, Fees, Licenses | | | | | | | | | | | | |
|   Dues & Subscriptions | | | | | | | | | | | | |
|   Office Supplies & Software | | | | | | | | | | | | |
|   DMV Fees | | | | | | | | | | | | |
|   Bank Fees | | | | | | | | | | | | |
|   Non BK Professional Fees | | | | | | | | | | | | |
|   Consulting Fees CRO | | 5,000.00 | | | | 5,000.00 | | | | | 5,000.00 | |
|   Insurance Property Casualty | | | 7,590.00 | | | | | 6,000.00 | | | | 5,250.00 |
|   Insurance Workers Comp | | 4,327.40 | | 4,327.40 | | 1,813.70 | | | 1,813.70 | | 350.00 | |
|   Payroll Admin Office | | 4,000.00 | | 4,000.00 | | 4,000.00 | | | 4,000.00 | | 4,000.00 | |
|   Payroll Processing Fee | | 400.00 | | | | 400.00 | | | | | 400.00 | |
|   Payroll Tax Expense | | 3,491.00 | | 3,491.00 | | 1,695.50 | | | 1,695.50 | | 650.00 | |
|   Security | | | | | | | | | | | | |
|   Telephone / Internet | | | | 550.00 | | | | | 550.00 | | | |
|   Insurance Crop | | | | | | | | | | | | |
|   *Lease / Loan / Protection Payments* | | | | | | | | | | | | |
|     Brewer | | | | | | | | | | | | |
|     Brewer Improvements | | | | | | | | | | | | |
|     Senky (MetLife) | 145,749.64 | | | | | | | | | | | |
|     Baseline (MetLife) | | | | | | | | | | | | |
|     Brawley | | | | | | | | | | | | |
|     Brawley Improvements 1 | | | | | | | | | | | | |
|     Brawley Improvements 2 | 7,500.00 | | | | | 7,500.00 | | | | | 7,500.00 | |
|     Jameson | 7,493.75 | | | | | 7,493.75 | | | | | 7,493.75 | |
|     Natomas | 19,500.00 | | | | | 19,500.00 | | | | | 19,500.00 | |
|     Jameson (Tech Ag) | | | | 5,000.00 | | | | | 5,000.00 | | | |
|   Yard Rental | | | | 300.00 | | | | | 300.00 | | | |
|   Taxes | | | | | | | | | | | | |
|   *Property Taxes* | | | | | | | | | | | | |
|     Brewer | | | | | | | | | | | | |
|     Senky | | | | | | | | | | | | |

| | Budget Sep04-Sep10 | Budget Sep11-Sep17 | Budget Sep18-Sep24 | Budget Sep25-Oct01 | Budget Oct02-Oct08 | Budget Oct09-Oct15 | Budget Oct16-Oct22 | Budget Oct23-Oct29 | Budget Oct30-Nov5 | Budget Nov06-Nov12 | Budget Nov13-Nov19 | Budget Nov20-Nov26 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Baseline | | | | | | | | | | | | |
| Brawley | | | | | | | | | | | | |
| Jameson | | | | | | | | | | | | |
| Natomas | | | | | | | | | | | | |
| **Total Expense** | 180,243.39 | 18,218.40 | 7,590.00 | 17,668.40 | 34,493.75 | 13,909.20 | 6,000.00 | 0.00 | 13,359.20 | 34,493.75 | 11,400.00 | 5,250.00 |
| **NET OPERATING INCOME** | 265,405.98 | -74,483.73 | -59,956.33 | 308,537.77 | -69,139.56 | -54,454.01 | -22,645.81 | 421,098.19 | -81,758.72 | -42,993.75 | -22,699.00 | -13,750.00 |
| **Ending Cash Balance** | 374,760.14 | 300,276.41 | 240,320.07 | 548,857.84 | 463,752.26 | 409,298.25 | 386,652.44 | 807,750.64 | 725,991.92 | 687,185.91 | 664,486.91 | 650,736.91 |