[2]
LILIAN G. TSANG, SBN 260460
CHAPTER 12 STANDING TRUSTEE
P.O. BOX 3051
MODESTO, CALIFORNIA 95353-3051
Tel: (209) 576-1954
Fax: (209) 576-7984
Email: info@edca12.com

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| In re:<br><br>CAPITAL FARMS, INC.,<br><br>          Debtor and Debtor in Possession. | Case No.: 25-10074-A-12<br><br>CHAPTER 12<br><br>DC NO. FW-17<br><br>DECLARATION OF CHAPTER 12 TRUSTEE, LILIAN G. TSANG IN SUPPORT OF TRUSTEE'S OBJECTION TO CONFIRMATION OF CHAPTER 12 PLAN DATED JULY 29, 2025<br><br>DATE: September 4, 2025<br>TIME: 10:30 a.m.<br>PLACE: U.S. Bankruptcy Court<br>       2500 Tulare St., 5th Floor<br>       Courtroom 11, Dept. A<br>       Fresno, California<br>JUDGE: Hon. Jennifer E. Niemann |

I, Lilian G. Tsang, Chapter 12 standing Trustee, if I am called as a witness in this matter, I would testify from personal knowledge to the following:

      1.     I am the appointed Chapter 12 Trustee in this case.

      2.     I presided over the initial Section 341 Meeting of Creditors on February 14, 2025 in this case. I have reviewed my contemporaneous notes made during this meeting and listened to the digital audio recording of this meeting.

      3.     Mr. Suhkwant ("Shawn") Gill was sworn in as the Responsible Individual for Capital Farms, Inc. ("Debtor") and Mr. Gill was also the President of the Debtor, who is familiar with the operations and financials of the Debtor.

4. Mr. Gill testified that he was familiar with, reviewed, and signed Debtor's schedules and forms, including the Statement of Financial Affairs, filed as docket no. 69 on February 6, 2025. Specifically, Mr. Gill confirmed the accuracy and completeness of the numerous payments and transfers listed at questions 4 and 13 and attachment to SFA13 of the Statement of Financial Affairs form. (Dkt. 69.)

5. I questioned Mr. Gill as to the purpose of the payments and transfers listed at question 4 of the SOFA, and he indicated that those were repayments to loans extended to Debtor for operational purposes. Mr. Gill testified that Debtor repaid the Gill family members towards payment of their credit card bills.

6. I questioned Mr. Gill as to the purpose of the payments and transfers listed at question 13 of the SOFA, and he testified that those were "inter-company transfers."

7. Mr. Gill explained that other Gill family members, including Gurmej Gill, owned the companies listed at question 13: Sutter Enterprises, LLC, Sutter Land, LLC and United Farm, LLC.

I declare under penalty of perjury that the foregoing is true and correct and that I executed this declaration on August 21, 2025, in San Jose, California.

/s/ Lilian G. Tsang
Lilian G. Tsang