FEAR WADDELL, P.C.
Peter L. Fear, No. 207238
pfear@fearlaw.com
Gabriel J. Waddell, No. 256289
gwaddell@fearlaw.com
Peter A. Sauer, No. 255957
psauer@fearlaw.com
7650 North Palm Avenue, Suite 101
Fresno, California 93711
(559) 436-6575
(559) 436-6580 (fax)

Attorneys for CAPITAL FARMS, INC.,
 Debtor in Possession

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA - FRESNO DIVISION

| | |
|---|---|
| In re:<br><br>CAPITAL FARMS, INC.,<br><br>Debtor and Debtor-in-Possession. | Case No. 25-10074-A-12<br><br>Chapter 12<br><br>D.C. No. FW-2<br><br>Date: November 12, 2025<br>Time: 9:30 a.m.<br>Place: Dept. A, Courtroom 11, 5th Floor<br>      United States Courthouse<br>      2500 Tulare St., Fresno, California<br>Judge: Hon. Jennifer E. Niemann |

**UPDATED CASH COLLATERAL BUDGET**
**(NOVEMBER 27, 2025 – FEBRUARY 25, 2026)**

**Capital Farms Inc.**
**Cash Collateral Weekly Budget November 27, 2025 through February 25, 2026**

| | Budget Nov27-Dec03 | Budget Dec04-Dec10 | Budget Dec11-Dec17 | Budget Dec18-Dec24 | Budget Dec25-Dec31 | Budget Jan01-Jan07 | Budget Jan08-Jan14 | Budget Jan15-Jan21 | Budget Jan22-Jan28 | Budget Jan29-Feb04 | Budget Feb05-Feb11 | Budget Feb12-Feb18 | Budget Feb19-Feb25 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **OPERATING INCOME** | | | | | | | | | | | | | |
| Crop Sales and Crop Insurance | | | | | | | | 2,115,772.06 | | | | | |
| *FSA Grant Payments* | | | 160,000.00 | | | | | | | | | | |
| *Custom Harvesting Work* | | | 184,500.00 | | | | | | | | | | |
| *Other/ Interest* | | | | | | | | | | | | | |
| Processor Advance | 450,000.00 | | | | | | | | | | | | |
| **Total Gross Income** | 450,000.00 | 0.00 | 344,500.00 | 0.00 | 0.00 | 0.00 | 0.00 | 2,115,772.06 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **Cost of Goods Farming** | | | | | | | | | | | | | |
| Farm Management | | | | | | | | | | | | | |
| PCA & Analysis, Tech Lab | | | | | | 7,200.00 | | | | | | | |
| Contractor Labor (Fresno) | 2,000.00 | 2,900.00 | 2,900.00 | 2,900.00 | 2,900.00 | 2,900.00 | 2,900.00 | 2,900.00 | 2,900.00 | 2,900.00 | 2,900.00 | 2,900.00 | 2,900.00 |
| Labor - General (Sacramento Valley) | 1,250.00 | 2,700.00 | 2,700.00 | 2,700.00 | 2,700.00 | 2,700.00 | 2,700.00 | 2,700.00 | 2,700.00 | 2,700.00 | 2,700.00 | 2,700.00 | 2,700.00 |
| Tree Removal/Replant | | | | | | | | | | | | | |
| Farm Equipment Payments | | | | | | | | 9,710.31 | | | | 43,908.59 | |
| Car & Truck Payments | | | 2,799.00 | | | | | 2,799.00 | | | | 2,799.00 | |
| Parts & Supplies (In-House Repairs) | 2,500.00 | 2,500.00 | 2,500.00 | 2,500.00 | 2,500.00 | 2,500.00 | 2,500.00 | 2,500.00 | 2,500.00 | 1,000.00 | 1,000.00 | 1,000.00 | 1,000.00 |
| Machine Hire | | | | | | | | | | | | | |
| Diesel & Fuel | 1,000.00 | 1,800.00 | 1,800.00 | 1,800.00 | 1,800.00 | 1,800.00 | 1,800.00 | 1,800.00 | 1,800.00 | 1,800.00 | 1,800.00 | 1,800.00 | 1,800.00 |
| Repairs & Maint (Outsourced Repairs) | 2,500.00 | 2,500.00 | 2,500.00 | 2,500.00 | 2,500.00 | 2,500.00 | 2,500.00 | 2,500.00 | 2,500.00 | 1,000.00 | 1,000.00 | 1,000.00 | 1,000.00 |
| Farm Maintenance Building | | | | | | | | | | | | | |
| Road Maintenance | | | | | | | | | | | | | |
| Irrigation Repairs (Well, Outsourced etc.) | | | | | | | | | | | | | |
| Irrigation Parts / Materials | | | | | | | | | | | | | |
| Irrigation Utilities | 3,000.00 | 7,000.00 | 7,000.00 | 7,000.00 | 7,000.00 | | | 1,000.00 | | | | 1,000.00 | |
| Irrigation District Fees | | | | | | | | | | | | | |
| Water Coalition Permit Fees | | | | | | | | | | | | | |
| District Surface Water Purchases | | | | | | | | | | | | | |
| Pollination | | | | | | | | | | 165,575.00 | | | |
| Fertilizer & Applications | | | | | | | | | | | | 28,850.00 | |
|   Fertilizer Granular Application | | | | | | | | | | | | | |
|   Fertilizer Material | | | | | | | | | | | | | |
| Soil Amend & Applications | | | | | | | | | | | | | |
| Herbicide Material & Applications | | | | | | | | | | | 28,840.00 | | |
| Hand Weeding | | | | | | | | | | | | | |
| Fungicide Material & Applications | | | | | | | | | | | | | |
| Pesticide Material & Applications | | | | | | | | | | | | | 95,020.00 |
| Pest Control Services | | | | | | | | | | | | | |
| Ant Control | | | | | | | | | | | | | |
| Rodent Control | | | | | | | | | | | | | |
| Winter Sanitation | | | | | | | | | | | | | |
| Cultivation Services / mowing | | | | | | | | | | | | | |
| Other Costs | | | | | | | | | | | | | |
| **Total Farming** | 12,250.00 | 19,400.00 | 22,199.00 | 19,400.00 | 19,400.00 | 19,600.00 | 12,400.00 | 25,909.31 | 12,400.00 | 174,975.00 | 38,240.00 | 85,957.59 | 104,420.00 |

