**UNITED STATES BANKRUPTCY COURT**

**EASTERN DISTRICT OF CALIFORNIA**

```
In re                          ) Case No. 25-10074 - A - 12
Capital Farms, Inc,            ) Docket Control No. CAE-1
            Debtor.            ) Document No. 1
                               ) Date: 11/12/2025
                               ) Time: 9:30 AM
                               ) Dept: A
```

**Order**

For the reasons stated on the record and as set forth in the court's minutes, docket number 354,

IT IS ORDERED that the status conference is CONTINUED to February 4, 2026, at 9:30 a.m. in Department A, Courtroom 11, Fifth Floor, U.S. Courthouse, 2500 Tulare Street, Fresno, California.

Dated: November 12 2025

Honorable Jennifer E. Niemann
United States Bankruptcy Judge

Continued Status Conference Re: Chapter 12 Voluntary Petition - [1] - Chapter 12 Voluntary Petition Non-Individual filed. (Fee Paid $0.00) (Peter L. Fear) (eFilingID: 7442179)

# Instructions to Clerk of Court
## Service List – Not Part of Order/Judgment

The Clerk of Court is instructed to send the Order/Judgment or other court generated document transmitted herewith to the parties below. The Clerk of Court will send the Order via the BNC.

Fernando A. Almaraz
5260 N Palm Ave, Ste 201
Fresno CA 93704-2217

Capital Farms, Inc
15555 S Brawley Ave
Caruthers CA 93609

Lilian G. Tsang
P.O. Box 3051
Modesto CA 95353-3051

Office of the U.S. Trustee
United States Courthouse
2500 Tulare Street, Room 1401
Fresno CA 93721

Michael J. Gomez
1000 Wilshire Boulevard, 19th Floor
Los Angeles CA 90017

Peter L Fear
7650 N. Palm Ave.
Ste. 101
Fresno CA 93711