3

FEAR WADDELL, P.C.
Peter L. Fear, No. 207238
pfear@fearlaw.com
Gabriel J. Waddell, No. 256289
gwaddell@fearlaw.com
Peter A. Sauer, No. 255957
psauer@fearlaw.com
7650 North Palm Avenue, Suite 101
Fresno, California 93711
(559) 436-6575
(559) 436-6580 (fax)

Attorneys for CAPITAL FARMS, INC.
　Debtor in Possession

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA - FRESNO DIVISION

| | |
|---|---|
| In re:<br><br>CAPITAL FARMS, INC.,<br><br><br>Debtor and Debtor-in-Possession. | Case No. 25-10074-A-12<br><br>Chapter 12<br><br>D.C. No. FW-2<br><br>Date:　November 12, 2025<br>Time:　9:30 a.m.<br>Place:　Dept. A, Courtroom 11, 5th Floor<br>　　　　United States Courthouse<br>　　　　2500 Tulare St., Fresno, California<br>Judge:　Hon. Jennifer E. Niemann |

**ORDER GRANTING USE OF CASH COLLATERAL AND SETTING CONTINUED HEARING DATE**

　　A hearing on the Motion to Use Cash Collateral (the "Motion") by CAPITAL FARMS, INC., Debtor and Debtor in Possession herein ("Debtor") was held at the above-captioned dated, time, and place. Peter L. Fear appeared for the Debtor in Possession. Lilian Tsang, Chapter 12 Trustee appeared. Other appearances were as noted on the record. The Court has reviewed the Motion and its supporting documents, and all oppositions and replies with regard

to the Motion. In light of the foregoing, the Court finds good cause to authorize use of cash collateral as detailed below.

NOW THEREFORE, it is hereby ORDERED,

1. Debtor is authorized to use cash collateral in the amounts shown on Exhibit A (the "Budget") for the time period of November 27, 2025 to February 25, 2026 (the "Interim Period"), subject to a variance of no more than ten percent (10%). The budget shall not include payment of any wages of insiders, other than the "Payroll Admin Office" shown on the budget. For any lease payments owed by Debtor during the Interim Period, Debtor shall pay the lease payment to the secured creditor of the lessor directly.

2. All creditors with a security interest in the cash collateral being used are hereby granted automatically-perfected replacement liens on, and security interests in, all of the respective Debtors' tangible and intangible prepetition and postpetition property (retroactive as of the petition date) with the same validity, priority, and extent that such creditors had in such prepetition collateral as of the petition date, without the need to file or record financing statements, notices of lien, or similar instruments or to take any other action in order to validate and perfect these replacement liens and security interests.

3. Debtor shall deposit any cash collateral it receives into its bank account at Citizens Business Bank (ending in 3506) (the "CBB Account").

4. As previously ordered, each Friday Debtor shall continue to file (1) a weekly budget variance report for the weekly budget period ending the immediately preceding Wednesday, and (2) a printout from the CBB Account showing all transactions into and out of the account during the weekly budget period.

5. A further hearing on use of cash collateral will be held on February 25, 2026, at 9:30 a.m. If a Chapter 12 Plan has not been confirmed, Debtor shall file and serve an updated

budget no later than February 11, 2026. Any opposition to the use of cash collateral may be raised at the continued hearing.

Dated: November 17 2025

*/s/ Jennifer E. Niemann*
Honorable Jennifer E. Niemann
United States Bankruptcy Judge

APPROVED AS TO FORM:

