3

Fear Waddell, PC
Peter L. Fear, No. 207238
pfear@fearlaw.com
Gabriel J. Waddell, No. 256289
gwaddell@fearlaw.com
Peter A. Sauer, No. 255957
psauer@fearlaw.com
7650 North Palm Avenue, Suite 101
Fresno, California 93711
(559) 436-6575
(559) 436-6580 (fax)

Attorney for CAPITAL FARMS, INC.,
 Debtors

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA - FRESNO DIVISION

| | |
|---|---|
| In re: | Case No. 25-10074-A-12 |
| CAPITAL FARMS, INC. | Chapter 12 |
| Debtor. | D.C. No. FW-17 |
| | Date: February 4, 2026<br>Time: 9:30 a.m.<br>Place: Dept. A, Courtroom 11, 5th Floor<br>United States Courthouse<br>2500 Tulare St., Fresno, California<br>Judge: Hon. Jennifer E. Niemann |

**DEBTOR'S STATUS REPORT REGARDING PLAN CONFIRMATION AND MODIFIED PLAN**

DEBTOR CAPITAL FARMS, INC., (hereinafter "Debtor"), hereby submits the following status report regarding Plan confirmation and Debtor's proposed modified Plan.

1. <u>Plan Status</u>. On or about July 31, 2025, Debtor filed an amended Plan (Dkt. No. 253) (the "Plan"), which was set for a confirmation hearing on September 4, 2025. In conjunction with the Plan, Debtor also filed a Motion to Value Collateral of Wilbur-Ellis

Company, LLC ("Wilbur-Ellis") and Tech Ag Financial Group, Inc. ("Tech Ag"), which was set for hearing on the same date.

    a. <u>Objections</u>. Both Wilbur-Ellis and Tech Ag filed objections to the Plan and Motion to Value Collateral, and Farm Credit Services of America, PCA ("FCS") and the Chapter 12 Trustee also filed objections to the Plan.

    b. <u>Stipulation with Wilbur-Ellis</u>. Debtor negotiated a resolution of the objections raised by Wilbur-Ellis and filed a stipulation reciting that resolution on October 3, 2025. (Dkt. No. 325.) In summary, that resolution provided that Wilbur-Ellis would have a secured claim in a reduced amount, but that no payments would begin on the claim until after the 36-month term of the Plan had completed.

    c. <u>Stipulation with Trustee</u>. In Debtor's reply to the opposition of the Chapter 12 Trustee, Debtor had proposed language for the order confirming the Plan to resolve the issues raised by the Trustee. After considering the proposed language, the Chapter 12 Trustee agreed that this would resolve the issues she had raised, and a stipulation was filed reciting this agreement on October 3, 2025. (Dkt. No. 327.) In summary, this stipulation provides that the Debtor will analyze the possibility of recovering certain transfers and will give notice to all parties, with opportunity to object, about any decision not to pursue transfers.

    d. <u>Stipulation with FCS</u>. After considering the stipulation between Debtor and the Chapter 12 Trustee, FCS agreed that the same language would also resolve FCS's issues with the Plan and FCS agreed to a stipulation

withdrawing its objection so long as the same language approved by the Chapter 12 Trustee is included in the order confirming.

e. <u>Stipulation with Tech Ag</u>. Tech Ag and Debtor participated in a mediation of their disputes regarding the Plan before the Hon. Meredith Jury (ret.) on October 17, 2025. That mediation resulted in a settlement, which was memorialized by a stipulation filed here on November 7, 2025. (Dkt. No. 353.) The settlement includes settlement of Tech Ag's objection to Debtor's Plan, as well as Tech Ag's claim against Sutter Land, LLC. This stipulation was contingent upon Sutter Land LLC performing certain settlement terms by mid-January. Sutter Land timely performed. Consequently, the Plan is ready to be confirmed, as modified by the stipulations referenced above.

2. <u>Redline of Modified Plan</u>. Debtor is filing and serving herewith as Exhibit A, a redline version of Debtor's Chapter 12 Plan Dated January 17, 2026 (the "January 17 Plan"), incorporating all of the agreements referred to above. In addition, the proposed assumption of the Baseline Ranch sublease has been deleted, as Sutter Land no longer has access to the Baseline Ranch property.

3. <u>Proposed Form of Order Confirming Plan</u>. Debtor is filing and serving with this Status Report as Exhibit B, a proposed form of Order Confirming Debtor's Chapter 12 Plan Dated January 17, 2026. The modifications contained in the January 17 Plan do not negatively affect any creditor and Debtor requests that the January 17 Plan be confirmed at the February 4 hearing.

Date: January 21, 2026                FEAR WADDELL, P.C.

By:  /s/ Peter L. Fear
PETER L. FEAR