# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF CALIFORNIA
# CIVIL MINUTES

---

**Case Title:** Capital Farms, Inc  **Case No.:** 25-10074 - A - 12

**Docket Control No.** CAE-1

**Date:** 02/04/2026

**Time:** 9:30 AM

**Matter:** Continued Status Conference Re: Chapter 12 Voluntary Petition - [1] - Chapter 12 Voluntary Petition Non-Individual filed. (Fee Paid $0.00) (Peter L. Fear) (eFilingID: 7442179)

**Judge:** Jennifer E. Niemann
**Courtroom Deputy:** Bethany Soto
**Reporter:** Electronic Record
**Department:** A

---

**APPEARANCES for:**
**Movant(s):**
(by zoom) Debtor's Attorney - Peter L Fear
**Respondent(s):**
(by zoom) Trustee - Lilian G. Tsang;
(by phone) Creditor's Attorney - Michael J. Gomez;
(by zoom) Creditor's Attorney – Fernando A. Almaraz;
(by zoom) Creditor's Attorney - Brandy A. Sargent

---

## CIVIL MINUTES

STATUS CONFERENCE NOW TO BE HELD ON 3/25/2026 at 9:30 AM at Fresno Courtroom 11, Department A

For the reasons stated on the record, the status conference was continued to March 25, 2026, at 9:30 a.m.

The court will issue an order.