| | Budget Nov27-Dec03 | Budget Dec04-Dec10 | Budget Dec11-Dec17 | Budget Dec18-Dec24 | Budget Dec25-Dec31 | Budget Jan01-Jan07 | Budget Jan08-Jan14 | Budget Jan15-Jan21 | Budget Jan22-Jan28 | Budget Jan29-Feb04 | Budget Feb05-Feb11 | Budget Feb12-Feb18 | Budget Feb19-Feb25 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Harvest** | | | | | | | | | | | | | |
|   Harvest | | | | | | | | | | | | | |
|   Harvest Hauling | | | | | | | | | | | | | |
|   Harvest Hulling | | | | | | | | | | | | | |
| **Total Harvest** | **0.00** | **0.00** | **0.00** | **0.00** | **0.00** | **0.00** | **0.00** | **0.00** | **0.00** | **0.00** | **0.00** | **0.00** | **0.00** |
| **Total Cost of Goods** | **12,250.00** | **19,400.00** | **22,199.00** | **19,400.00** | **19,400.00** | **19,600.00** | **12,400.00** | **25,909.31** | **12,400.00** | **174,975.00** | **38,240.00** | **85,957.59** | **104,420.00** |
| | | | | | | | | | | | | | |
| **GROSS PROFIT** | **437,750.00** | **-19,400.00** | **322,301.00** | **-19,400.00** | **-19,400.00** | **-19,600.00** | **-12,400.00** | **2,089,862.75** | **-12,400.00** | **-174,975.00** | **-38,240.00** | **-85,957.59** | **-104,420.00** |
| | | | | | | | | | | | | | |
| **Operating Expenses** | | | | | | | | | | | | | |
| **Administrative** | | | | | | | | | | | | | |
|   Accounting | | | 1,250.00 | | | | | 1,250.00 | | | | 1,250.00 | |
|   Advertising / Marketing | | | | | | | | | | | | | |
|   Permits, Fees, Licenses | | | | | | | | | | 120.00 | | | |
|   Dues & Subscriptions | | | | | | | | | | | | | |
|   Office Supplies & Software | | | | | | | | | | | | | |
|   DMV Fees | | | | | | | | | | | | | |
|   Bank Fees | | | | | 20.00 | | | | | 55.00 | | | 15.00 |
|   Non BK Professional Fees | | | | | | | | | | | | | |
|   Consulting Fees CRO | | 5,000.00 | | 45,000.00 | | | 2,500.00 | | | | 2,500.00 | | |
|   Legal Fees | | | | 85,000.00 | | | | | | | | | |
|   Insurance Property Casualty | | | 5,000.00 | | | | | 5,000.00 | | | | 5,000.00 | |
|   Insurance Workers Comp | | | | | 1,512.00 | | | | 1,512.00 | | | | 1,512.00 |
|   Payroll Admin Office | | | | | 8,000.00 | | | | 10,000.00 | | | | 10,000.00 |
|   Payroll Processing Fee | | | 400.00 | | | | | | 400.00 | | | 400.00 | |
|   Payroll Tax Expense | | | | | 1,300.00 | | | | 1,700.00 | | | | 1,700.00 |
|   Security | | | | | | | | | | | | | |
|   Telephone / Internet | | 550.00 | | | | 550.00 | | | | | | 550.00 | |
|   Insurance Crop | | | | | | | | | 29,941.00 | | | | 29,941.00 |
|   *Lease / Loan / Protection Payments* | | | | | | | | | | | | | |
|     Brewer | | | | | | | | | 132,335.23 | | | | |
|     Brewer Improvements | | | | | | | | | | 109,060.94 | | | |
|     Senky (MetLife) | | | 20,177.00 | | | | | | | | | | |
|     Baseline (MetLife) | | | 14,179.50 | | | 80,258.13 | | | | | | | |
|     Brawley | | | | | | 130,067.15 | | | | | | | |
|     Brawley Improvements 1 | | | | | | 11,311.74 | | | | | | | |
|     Brawley Improvements 2 | | 7,500.00 | | | | 7,500.00 | | | | | 7,500.00 | | |
|     Jameson | | | 7,493.75 | | | | | 7,493.75 | | | | 7,493.75 | |
|     Natomas | | 19,500.00 | | | | 19,500.00 | | | | | 19,500.00 | | |
|     Jameson (Tech Ag) | | | | | | | | | | | | | |
|   Yard Rental | | | | | 300.00 | | | | | 300.00 | | | 300.00 |
|   Taxes | | | | | | | | | | | | | |
|   *Property Taxes* | | | | | | | | | | | | | |
|     Brewer | | 11,560.67 | | | | | | | | | | | |
|     Senky | | 21,722.78 | | | | | | | | | | | |
|     Baseline | | 10,188.27 | | | | | | | | | | | |
|     Brawley | | 18,466.71 | | | | | | | | | | | |
|     Jameson | | 9,730.97 | | | | | | | | | | | |
|     Natomas | | 17,870.89 | | | | | | | | | | | |