_____
Lilian G. Tsang, Chapter 12 Trustee

CASH COLLATERAL ORDER - 3

# Exhibit A

**Capital Farms Inc.**
**Cash Collateral Weekly Budget November 27, 2025 through February 25, 2026**

| | Budget Nov27-Dec03 | Budget Dec04-Dec10 | Budget Dec11-Dec17 | Budget Dec18-Dec24 | Budget Dec25-Dec31 | Budget Jan01-Jan07 | Budget Jan08-Jan14 | Budget Jan15-Jan21 | Budget Jan22-Jan28 | Budget Jan29-Feb04 | Budget Feb05-Feb11 | Budget Feb12-Feb18 | Budget Feb19-Feb25 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **OPERATING INCOME** | | | | | | | | | | | | | |
| Crop Sales and Crop Insurance | | | | | | | | 2,115,772.06 | | | | | |
| *FSA Grant Payments* | | | 160,000.00 | | | | | | | | | | |
| *Custom Harvesting Work* | | | 184,500.00 | | | | | | | | | | |
| *Other/ Interest* | | | | | | | | | | | | | |
| Processor Advance | 450,000.00 | | | | | | | | | | | | |
| **Total Gross Income** | 450,000.00 | 0.00 | 344,500.00 | 0.00 | 0.00 | 0.00 | 0.00 | 2,115,772.06 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **Cost of Goods Farming** | | | | | | | | | | | | | |
| Farm Management | | | | | | | | | | | | | |
| PCA & Analysis, Tech Lab | | | | | | 7,200.00 | | | | | | | |
| Contractor Labor (Fresno) | 2,000.00 | 2,900.00 | 2,900.00 | 2,900.00 | 2,900.00 | 2,900.00 | 2,900.00 | 2,900.00 | 2,900.00 | 2,900.00 | 2,900.00 | 2,900.00 | 2,900.00 |
| Labor - General (Sacramento Valley) | 1,250.00 | 2,700.00 | 2,700.00 | 2,700.00 | 2,700.00 | 2,700.00 | 2,700.00 | 2,700.00 | 2,700.00 | 2,700.00 | 2,700.00 | 2,700.00 | 2,700.00 |
| Tree Removal/Replant | | | | | | | | | | | | | |
| Farm Equipment Payments | | | | | | | | 9,710.31 | | | | 43,908.59 | |
| Car & Truck Payments | | | 2,799.00 | | | | | 2,799.00 | | | | 2,799.00 | |
| Parts & Supplies (In-House Repairs) | 2,500.00 | 2,500.00 | 2,500.00 | 2,500.00 | 2,500.00 | 2,500.00 | 2,500.00 | 2,500.00 | 2,500.00 | 1,000.00 | 1,000.00 | 1,000.00 | 1,000.00 |
| Machine Hire | | | | | | | | | | | | | |
| Diesel & Fuel | 1,000.00 | 1,800.00 | 1,800.00 | 1,800.00 | 1,800.00 | 1,800.00 | 1,800.00 | 1,800.00 | 1,800.00 | 1,800.00 | 1,800.00 | 1,800.00 | 1,800.00 |
| Repairs & Maint (Outsourced Repairs) | 2,500.00 | 2,500.00 | 2,500.00 | 2,500.00 | 2,500.00 | 2,500.00 | 2,500.00 | 2,500.00 | 2,500.00 | 1,000.00 | 1,000.00 | 1,000.00 | 1,000.00 |
| Farm Maintenance Building | | | | | | | | | | | | | |
| Road Maintenance | | | | | | | | | | | | | |
| Irrigation Repairs (Well, Outsourced etc.) | | | | | | | | | | | | | |
| Irrigation Parts / Materials | | | | | | | | | | | | | |
| Irrigation Utilities | 3,000.00 | 7,000.00 | 7,000.00 | 7,000.00 | 7,000.00 | | | 1,000.00 | | | | 1,000.00 | |
| Irrigation District Fees | | | | | | | | | | | | | |
| Water Coalition Permit Fees | | | | | | | | | | | | | |
| District Surface Water Purchases | | | | | | | | | | | | | |
| Pollination | | | | | | | | | | 165,575.00 | | | |
| Fertilizer & Applications | | | | | | | | | | | | 28,850.00 | |
|   Fertilizer Granular Application | | | | | | | | | | | | | |
|   Fertilizer Material | | | | | | | | | | | | | |
| Soil Amend & Applications | | | | | | | | | | | | | |
| Herbicide Material & Applications | | | | | | | | | | | | 28,840.00 | |
| Hand Weeding | | | | | | | | | | | | | |
| Fungicide Material & Applications | | | | | | | | | | | | | |
| Pesticide Material & Applications | | | | | | | | | | | | | 95,020.00 |
| Pest Control Services | | | | | | | | | | | | | |
| Ant Control | | | | | | | | | | | | | |
| Rodent Control | | | | | | | | | | | | | |
| Winter Sanitation | | | | | | | | | | | | | |
| Cultivation Services / mowing | | | | | | | | | | | | | |
| Other Costs | | | | | | | | | | | | | |
| **Total Farming** | 12,250.00 | 19,400.00 | 22,199.00 | 19,400.00 | 19,400.00 | 19,600.00 | 12,400.00 | 25,909.31 | 12,400.00 | 174,975.00 | 38,240.00 | 85,957.59 | 104,420.00 |