| | Budget Nov27-Dec03 | Budget Dec04-Dec10 | Budget Dec11-Dec17 | Budget Dec18-Dec24 | Budget Dec25-Dec31 | Budget Jan01-Jan07 | Budget Jan08-Jan14 | Budget Jan15-Jan21 | Budget Jan22-Jan28 | Budget Jan29-Feb04 | Budget Feb05-Feb11 | Budget Feb12-Feb18 | Budget Feb19-Feb25 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Total Expense** | 0.00 | 122,090.29 | 48,500.25 | 130,000.00 | 11,132.00 | 249,187.02 | 9,993.75 | 36,591.00 | 145,847.23 | 136,235.94 | 10,543.75 | 36,591.00 | 13,527.00 |
| **NET OPERATING INCOME** | 437,750.00 | -141,490.29 | 273,800.75 | -149,400.00 | -30,532.00 | -268,787.02 | -22,393.75 | 2,053,271.75 | -158,247.23 | -311,210.94 | -48,783.75 | -122,548.59 | -117,947.00 |
| **Ending Cash Balance** | 352,700.62 | 211,210.33 | 485,011.08 | 335,611.08 | 305,079.08 | 36,292.06 | 13,898.31 | 2,067,170.06 | 1,908,922.83 | 1,597,711.89 | 1,548,928.14 | 1,426,379.55 | 1,308,432.55 |