|  | Budget Nov27-Dec03 | Budget Dec04-Dec10 | Budget Dec11-Dec17 | Budget Dec18-Dec24 | Budget Dec25-Dec31 | Budget Jan01-Jan07 | Budget Jan08-Jan14 | Budget Jan15-Jan21 | Budget Jan22-Jan28 | Budget Jan29-Feb04 | Budget Feb05-Feb11 | Budget Feb12-Feb18 | Budget Feb19-Feb25 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Harvest** | | | | | | | | | | | | | |
|   Harvest | | | | | | | | | | | | | |
|   Harvest Hauling | | | | | | | | | | | | | |
|   Harvest Hulling | | | | | | | | | | | | | |
| **Total Harvest** | **0.00** | **0.00** | **0.00** | **0.00** | **0.00** | **0.00** | **0.00** | **0.00** | **0.00** | **0.00** | **0.00** | **0.00** | **0.00** |
| **Total Cost of Goods** | **12,250.00** | **19,400.00** | **22,199.00** | **19,400.00** | **19,400.00** | **19,600.00** | **12,400.00** | **25,909.31** | **12,400.00** | **174,975.00** | **38,240.00** | **85,957.59** | **104,420.00** |
| | | | | | | | | | | | | | |
| **GROSS PROFIT** | **437,750.00** | **-19,400.00** | **322,301.00** | **-19,400.00** | **-19,400.00** | **-19,600.00** | **-12,400.00** | **2,089,862.75** | **-12,400.00** | **-174,975.00** | **-38,240.00** | **-85,957.59** | **-104,420.00** |
| | | | | | | | | | | | | | |
| **Operating Expenses** | | | | | | | | | | | | | |
| **Administrative** | | | | | | | | | | | | | |
|   Accounting | | | 1,250.00 | | | | | 1,250.00 | | | | 1,250.00 | |
|   Advertising / Marketing | | | | | | | | | | | | | |
|   Permits, Fees, Licenses | | | | | | | | | | 120.00 | | | |
|   Dues & Subscriptions | | | | | | | | | | | | | |
|   Office Supplies & Software | | | | | | | | | | | | | |
|   DMV Fees | | | | | | | | | | | | | |
|   Bank Fees | | | | | 20.00 | | | | | 55.00 | | | 15.00 |
|   Non BK Professional Fees | | | | | | | | | | | | | |
|   Consulting Fees CRO | | 5,000.00 | | 45,000.00 | | | 2,500.00 | | | | 2,500.00 | | |
|   Legal Fees | | | | 85,000.00 | | | | | | | | | |
|   Insurance Property Casualty | | | 5,000.00 | | | | | 5,000.00 | | | | 5,000.00 | |
|   Insurance Workers Comp | | | | | 1,512.00 | | | | 1,512.00 | | | | 1,512.00 |
|   Payroll Admin Office | | | | | 8,000.00 | | | | 10,000.00 | | | | 10,000.00 |
|   Payroll Processing Fee | | | 400.00 | | | | | | 400.00 | | | 400.00 | |
|   Payroll Tax Expense | | | | | 1,300.00 | | | | 1,700.00 | | | | 1,700.00 |
|   Security | | | | | | | | | | | | | |
|   Telephone / Internet | | 550.00 | | | | 550.00 | | | | | | 550.00 | |
|   Insurance Crop | | | | | | | | | 29,941.00 | | | | 29,941.00 |
|   *Lease / Loan / Protection Payments* | | | | | | | | | | | | | |
|     Brewer | | | | | | | | | 132,335.23 | | | | |
|     Brewer Improvements | | | | | | | | | | 109,060.94 | | | |
|     Senky (MetLife) | | | 20,177.00 | | | | | | | | | | |
|     Baseline (MetLife) | | | 14,179.50 | | | 80,258.13 | | | | | | | |
|     Brawley | | | | | | 130,067.15 | | | | | | | |
|     Brawley Improvements 1 | | | | | | 11,311.74 | | | | | | | |
|     Brawley Improvements 2 | | 7,500.00 | | | | 7,500.00 | | | | | 7,500.00 | | |
|     Jameson | | | 7,493.75 | | | | | 7,493.75 | | | | 7,493.75 | |
|     Natomas | | 19,500.00 | | | | 19,500.00 | | | | | 19,500.00 | | |
|     Jameson (Tech Ag) | | | | | | | | | | | | | |
|   Yard Rental | | | | | 300.00 | | | | | 300.00 | | | 300.00 |
|   Taxes | | | | | | | | | | | | | |
|   *Property Taxes* | | | | | | | | | | | | | |
|     Brewer | | 11,560.67 | | | | | | | | | | | |
|     Senky | | 21,722.78 | | | | | | | | | | | |
|     Baseline | | 10,188.27 | | | | | | | | | | | |
|     Brawley | | 18,466.71 | | | | | | | | | | | |
|     Jameson | | 9,730.97 | | | | | | | | | | | |
|     Natomas | | 17,870.89 | | | | | | | | | | | |

| | Budget<br>Nov27-Dec03 | Budget<br>Dec04-Dec10 | Budget<br>Dec11-Dec17 | Budget<br>Dec18-Dec24 | Budget<br>Dec25-Dec31 | Budget<br>Jan01-Jan07 | Budget<br>Jan08-Jan14 | Budget<br>Jan15-Jan21 | Budget<br>Jan22-Jan28 | Budget<br>Jan29-Feb04 | Budget<br>Feb05-Feb11 | Budget<br>Feb12-Feb18 | Budget<br>Feb19-Feb25 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Total Expense** | 0.00 | 122,090.29 | 48,500.25 | 130,000.00 | 11,132.00 | 249,187.02 | 9,993.75 | 36,591.00 | 145,847.23 | 136,235.94 | 10,543.75 | 36,591.00 | 13,527.00 |
| **NET OPERATING INCOME** | 437,750.00 | -141,490.29 | 273,800.75 | -149,400.00 | -30,532.00 | -268,787.02 | -22,393.75 | 2,053,271.75 | -158,247.23 | -311,210.94 | -48,783.75 | -122,548.59 | -117,947.00 |
| **Ending Cash Balance** | 352,700.62 | 211,210.33 | 485,011.08 | 335,611.08 | 305,079.08 | 36,292.06 | 13,898.31 | 2,067,170.06 | 1,908,922.83 | 1,597,711.89 | 1,548,928.14 | 1,426,379.55 | 1,308,432.55 |